# CERTIFICATE OF THE CLERK OF COURT
# CIVIL SUIT CERTIFICATION

**STATE OF LOUISIANA**
**PARISH OF RAPIDES**
**9TH JUDICIAL DISTRICT COURT**

I, _____DONOVAN GARDNER_____, DEPUTY CLERK OF COURT in and for

the Ninth Judicial District Court, Parish of Rapides, State of Louisiana, do hereby

certify that the foregoing _____166_____ pages constitute a true, correct copy of all

pleadings (or documents) filed and proceedings had in the case entitled

DETRICK WEBB VS STATE FARM MUTUAL AUTOMOBILE INS CO,

MAS DISTRIBUTORS LLC, AND SAUL GARCIA JR

_____ , and being so numbered

_____#278,461_____ on the Civil Docket of said Court.

IN FAITH WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT

Alexandria, Louisiana, this _____1st_____ day of _____APRIL_____ , _____2024_____ .

ROBIN L. HOOTER
Clerk of Court
9th Judicial District

Deputy Clerk of Court
9th Judicial District

Xerox® VersaLink® B605X Multifunction Printer



# Confirmation Report

Fax Number        3184879361
Local Name
Fax Name          Civil Processing

The job has been sent.
Original Size: 8.5 x 11"



**ROBIN L. HOOTER**
CLERK OF COURT ✦ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153        Fax (318) 473-4667        Civil Fax (318) 487-9361
www.rapidesclerk.org

TO: _Justin Morales_

FROM: _Rapides C of C_        NO. OF PAGES: _24_

## FAX RECEIPT

➤➤➤ PLEASE ATTACH TO **FRONT PAGE** OF ORIGINAL PLEADING
OR YOUR ORIGINAL SUIT MAY NOT BE FILED TIMELY.
PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

THE SUIT NUMBER ASSIGNED TO THIS CASE IS _278461_
AMOUNT DUE $ _655_
_C_

FAX LAW (13:850)

§850. Facsimile transmission; filings in civil actions, fees; equipment and supplies
   A. Any document in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time the facsimile transmission is received by the clerk of court. No later than on the first business day after receiving a facsimile filing, the clerk of court shall transmit to the filing party via facsimile a confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original document. The facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk of court and payable as provided in Subsection B of this Section. The facsimile filing shall have the same force and effect as filing the original document, if the filing party complies with Subsection B of this Section.
   B. Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the following shall be delivered to the clerk of court:
   (1) The original document identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. A document not identical to the facsimile filing or which includes pages not included in the facsimile filing shall not be considered the original document.
   (2) The fees for the facsimile filing and filing of the original document stated on the confirmation of receipt, if any.
   (3) A transmission fee of five dollars.
   C. If the filing party fails to comply with any of the requirements of Subsection B of this Section, the facsimile filing shall have no force or effect. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.
   D The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.
   Acts 1991, No. 463, §1; Acts 1995, No. 1119, §1, Acts 2012, No. 826, §1, Acts 2016, No. 109, §1.

**ATTENTION FILING CLERK**
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.
**FILE IMMEDIATELY**

Revised 6/07/18

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 7310 | 3374781577 | 12- 1, 2 54 PM | 1:17 | 2/2 | G3 | | Completed |

Printed On  12/01/2023  2 56 PM
Copyright ® 2017-2019 Xerox Corporation. All rights reserved  Xerox® and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries.



# ROBIN L. HOOTER
### CLERK OF COURT ✤ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

| Phone (318) 473-8153 | Fax (318) 473-4667 www.rapidesclerk.org | Civil Fax (318) 487-9361 |

TO: _Justin Morales_

FROM: _Rapides C of C_    NO. OF PAGES: _24_

# FAX RECEIPT



PLEASE ATTACH TO **FRONT PAGE** OF ORIGINAL PLEADING OR YOUR ORIGINAL SUIT MAY NOT BE FILED TIMELY. PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

THE SUIT NUMBER ASSIGNED TO THIS CASE IS _278461_

AMOUNT DUE $ _655_    C

### FAX LAW (13:850)

§850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A. Any document in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time the facsimile transmission is received by the clerk of court. No later than on the first business day after receiving a facsimile filing, the clerk of court shall transmit to the filing party via facsimile a confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original document. The facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk of court and payable as provided in Subsection B of this Section. The facsimile filing shall have the same force and effect as filing the original document, if the filing party complies with Subsection B of this Section.

B. Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the following shall be delivered to the clerk of court:

(1) The original document identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. A document not identical to the facsimile filing or which includes pages not included in the facsimile filing shall not be considered the original document.

(2) The fees for the facsimile filing and filing of the original document stated on the confirmation of receipt, if any.

(3) A transmission fee of five dollars.

C. If the filing party fails to comply with any of the requirements of Subsection B of this Section, the facsimile filing shall have no force or effect. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

D. The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

Acts 1991, No. 463, §1; Acts 1995, No. 1119, §1; Acts 2012, No. 826, §1; Acts 2016, No. 109, §1.

## ATTENTION FILING CLERK
### THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.
# FILE IMMEDIATELY

Revised 6/07/18



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

# THE TOWNSLEY LAW FIRM
### ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

December 1, 2023

VIA FAX 318-487-9361

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE:     Detrick Webb, individually,
        Vs. No.
        State Farm Mutual Automobile Insurance Company, MAS
        Distributors LLC, and Saul Garcia

Dear Ms. Hooter:

Attached for filing please find the original and four (4) copies of the Petition for Damages, Request for Written Notice, Interrogatories, Request for Production of Documents, and Request for Admissions of Fact, regarding the above captioned matter. Please file the originals into the record, retain three (3) copies for service, and return the remaining copy to my office, after it has been conformed.

Also, enclosed is my firm's check in the amount of $800.00 to cover filing fees associated with the attached pleadings.

Thank you for your assistance in this matter.

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
BY CLERK & RECORDER
RAPIDES PARISH LA
2023 DEC -1 PM 2:43

*278 461*

*C*

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet – LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:

    **Detrick Webb, individually,**

    **Vs. No.**

    **State Farm Mutual Automobile Insurance Company, Mas Distributors LLC, and Saul Garcia**

| | |
|---|---|
| Court: 9th JDC | Docket No.: |
| Parish of Filing: __Rapides__ | Filing Date: ___12/01/2023___ |

Name of Lead Petitioner's Attorney: __Justin T. Morales, The Townsley Law Firm, LLP__
Name of Self-Represented Litigant: _____
Number of named petitioners: ___1___      Number of named defendants: ___3___

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| __X__ Auto: Personal Injury | __X__ Auto: Property Damage |
| _____ Auto: Wrongful Death | _____ Auto: Uninsured Motorist |
| _____ Asbestos: Property Damage | _____ Asbestos: Personal Injury/Death |
| _____ Product Liability | _____ Premise Liability |
| _____ Intentional Bodily Injury | _____ Intentional Property Damage |
| _____ Intentional Wrongful Death | _____ Unfair Business Practice |
| _____ Business Tort | _____ Fraud |
| _____ Defamation | _____ Professional Negligence |
| _____ Environmental Tort | _____ Medical Malpractice |
| _____ Intellectual Property | _____ Toxic Tort |
| _____ Legal Malpractice | _____ Other Tort (described below) |
| _____ Other Professional Malpractice | _____ Redhibition |
| _____ Maritime | _____ Class Action (nature of case) |
| _____ Wrongful Death | |
| _____ General Negligence | |

Please briefly describe the nature of the litigation in one sentence of additional detail:

__Plaintiff was in a vehicle crash caused by Defendants.__

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.
Name, address and contact information of person completing this form:

Name: __Justin T. Morales__       Signature: _____

Address: __3102 Enterprise Boulevard, Lake Charles, LA 70601__
Phone: ___(337) 478-1400___      E-mail:__justin.morales@townsleylawfirm.com__

24 pgs PLEASE REMIT___ $ 655

TO ROBIN L. HOOTER
Clerk of Court
701 Murray St.
Ste. 102
Alexandria, LA 71301

DETRICK WEBB, individually,

VS. NO. ___ 278,461

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____

9TH JUDICIAL DISTRICT COURT

PARISH OF RAPIDES

_____
DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, DETRICK WEBB, a

person of the full age of majority, and resident of Calcasieu Parish, Louisiana, who respectfully

petitions this court for an award of damages, for the following reasons, to-wit:

1.

Made Defendants herein are:

A. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign

insurance corporation authorized to do and doing business in the State of Louisiana, which

may be served through the Secretary of State of Louisiana, 8585 Archives Avenue, Baton

Rouge, Louisiana 70809;

B. MAS DISTRIBUTORS LLC, a foreign corporation who may be served via the Long-Arm

Statute of the State of Louisiana, through its registered agent for service of process, Law

Office of Atalia A. Garcia, 2704 Valley View, Farmers Branch, TX 75234; and

C. SAUL GARCIA, a resident of and domiciled in the State of Texas who may be served via

the Long-Arm Statute of the State of Louisiana at 11817 Parade Drive, Frisco, TX 75034;

2.

Venue is proper in the 9TH Judicial District Court pursuant to Louisiana Code of Civil

Procedure Article 76. This is an action against a motor vehicle insurance carrier and its insured

and the loss occurred in Rapides Parish, Louisiana.

3.

On February 13, 2023, DETRICK WEBB was exiting the parking lot of Hampton Inn in

Alexandria, Louisiana.

4.

DETRICK WEBB was driving a 2014 Ford F-150.

5.

SAUL GARCIA parked his tractor-trailer on the road.

6.

SAUL GARCIA parked his tractor-trailer on W Calhoun Drive in Alexandria, Louisiana.

7.

SAUL GARCIA left his vehicle and went inside a hotel.

8.

The tractor had the vehicle identification number of 2NP2HM6X3NM777448.

9.

As a result of SAUL GARCIA parking his tractor-trailer on the road.

10.

DETRICK WEBB crashed into SAUL GARCIA's tractor-trailer.

11.

SAUL GARCIA's tractor-trailer was improperly parked on the road.

12.

The crash caused injuries and damages to DETRICK WEBB.

13.

On the date of this crash, SAUL GARCIA had the permission and consent of the tractor-trailer owner to operate the tractor-trailer involved in this incident.

14.

The tractor-trailer involved in this crash was owned by MAS DISTRIBUTORS, LLC.

15.

At all material times herein mentioned, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY had in full force and effect a policy of liability insurance providing coverage for liability arising out of the operation, maintenance, or use of the vehicle being driven by SAUL GARCIA.

16.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and MAS DISTRIBUTORS, LLC, are liable for SAUL GARCIA's negligence in failing to act as a reasonable and prudent driver would have under the same or similar circumstances. Defendants' negligence proximately caused damages and injuries to DETRIC WEBB. SAUL GARCIA had a duty to exercise ordinary care and operate his vehicle in a reasonable and prudent manner. Specifically, SAUL GARCIA breached this duty in one or more of the following ways:

 a) Failure to use reasonable care and caution;
 b) Improperly parking his vehicle;
 c) Creating a dangerous and hazardous condition on the road;
 d) Failure to remove his vehicle from the road;
 e) Failure to use appropriate care when operating and parking his vehicle;
 f) Failure to sufficiently warn motorists of his vehicle's location;
 g) Failure to obey traffic laws;
 h) Failure to follow Louisiana traffic laws;
 i) Failure to follow the Federal Motor Carrier Safety Regulations; and
 j) Causing the event of this crash.

17.

SAUL GARCIA was within the course and scope of his employment at the time of this incident.

18.

SAUL GARCIA was on a work mission for MAS DISTRIBUTORS, LLC at the time of this incident.

19.

SAUL GARCIA was within the course and scope of his employment with MAS DISTRIBUTORS, LLC., at the time of this incident.

20.

MAS DISTRIBUTORS, LLC., is liable under the doctrine of respondeat superior for the negligent actions of their employee, SAUL GARCIA, who was acting in the course and scope of his employment with MAS DISTRIBUTORS, LLC., at the time of this crash.

21.

MAS DISTRIBUTORS, LLC., is liable for the damages and injuries sustained by petitioner under the doctrine of respondeat superior, as well as being guilty of the following, non-exclusive acts of negligence:

    a) Allowing an employee to operate a vehicle in a careless and reckless manner; so as to endanger the lives of fellow motorists;

    b) Failing to properly train and/or instruct an employee on safety standards involved when operating a commercial vehicle while under their direction;

    c) Failing to properly employ competent employees to operate a commercial vehicle; and

    d) Entrusting SAUL GARCIA with the operation of an insured commercial vehicle.

22.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAS DISTRIBUTORS, LLC., and SAUL GARCIA breached a legal duty owed to DETRICK WEBB which resulted in injuries and damages for which STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAS DISTRIBUTORS, LLC, and SAUL GARCIA are liable.

23.

As the result of this crash, DETRICK WEBB has suffered property damage to his vehicle, loss of use, depreciation, and totaled and/or diminished value, entitling Petitioner to such damages which are reasonable in the premises. Despite receiving sufficient proof of loss, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY has failed to compensate Plaintiff for his vehicle property damage and is subject to penalties and attorney fees.

24.

As a result of the above-described crash, DETRICK WEBB suffered disabling injuries to his body as a whole, including his pelvis, back, knee, hip, calf, hands, groin, thigh, extremities, and headaches, as well as other injuries and damages, and has suffered emotionally, mentally, and physically because of his injuries, causing his past, present, and future: physical pain and suffering, mental anguish, and emotional distress. As a result of said injuries, petitioner has incurred past, present, and future: medical, rehabilitation, and pharmacy expenses, and loss of enjoyment of life, all for which petitioner, DETRICK WEBB, is entitled to recover from Defendants in a reasonable amount to be fixed by this Honorable Court.

WHEREFORE, PLAINTIFF prays that the Defendants be duly served with a copy of this

petition and cited to appear and answer same, and that after the lapse of all legal delays there be

judgment in favor DETRICK WEBB, individually, and against Defendants, for a reasonable

amount of general damages, special damages, past, present and future medical expenses, loss of

enjoyment of life, and pain and suffering together with costs of this suit, including the fees of

experts and other experts called as witnesses, legal interest from date of judicial demand until paid,

and for all other relief, both general and special, in law and in equity, to which they may show

themselves justly entitled.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY:

JUSTIN T. MORALES (35531)
3102 Enterprise Blvd.
Lake Charles, LA 70601
Tel. (337) 478-1400
Fax. (337) 478-1577

**PLEASE SERVE:**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
**Through the Secretary of State of Louisiana,**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809;**

**MAS DISTRIBUTORS, LLC**
**Via the Long-Arm Statute of the State of Louisiana,**
**through its registered agent for service of process,**
**Law Office of Atalia A. Garcia, 2704 Valley View, Farmers Branch, TX 75234; and**

**SAUL GARCIA**
**via the Long-Arm Statute of the State of Louisiana,**
**11817 Parade Drive, Frisco, TX 75034**

DETRICK WEBB, individually,                :        9TH JUDICIAL DISTRICT COURT

VS. NO. _278 461_         C        :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____        :        _____
                                              DEPUTY CLERK OF COURT

### REQUEST FOR WRITTEN NOTICE OF
### ASSIGNMENT AND/OR WRITTEN NOTICE OF
### ANY ORDER OR JUDGMENT MADE OR RENDERED

TO:     Honorable Robin L. Hooter
        Clerk of Court, 9th JDC
        701 Murray Street, Suite 102
        Alexandria, LA 71301

        In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil

Procedure, you are hereby requested to give us, as counsel for Petitioner, DETRICK WEBB,

individually, in the above numbered and entitled cause, written notice, by mail, ten (10) days in

advance of any date fixed for any trial or hearing of the case, whether on exception, rule or the

merits thereof.

        And, in accordance with the provisions of Articles 1913, 1914, and 1915 of the Louisiana

Code of Civil Procedure, you are hereby additionally requested to send us immediate notice of any

order judgment made or rendered in this case upon the entry of any such order or judgment.

                                              Respectfully submitted,

                                              THE TOWNSLEY LAW FIRM

                                              BY_____
                                              JUSTIN T. MORALES (35531)
                                              3102 Enterprise Blvd.
                                              Lake Charles, LA 70601
                                              Tel. (337) 478-1400
                                              Fax. (337) 478-1577

DETRICK WEBB, individually,                    :    9TH JUDICIAL DISTRICT COURT

VS. NO. _____                     :    PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____                      :    _____
                                                    DEPUTY CLERK OF COURT

## INTERROGATORIES, REQUEST FOR PRODUCTION
## OF DOCUMENTS AND REQUEST FOR ADMISSIONS

TO:    **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
       **Through the Secretary of State of Louisiana,**
       **8585 Archives Avenue**
       **Baton Rouge, Louisiana 70809;**

       **MAS DISTRIBUTORS, LLC**
       **Via the Long-Arm Statute of the State of Louisiana,**
       **through its registered agent for service of process,**
       **Law Office of Atalia A. Garcia**
       **2704 Valley View**
       **Farmers Branch, TX 75234;**

       **AND**

       **SAUL GARCIA**
       **via the Long-Arm Statute of the State of Louisiana,**
       **11817 Parade Drive, Frisco, TX 75034**

       Plaintiff, **DETRICK WEBB**, through undersigned counsel, propounds the following
Interrogatories, Request for Production of Documents and Request for Admissions to be answered
by defendants in writing, and under oath, the answers and responses to which are to be filed and
served on the undersigned within the delays allowed by law.

       You are requested to produce for inspection and copying, pursuant to Louisiana Code of
Civil Procedure Article 1461, the following requested documents within thirty (30) days after
service hereof at the office of The Townsley Law Firm, 3102 Enterprise Blvd., Lake Charles,
Louisiana 70601. Compliance may, however, be satisfied by mailing copies of the same to counsel
at the above address.

       These interrogatories and requests for production are deemed to be continuing and
defendants are required to supplement defendants' answers to these interrogatories and requests
for production with any information acquired subsequently.

1. **INTERROGATORY:**

Give the full name, address, and principal location of your company, and identify its owner(s).

2. **INTERROGATORY:**

Identify the person(s) who has (have) primary responsibility at **MAS DISTRIBUTORS, LLC** and **SAUL GARCIA** at the time of the accident for:

- a. Operational safety;

- b. Compliance with federal and state regulations (including hours of operation);

- c. Driver training;

- d. Records custodian for driver personnel/discipline/qualification and other files and records regarding drivers;

- e. Safety Director; and

- f. Person(s) who administered the driving test and the written test to **SAUL GARCIA** prior to employment.

3. **INTERROGATORY:**

State the place of origin and the place of destination of the truck involved in the wreck indicating the exact time when the truck left its place of origin and what the scheduled arrival time was at the place of destination.

4. **INTERROGATORY:**

State whether the truck involved in this accident contained or utilized an on-board recording device, an on-board computer, tachograph, trip monitor, trip recorder, trip master, or device known by any other name which records and/or transmits information concerning the operation of the truck? If so, state the name and address of the person having custody of the graphs, printouts, raw data, and/or other documentary evidence produced or capable of being produced by said machine regarding any data for any and all parts of the trip which ultimately was involved in the wreck which forms the basis of Plaintiffs' Complaint.

5. **INTERROGATORY:**

Does the truck involved in the collision have any on-board recording devices other than described above, to include pictures or video? If so, identify all such recording devices and recordings. Are these recordings in your company's possession?

6. **INTERROGATORY:**

Describe in detail all training and education (including on the job training) received by SAUL GARCIA on any and all subjects prior to and subsequent to the wreck.

7. **INTERROGATORY:**

Please describe, in detail, any conversations you have had with the Plaintiff.

8. **INTERROGATORY:**

Please list all individuals that you are aware of that were a witness to this accident.

9. **INTERROGATORY:**

Please describe, in your own words, how the collision sued upon herein occurred, and state specifically and in detail the facts as you understand them to be and what the claim or contention of the defendants will be regarding any cause or contributing cause of the collision, including a detailed statement of the facts or information upon which this contention is based.

10. **INTERROGATORY:**

Please state whether you consumed any drugs, medicines, or alcoholic beverages within twenty-four (24) hours prior to said occurrence, the place where such drugs, medicines, or alcoholic beverages were obtained, the nature of the drugs, medicines, or alcoholic beverages, and the amount thereof.

11. **INTERROGATORY:**

Please state in detail all actions you took or attempted to take to avoid the auto accident.

12. **INTERROGATORY:**

State the name of the person and/or company who owns the 18-wheeler truck which was involved in this accident.

13. **INTERROGATORY:**

Give the full name, address, and principal location of your employer, and identify its owner(s) on the date of this incident.

**14. INTERROGATORY:**

State the resident address and phone number for **SAUL GARCIA**.

**15. INTERROGATORY:**

State the name, address, and phone number of **SAUL GARCIA's** employer on the date of this crash.

**16. INTERROGATORY:**

State all physical and mental infirmities which you had at the time of the incident in question including, but not limited to, vision or hearing infirmities, and describe in detail the infirmity, how it effects you and what treatments or examinations have you had for same and from whom and when did you receive such treatments or examinations.

**17. INTERROGATORY:**

If you have been prosecuted, or pled guilty or *nolo contendere* to, or entered a first offender plea to, or been convicted of any crime punishable as either a misdemeanor or a felony (including traffic offenses) within the last ten (10) years, please state as to each instance, the offense charged, the date of prosecution or conviction, the court having jurisdiction (identified by court, county, and state), and the resolution of the case.

**18. INTERROGATORY:**

List every place you have worked for the last ten (15) years by name, address, and date of employment.

**19. INTERROGATORY:**

Identify by date, course name, course description and location all driving training you have received and identify all persons providing said training to you for each course.

**1. REQUEST FOR PRODUCTION:**

**Hours of Service** - Produce those materials which substantiate the driver's hours of service for the seven days before the collision as well as the day of the collision, which specifically include, but are not limited to those required by 49 CFR § 395.8(k)(1) and the Department of Transportation interpretations. Plaintiffs' counsel will be happy to supply a list of those items required to be kept pursuant to this regulation, as well as a copy of the regulation and interpretation, upon request.

2. **REQUEST FOR PRODUCTION:**

A copy of **SAUL GARCIA'S** entire personnel file.

3. **REQUEST FOR PRODUCTION:**

**SAUL GARCIA'S** qualification file, 49 CFR 391.51, which should include, pursuant to statute, but not be limited to:

    A.    Employee's application,

    B.    List of truck driver's previous employers for the ten (10) years preceding the date of application,

    C.    The reasons for leaving said employments,

    D.    Medical examiner's certificate,

    E.    A note showing when and who reviewed the driver's record with him/her for each year of employment, 49 § CFR 391.25,

    F.    A list of certificates showing all violations of motor vehicle laws and ordinances, 49 § CFR 391.27,

    G.    Responses from state agencies, private companies, and employers to your inquiries about the truck driver's employment and driving records, SEE 49 § CFR 391.23

    H.    Certificate of road test, 49 CFR § 391.31(e),

    I.    Records of drug and alcohol tests, and

    J.    A wreck register listing all DOT recordable preventable wrecks, to include the folder in which it is contained together with all writing contained thereon.

    K.    A copy of the driver's road test results and certificate, 49 CFR §§ 391.31 and 391.33, and 391.11(b)(8).

    L.    Any documents showing the driver involved in the collision signed for any copy of the Federal Motor Carrier Safety Regulations, Company handbook, or company safety manual prior to the collision.

4. **REQUEST FOR PRODUCTION:**

Copies of all safety and log audits of **SAUL GACIA** for the year of the collision and the year prior, to specifically include the day of the collision.

**5. REQUEST FOR PRODUCTION:**

All of **SAUL GARCIA's** convictions or suspensions for violating a state or local law relating to motor vehicle traffic control. 49 CFR § 383.31.

**6. REQUEST FOR PRODUCTION:**

All writings containing the results of any drug and alcohol test that was administered to **SAUL GARCIA** within twenty-four (24) hours after the collision. 49 CFR § 382.303.

**7. REQUEST FOR PRODUCTION:**

Copies of **SAUL GARCIA's** signed receipt for any materials, brochures, books, policies, standards, safety matters, or other written material provided by the employer to the driver.

**8. REQUEST FOR PRODUCTION:**

Produce copies of any documentation evidencing the completion or non-completion of training programs and driver orientation programs by **SAUL GARCIA.**

**9. REQUEST FOR PRODUCTION:**

Produce a copy of the completion, non-completion, or failure, of any safe driving program or tests taken by **SAUL GARCIA.**

**10. REQUEST FOR PRODUCTION:**

Copies of the vehicle maintenance records for the commercial motor vehicle involved in the wreck for the six (6) months prior to the wreck. 49 CFR § 396.3(c) and 396.21

**11. REQUEST FOR PRODUCTION:**

Produce copies of any and all satellite communications and e-mail for the day of the collision and seven (7) days prior, as well as all recorded Electronic Control Module (ECM), Event Data Recorder (EDR), and/or sensing Diagnostic Module (SDM), or other computer or electronic data with reference to all data available, including, but not limited to:

A.    trip distance

B.    total vehicle driving time

C.    load factor

D.    vehicle speed limit

E.    maximum vehicle speed recorded

F.    number of hard brake incidents

G.    current engine speed (rpm)

H.    maximum and minimum cruise speed limits

I.    total vehicle driving distance

J.    fuel consumption (gal./hr.)

K.    idle time

L.    engine governed speed

M.    maximum engine speed recorded

N.    current throttle position

O.    brake switch status (on/off)

P.    odometer

Q.    trip driving time

R.    overall fuel economy (mpg)

S.    average driving speed

T.    # of engine overspeeds

U.    # of vehicle overspeeds

V.    current vehicle speed (mph)

W.    clutch status (on/off)

X.    clock

Y.    Jake brake status.

**12. REQUEST FOR PRODUCTION:**

Produce all documents in your possession, or in the possession of your insurers, representatives, agents, or investigators, regarding any property damage to any vehicle, the contents of any vehicle, any stationary object, or any other real or personal property damage resulting from the incident complained of, including but not limited to repair estimates, appraisals, purchase invoices, repair bills, and checks or drafts reflecting payment for repair or replacement, and any other documents concerning or establishing the value of any item of property before or after the incident complained of.

**13. REQUEST FOR PRODUCTION:**

Produce any documents given to any person or entity, including any insurance company in return for payment in whole or in part for property damage, e.g., loan receipt*(s)*, release*(s)*, assignment*(s)*, etc.

**14. REQUEST FOR PRODUCTION:**

Produce color copies of all the Driver Vehicle Inspection Reports (DVIR) from the week after the collision, the day of the collision, and the six (6) months prior to the collision.

**15. REQUEST FOR PRODUCTION:**

Copies of all records generated by any on-board recording device, whether computer, video, or other, not previously produced, with which the truck was equipped for the seven (7) days prior to the collision, the day of the collision, and one (1) day after the collision in question.

**16. REQUEST FOR PRODUCTION:**

Copies of all records generated through the use of the QUALCOMM OMNITRAX system with which the truck was equipped at the time of the wreck, or from any similar system, for the seven (7) days prior to the collision, the day of the collision, and one (1) day after the collision and identify the system from which such information was obtained.

**17. REQUEST FOR PRODUCTION:**

Copies of all records generated by the EATON VORAD collision avoidance system, or any other type of collision avoidance system, for the day of the collision, and identify the system from which such information was obtained.

**18. REQUEST FOR PRODUCTION:**

Copies of all documents sent to or received from any Department of the Office of Federal Highway Administration, or other government agencies regarding this collision, **SAUL GARCIA** or any subject that is part of the basis of this lawsuit.

**19. REQUEST FOR PRODUCTION:**

COLOR COPIES of front **and** back of all driver's logs (*i.e.* records of duty status), whether kept officially or unofficially, for six (6) months prior to the collision and thirty (30) days after the collision. 49 CFR § 395. (Counsel for the plaintiffs will reimburse reasonable charges for this upon request)

**20. REQUEST FOR PRODUCTION:**

A copy of all lease and trip lease contracts between you and the tractor owner and operator involved in this collision.

**21. REQUEST FOR PRODUCTION:**

Copies of any contract under which your company was operating the truck in question at the time of the collision.

**22. REQUEST FOR PRODUCTION:**

Copies of all bills of lading for truck involved in the collision for the seven days prior to the collision, the day of the collision, and the day after the collision.

**23. REQUEST FOR PRODUCTION:**

A copy of the wreck register maintained as required by 49 CFR § 390.35, to include the collision involving the plaintiff and all wrecks three (3) years prior.

**24. REQUEST FOR PRODUCTION:**

A copy of all company manuals covering truck safety, maintenance, fleet safety, programs, and driver's standards, driver's handbook, in effect on the date of the collision.

**25. REQUEST FOR PRODUCTION:**

Copies of any manuals covering truck safety, maintenance, fleet safety, programs and driver's standards, driver's handbook, provided to the driver prior to the date of the collision, if different than what was in effect on the date of the collision.

**26. REQUEST FOR PRODUCTION:**

A copy of the index of the policies and procedure manual, internal operating procedures, or other compilation of corporate policies and procedures to specifically include the positions of safety director, safety committee, risk manager, and risk management committee, effective on the date of the subject collision.

**27. REQUEST FOR PRODUCTION:**

A copy of the Defendant's Safety Handbook or documentation and compilation of policies and procedures in the area of loss control and safety, effective of the date of the subject collision if not previously provided.

**28. REQUEST FOR PRODUCTION:**

A copy of all articles, texts, other documents or pages of documents, or writings, defendant prepared, contributed to, used, adopted, read, or relied upon relating to qualification, and testing.

**29. REQUEST FOR PRODUCTION:**

All correspondence writings and/or documents sent or received by **SAUL GARCIA** regarding disciplinary action or suspension or potential disciplinary action or suspension of **SAUL GARCIA** by any federal, state, or local government entity, including but not limited to the Federal Highway Administration, or any state agency, in the time period covering the three (3) years prior to the collision and the day of the collision.

**30. REQUEST FOR PRODUCTION:**

Copies of any and all photographs which were taken of the vehicles involved in this accident, parties, and scene of the accident sued upon.

**31. REQUEST FOR PRODUCTION:**

The name and address of any and all expert witnesses whom you expect to use in connection with this lawsuit, together with copies of all reports which have been prepared by said experts. The preparation material for the report is hereby requested.

**32. REQUEST FOR PRODUCTION:**

As to each expert witness you expect to call at trial, provide:

A.     all documents provided to any expert witness whom you expect to call at trial, including records, reports, literature, memoranda, or any other documents prepared by you or your attorney;

B.     any records, reports, notes, memoranda, bills, correspondence, or other documents prepared by any expert in connection with this case;

C.     a current curriculum vitae for each such expert; and

D.     any exhibits prepared by or with the assistance of the expert which are intended to illustrate aspects of the expert's testimony.

**33. REQUEST FOR PRODUCTION:**

True or certified copies of any and all policies of insurance, excess insurance, umbrella insurance, comprehensive general liability insurance, or any other insurance policies or agreements

or any nature or kind whatsoever under which any person or entity carrying on any insurance

business may be liable to satisfy part or all of a judgment which may be rendered in this action, or

to indemnify or reimburse for payments made to satisfy any judgment, which extend coverage to

the defendant, and in any way affecting the matters complained of in the petition herein, and

affording coverage for the accident, which is the basis of this lawsuit.

**34. REQUEST FOR PRODUCTION:**

Copies of any and all statements made by any plaintiff concerning the subject matter of

this lawsuit, whether oral, written or recorded.

**35. REQUEST FOR PRODUCTION:**

Copies of any and all drawings, maps, or sketches of the scene of the accident made the

basis of this lawsuit.

**36. REQUEST FOR PRODUCTION:**

Copies of any surveillance movies, photographs, video, etc. of the Plaintiffs.

**37. REQUEST FOR PRODUCTION:**

A list of the names and addresses of witnesses with knowledge of the facts of the accident

made the basis of this lawsuit, and a brief summary of their testimony.

**38. REQUEST FOR PRODUCTION:**

A copy of any and all incident and accident reports generated in regard to the accident sued

upon herein.

**39. REQUEST FOR PRODUCTION:**

A copy of all statements (whether written or recorded) which address the facts of this

accident.

**40. REQUEST FOR PRODUCTION:**

A copy of any and all tests, reports, records, and documents related to the alcohol and drug

tests taken by **SAUL GARCIA** after this crash.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY:

JUSTIN I. MORALES (#35531)
3102 Enterprise Boulevard
Lake Charles, LA 70601
Tel.: (337) 478-1400
Fax: (337) 478-1577

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT

2023 DEC -1  PM 2:43

BY:
DY CLERK & RECORDER
RAPIDES PARISH LA.

DETRICK WEBB, individually,                :        9TH JUDICIAL DISTRICT COURT

VS. NO. _____                  :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____                   :        _____
                                                    DEPUTY CLERK OF COURT

## REQUEST FOR ADMISSIONS OF FACT

TO:   **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
      **Through the Secretary of State of Louisiana,**
      **8585 Archives Avenue**
      **Baton Rouge, Louisiana 70809;**

      **MAS DISTRIBUTORS, LLC**
      **Via the Long-Arm Statute of the State of Louisiana,**
      **through its registered agent for service of process,**
      **Law Office of Atalia A. Garcia**
      **2704 Valley View**
      **Farmers Branch, TX 75234;**

      **AND**

      **SAUL GARCIA**
      **via the Long-Arm Statute of the State of Louisiana,**
      **11817 Parade Drive, Frisco, TX 75034**

Plaintiff, **DETRICK WEBB**, requests that defendants answer within thirty (30) days after service of this Request for Admissions and make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at the trial:

### 1.

Admit or Deny **SAUL GARCIA** was operating the 2022 Peterbilt tractor trailer involved in this incident.

### 2.

Admit or Deny **SAUL GARCIA** was operating the 2022 Peterbilt tractor trailer involved in this incident with the permission and consent of the vehicle owner.

### 3.

Admit or Deny **MAS DISTRIBUTING, LLC** owned the 2022 Peterbilt tractor trailer involved in this incident.

**4.**

Admit or Deny **MAS DISTRIBUTING, LLC** owned the trailer involved in this incident.

**5.**

Admit or Deny **SAUL GARCIA** was operating the 2022 Peterbilt tractor trailer involved

in this crash with the permission and consent of **MAS DISTRIBUTORS, LLC.**

**6.**

Admit or Deny **SAUL GARCIA** was an employee of **MAS DISTRIBUTORS, LLC** at

the time of this crash.

**7.**

Admit or Deny **SAUL GARCIA** is a present employee of **MAS DISTRIBUTORS, LLC.**

**8.**

Admit or Deny **SAUL GARCIA** was within the course and scope of employment with of

**MAS DISTRIBUTORS, LLC** at the time of this crash.

**9.**

Admit or Deny **SAUL GARCIA** was on a work mission for **MAS DISTRIBUTORS,**

**LLC** at the time of this crash.

**10.**

Admit or Deny **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

is properly named by its legal name in the Petition for Damages.

**11.**

Admit or Deny **MAS DISTRIBUTORS, LLC** is properly named by its legal name in the

Petition for Damages.

**12.**

Admit or Deny **STATE FARM MUTUAL AUTOMOBILE INSURACE COMPANY**

had effective auto insurance covering the events of this crash.

**13.**

Admit or Deny **STATE FARM MUTUAL AUTOMOBILE INSURACE COMPANY**

policy # 525424943 was in effect for **SAUL GARCIA** at the time of this crash.

**14.**

Admit or Deny **STATE FARM AUTOMOBILE INSURANCE COMPANY** policy # 525424943 was the only automobile insurance policy in effect for **SAUL GARCIA** at the time of this crash.

**15.**

Admit or Deny Defendants had an umbrella insurance policy in effect at the time of this crash.

**16.**

Admit or Deny Defendants had an excess insurance policy in effect at the time of this crash.

**17.**

Admit or Deny you have photos capturing the scene of this crash.

**18.**

Admit or Deny you have video capturing the scene of this crash.

**19.**

Admit or Deny you have photos of the vehicles involved in this crash.

**20.**

Admit or Deny you have video of the vehicles involved in this crash.

**21.**

Admit or Deny you have photos of the vehicle **SAUL GARCIA's** tractor-trailer that was involved in this incident.

**22.**

Admit or Deny you have photos of **DETRICK WEBB's** vehicle.

**23.**

Admit or Deny Defendant has surveillance video of Plaintiff.

**24.**

Admit or Deny Defendant has a recorded statement from Plaintiff.

**25.**

Admit or Deny Defendant has a recorded statement regarding the facts of this crash from anyone other than a party to this suit.

**26.**

Admit or Deny Defendant has photos capturing the events of this crash.

**27.**

Admit or Deny Defendant has video capturing the events of this crash.

**28.**

Admit or Deny Defendant had a dash cam recording device on the vehicle involved in this crash.

**29.**

Admit or Deny **SAUL GARCIA** took an alcohol test after this crash.

**30.**

Admit or Deny **SAUL GARCIA** took a drug test after this crash.

Respectfully submitted,

TOWNSLEY LAW FIRM, LLP

By: _____

JUSTIN T. MORALES (#35531)
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577





REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

# THE TOWNSLEY LAW FIRM
## ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

December 1, 2023

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

          **RE:**   **Detrick Webb, individually,**   278.461   C
                       **Vs. No.**
                       **State Farm Mutual Automobile Insurance Company, MAS**
                       **Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

Attached for filing please find the original and four (4) copies of the Petition for Damages, Request for Written Notice, Interrogatories, Request for Production of Documents, and Request for Admissions of Fact, regarding the above captioned matter. Please file the originals into the record, retain three (3) copies for service, and return the remaining copy to my office, after it has been conformed.

Also, enclosed is my firm's check in the amount of $800.00 to cover filing fees associated with the attached pleadings.

Thank you for your assistance in this matter.

                        Sincerely yours,

                        JUSTIN T. MORALES

JTM/jmb
Enclosures

DETRICK WEBB, individually,                     :     9TH JUDICIAL DISTRICT COURT

VS. NO. _____ 278,461  C     PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____          :     _____
                                           DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, DETRICK WEBB, a

person of the full age of majority, and resident of Calcasieu Parish, Louisiana, who respectfully

petitions this court for an award of damages, for the following reasons, to-wit:

1.

Made Defendants herein are:

A. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign

insurance corporation authorized to do and doing business in the State of Louisiana, which

may be served through the Secretary of State of Louisiana, 8585 Archives Avenue, Baton

Rouge, Louisiana 70809;

B. MAS DISTRIBUTORS LLC, a foreign corporation who may be served via the Long-Arm

Statute of the State of Louisiana, through its registered agent for service of process, Law

Office of Atalia A. Garcia, 2704 Valley View, Farmers Branch, TX 75234; and

C. SAUL GARCIA, a resident of and domiciled in the State of Texas who may be served via

the Long-Arm Statute of the State of Louisiana at 11817 Parade Drive, Frisco, TX 75034;

2.

Venue is proper in the 9TH Judicial District Court pursuant to Louisiana Code of Civil

Procedure Article 76. This is an action against a motor vehicle insurance carrier and its insured

and the loss occurred in Rapides Parish, Louisiana.

3.

On February 13, 2023, DETRICK WEBB was exiting the parking lot of Hampton Inn in

Alexandria, Louisiana.

4.

DETRICK WEBB was driving a 2014 Ford F-150.

5.

SAUL GARCIA parked his tractor-trailer on the road.

6.

SAUL GARCIA parked his tractor-trailer on W Calhoun Drive in Alexandria, Louisiana.

7.

SAUL GARCIA left his vehicle and went inside a hotel.

8.

The tractor had the vehicle identification number of 2NP2HM6X3NM777448.

9.

As a result of SAUL GARCIA parking his tractor-trailer on the road.

10.

DETRICK WEBB crashed into SAUL GARCIA's tractor-trailer.

11.

SAUL GARCIA's tractor-trailer was improperly parked on the road.

12.

The crash caused injuries and damages to DETRICK WEBB.

13.

On the date of this crash, SAUL GARCIA had the permission and consent of the tractor-trailer owner to operate the tractor-trailer involved in this incident.

14.

The tractor-trailer involved in this crash was owned by MAS DISTRIBUTORS, LLC.

15.

At all material times herein mentioned, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY had in full force and effect a policy of liability insurance providing coverage for liability arising out of the operation, maintenance, or use of the vehicle being driven by SAUL GARCIA.

16.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and MAS DISTRIBUTORS, LLC, are liable for SAUL GARCIA's negligence in failing to act as a reasonable and prudent driver would have under the same or similar circumstances. Defendants' negligence proximately caused damages and injuries to DETRIC WEBB. SAUL GARCIA had a duty to exercise ordinary care and operate his vehicle in a reasonable and prudent manner. Specifically, SAUL GARCIA breached this duty in one or more of the following ways:

a) Failure to use reasonable care and caution;
b) Improperly parking his vehicle;
c) Creating a dangerous and hazardous condition on the road;
d) Failure to remove his vehicle from the road;
e) Failure to use appropriate care when operating and parking his vehicle;
f) Failure to sufficiently warn motorists of his vehicle's location;
g) Failure to obey traffic laws;
h) Failure to follow Louisiana traffic laws;
i) Failure to follow the Federal Motor Carrier Safety Regulations; and
j) Causing the event of this crash.

17.

SAUL GARCIA was within the course and scope of his employment at the time of this incident.

18.

SAUL GARCIA was on a work mission for MAS DISTRIBUTORS, LLC at the time of this incident.

19.

SAUL GARCIA was within the course and scope of his employment with MAS DISTRIBUTORS, LLC., at the time of this incident.

20.

MAS DISTRIBUTORS, LLC., is liable under the doctrine of respondeat superior for the negligent actions of their employee, SAUL GARCIA, who was acting in the course and scope of his employment with MAS DISTRIBUTORS, LLC., at the time of this crash.

21.

MAS DISTRIBUTORS, LLC., is liable for the damages and injuries sustained by petitioner under the doctrine of respondeat superior, as well as being guilty of the following, non-exclusive acts of negligence:

    a) Allowing an employee to operate a vehicle in a careless and reckless manner; so as to endanger the lives of fellow motorists;

    b) Failing to properly train and/or instruct an employee on safety standards involved when operating a commercial vehicle while under their direction;

    c) Failing to properly employ competent employees to operate a commercial vehicle; and

    d) Entrusting SAUL GARCIA with the operation of an insured commercial vehicle.

22.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAS DISTRIBUTORS, LLC., and SAUL GARCIA breached a legal duty owed to DETRICK WEBB which resulted in injuries and damages for which STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAS DISTRIBUTORS, LLC, and SAUL GARCIA are liable.

23.

As the result of this crash, DETRICK WEBB has suffered property damage to his vehicle, loss of use, depreciation, and totaled and/or diminished value, entitling Petitioner to such damages which are reasonable in the premises. Despite receiving sufficient proof of loss, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY has failed to compensate Plaintiff for his vehicle property damage and is subject to penalties and attorney fees.

24.

As a result of the above-described crash, DETRICK WEBB suffered disabling injuries to his body as a whole, including his pelvis, back, knee, hip, calf, hands, groin, thigh, extremities, and headaches, as well as other injuries and damages, and has suffered emotionally, mentally, and physically because of his injuries, causing his past, present, and future: physical pain and suffering, mental anguish, and emotional distress. As a result of said injuries, petitioner has incurred past, present, and future: medical, rehabilitation, and pharmacy expenses, and loss of enjoyment of life, all for which petitioner, DETRICK WEBB, is entitled to recover from Defendants in a reasonable amount to be fixed by this Honorable Court.

WHEREFORE, PLAINTIFF prays that the Defendants be duly served with a copy of this

petition and cited to appear and answer same, and that after the lapse of all legal delays there be

judgment in favor DETRICK WEBB, individually, and against Defendants, for a reasonable

amount of general damages, special damages, past, present and future medical expenses, loss of

enjoyment of life, and pain and suffering together with costs of this suit, including the fees of

experts and other experts called as witnesses, legal interest from date of judicial demand until paid,

and for all other relief, both general and special, in law and in equity, to which they may show

themselves justly entitled.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY: _____

JUSTIN T. MORALES (35531)
3102 Enterprise Blvd.
Lake Charles, LA 70601
Tel. (337) 478-1400
Fax. (337) 478-1577

**PLEASE SERVE:**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
**Through the Secretary of State of Louisiana,**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809;**

**MAS DISTRIBUTORS, LLC**
**Via the Long-Arm Statute of the State of Louisiana,**
**through its registered agent for service of process,**
**Law Office of Atalia A. Garcia, 2704 Valley View, Farmers Branch, TX 75234; and**

**SAUL GARCIA**
**via the Long-Arm Statute of the State of Louisiana,**
**11817 Parade Drive, Frisco, TX 75034**

DETRICK WEBB, individually,                          :          9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461          C                           :          PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____                      :          _____
                                                               DEPUTY CLERK OF COURT

**REQUEST FOR WRITTEN NOTICE OF**
**ASSIGNMENT AND/OR WRITTEN NOTICE OF**
**ANY ORDER OR JUDGMENT MADE OR RENDERED**

TO:      Honorable Robin L. Hooter
         Clerk of Court, 9th JDC
         701 Murray Street, Suite 102
         Alexandria, LA 71301

         In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil

Procedure, you are hereby requested to give us, as counsel for Petitioner, DETRICK WEBB,

individually, in the above numbered and entitled cause, written notice, by mail, ten (10) days in

advance of any date fixed for any trial or hearing of the case, whether on exception, rule or the

merits thereof.

         And, in accordance with the provisions of Articles 1913, 1914, and 1915 of the Louisiana

Code of Civil Procedure, you are hereby additionally requested to send us immediate notice of any

order judgment made or rendered in this case upon the entry of any such order or judgment.

                                        Respectfully submitted,

                                        THE TOWNSLEY LAW FIRM

                                        BY:_____
                                           JUSTIN T. MORALES (35521)
                                           3102 Enterprise Blvd.
                                           Lake Charles, LA 70601
                                           Tel. (337) 478-1400
                                           Fax. (337) 478-1577

DETRICK WEBB, individually,                    :         9TH JUDICIAL DISTRICT COURT

VS. NO. 278461          *C*                     :         PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____                        :         _____
                                                          DEPUTY CLERK OF COURT

## INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS

TO:   **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
      **Through the Secretary of State of Louisiana,**
      **8585 Archives Avenue**
      **Baton Rouge, Louisiana 70809;**

      **MAS DISTRIBUTORS, LLC**
      **Via the Long-Arm Statute of the State of Louisiana,**
      **through its registered agent for service of process,**
      **Law Office of Atalia A. Garcia**
      **2704 Valley View**
      **Farmers Branch, TX 75234;**

      **AND**

      **SAUL GARCIA**
      **via the Long-Arm Statute of the State of Louisiana,**
      **11817 Parade Drive, Frisco, TX 75034**

Plaintiff, **DETRICK WEBB**, through undersigned counsel, propounds the following Interrogatories, Request for Production of Documents and Request for Admissions to be answered by defendants in writing, and under oath, the answers and responses to which are to be filed and served on the undersigned within the delays allowed by law.

You are requested to produce for inspection and copying, pursuant to Louisiana Code of Civil Procedure Article 1461, the following requested documents within thirty (30) days after service hereof at the office of The Townsley Law Firm, 3102 Enterprise Blvd., Lake Charles, Louisiana 70601. Compliance may, however, be satisfied by mailing copies of the same to counsel at the above address.

These interrogatories and requests for production are deemed to be continuing and defendants are required to supplement defendants' answers to these interrogatories and requests for production with any information acquired subsequently.

1. **INTERROGATORY:**

Give the full name, address, and principal location of your company, and identify its owner(s).

2. **INTERROGATORY:**

Identify the person(s) who has (have) primary responsibility at **MAS DISTRIBUTORS, LLC** and **SAUL GARCIA** at the time of the accident for:

    a.    Operational safety;

    b.    Compliance with federal and state regulations (including hours of operation);

    c.    Driver training;

    d.    Records custodian for driver personnel/discipline/qualification and other files and records regarding drivers;

    e.    Safety Director; and

    f.    Person(s) who administered the driving test and the written test to **SAUL GARCIA** prior to employment.

3. **INTERROGATORY:**

State the place of origin and the place of destination of the truck involved in the wreck indicating the exact time when the truck left its place of origin and what the scheduled arrival time was at the place of destination.

4. **INTERROGATORY:**

State whether the truck involved in this accident contained or utilized an on-board recording device, an on-board computer, tachograph, trip monitor, trip recorder, trip master, or device known by any other name which records and/or transmits information concerning the operation of the truck? If so, state the name and address of the person having custody of the graphs, printouts, raw data, and/or other documentary evidence produced or capable of being produced by said machine regarding any data for any and all parts of the trip which ultimately was involved in the wreck which forms the basis of Plaintiffs' Complaint.

**5. INTERROGATORY:**

Does the truck involved in the collision have any on-board recording devices other than described above, to include pictures or video? If so, identify all such recording devices and recordings. Are these recordings in your company's possession?

**6. INTERROGATORY:**

Describe in detail all training and education (including on the job training) received by **SAUL GARCIA** on any and all subjects prior to and subsequent to the wreck.

**7. INTERROGATORY:**

Please describe, in detail, any conversations you have had with the Plaintiff.

**8. INTERROGATORY:**

Please list all individuals that you are aware of that were a witness to this accident.

**9. INTERROGATORY:**

Please describe, in your own words, how the collision sued upon herein occurred, and state specifically and in detail the facts as you understand them to be and what the claim or contention of the defendants will be regarding any cause or contributing cause of the collision, including a detailed statement of the facts or information upon which this contention is based.

**10. INTERROGATORY:**

Please state whether you consumed any drugs, medicines, or alcoholic beverages within twenty-four (24) hours prior to said occurrence, the place where such drugs, medicines, or alcoholic beverages were obtained, the nature of the drugs, medicines, or alcoholic beverages, and the amount thereof.

**11. INTERROGATORY:**

Please state in detail all actions you took or attempted to take to avoid the auto accident.

**12. INTERROGATORY:**

State the name of the person and/or company who owns the 18-wheeler truck which was involved in this accident.

**13. INTERROGATORY:**

Give the full name, address, and principal location of your employer, and identify its owner(s) on the date of this incident.

**14. <u>INTERROGATORY:</u>**

State the resident address and phone number for **SAUL GARCIA**.

**15. <u>INTERROGATORY:</u>**

State the name, address, and phone number of **SAUL GARCIA's** employer on the date of this crash.

**16. <u>INTERROGATORY:</u>**

State all physical and mental infirmities which you had at the time of the incident in question including, but not limited to, vision or hearing infirmities, and describe in detail the infirmity, how it effects you and what treatments or examinations have you had for same and from whom and when did you receive such treatments or examinations.

**17. <u>INTERROGATORY:</u>**

If you have been prosecuted, or pled guilty or *nolo contendere* to, or entered a first offender plea to, or been convicted of any crime punishable as either a misdemeanor or a felony (including traffic offenses) within the last ten (10) years, please state as to each instance, the offense charged, the date of prosecution or conviction, the court having jurisdiction (identified by court, county, and state), and the resolution of the case.

**18. <u>INTERROGATORY:</u>**

List every place you have worked for the last ten (15) years by name, address, and date of employment.

**19. <u>INTERROGATORY:</u>**

Identify by date, course name, course description and location all driving training you have received and identify all persons providing said training to you for each course.

**1. <u>REQUEST FOR PRODUCTION:</u>**

**Hours of Service -** Produce those materials which substantiate the driver's hours of service for the seven days before the collision as well as the day of the collision, which specifically include, but are not limited to those required by 49 CFR § 395.8(k)(1) and the Department of Transportation interpretations. Plaintiffs' counsel will be happy to supply a list of those items required to be kept pursuant to this regulation, as well as a copy of the regulation and interpretation, upon request.

2. **REQUEST FOR PRODUCTION:**

A copy of **SAUL GARCIA'S** entire personnel file.

3. **REQUEST FOR PRODUCTION:**

**SAUL GARCIA'S** qualification file, 49 CFR 391.51, which should include, pursuant to statute, but not be limited to:

A.    Employee's application,

B.    List of truck driver's previous employers for the ten (10) years preceding the date of application,

C.    The reasons for leaving said employments.

D.    Medical examiner's certificate,

E.    A note showing when and who reviewed the driver's record with him/her for each year of employment, 49 § CFR 391.25,

F.    A list of certificates showing all violations of motor vehicle laws and ordinances, 49 § CFR 391.27,

G.    Responses from state agencies, private companies, and employers to your inquiries about the truck driver's employment and driving records, SEE 49 § CFR 391.23

H.    Certificate of road test, 49 CFR § 391.31(c),

I.    Records of drug and alcohol tests, and

J.    A wreck register listing all DOT recordable preventable wrecks, to include the folder in which it is contained together with all writing contained thereon.

K.    A copy of the driver's road test results and certificate, 49 CFR §§ 391.31 and 391.33, and 391.11(b)(8).

L.    Any documents showing the driver involved in the collision signed for any copy of the Federal Motor Carrier Safety Regulations, Company handbook, or company safety manual prior to the collision.

4. **REQUEST FOR PRODUCTION:**

Copies of all safety and log audits of **SAUL GACIA** for the year of the collision and the year prior, to specifically include the day of the collision.

**5. REQUEST FOR PRODUCTION:**

All of **SAUL GARCIA's** convictions or suspensions for violating a state or local law relating to motor vehicle traffic control. 49 CFR § 383.31.

**6. REQUEST FOR PRODUCTION:**

All writings containing the results of any drug and alcohol test that was administered to **SAUL GARCIA** within twenty-four (24) hours after the collision. 49 CFR § 382.303.

**7. REQUEST FOR PRODUCTION:**

Copies of **SAUL GARCIA's** signed receipt for any materials, brochures, books, policies, standards, safety matters, or other written material provided by the employer to the driver.

**8. REQUEST FOR PRODUCTION:**

Produce copies of any documentation evidencing the completion or non-completion of training programs and driver orientation programs by **SAUL GARCIA.**

**9. REQUEST FOR PRODUCTION:**

Produce a copy of the completion, non-completion, or failure, of any safe driving program or tests taken by **SAUL GARCIA.**

**10. REQUEST FOR PRODUCTION:**

Copies of the vehicle maintenance records for the commercial motor vehicle involved in the wreck for the six (6) months prior to the wreck. 49 CFR § 396.3(c) and 396.21

**11. REQUEST FOR PRODUCTION:**

Produce copies of any and all satellite communications and e-mail for the day of the collision and seven (7) days prior, as well as all recorded Electronic Control Module (ECM), Event Data Recorder (EDR), and/or sensing Diagnostic Module (SDM), or other computer or electronic data with reference to all data available, including, but not limited to:

A.   trip distance

B.   total vehicle driving time

C.   load factor

D.   vehicle speed limit

E.   maximum vehicle speed recorded

F.   number of hard brake incidents

G.    current engine speed (rpm)

H.    maximum and minimum cruise speed limits

I.    total vehicle driving distance

J.    fuel consumption (gal./hr.)

K.    idle time

L.    engine governed speed

M.    maximum engine speed recorded

N.    current throttle position

O.    brake switch status (on/off)

P.    odometer

Q.    trip driving time

R.    overall fuel economy (mpg)

S.    average driving speed

T.    # of engine overspeeds

U.    # of vehicle overspeeds

V.    current vehicle speed (mph)

W.    clutch status (on/off)

X.    clock

Y.    Jake brake status.

## 12. **REQUEST FOR PRODUCTION:**

Produce all documents in your possession, or in the possession of your insurers, representatives, agents, or investigators, regarding any property damage to any vehicle, the contents of any vehicle, any stationary object, or any other real or personal property damage resulting from the incident complained of, including but not limited to repair estimates, appraisals, purchase invoices, repair bills, and checks or drafts reflecting payment for repair or replacement, and any other documents concerning or establishing the value of any item of property before or after the incident complained of.

**13. REQUEST FOR PRODUCTION:**

Produce any documents given to any person or entity, including any insurance company in return for payment in whole or in part for property damage, e.g., loan receipt*(s)*, release*(s)*, assignment*(s)*, etc.

**14. REQUEST FOR PRODUCTION:**

Produce color copies of all the Driver Vehicle Inspection Reports (DVIR) from the week after the collision, the day of the collision, and the six (6) months prior to the collision.

**15. REQUEST FOR PRODUCTION:**

Copies of all records generated by any on-board recording device, whether computer, video, or other, not previously produced, with which the truck was equipped for the seven (7) days prior to the collision, the day of the collision, and one (1) day after the collision in question.

**16. REQUEST FOR PRODUCTION:**

Copies of all records generated through the use of the QUALCOMM OMNITRAX system with which the truck was equipped at the time of the wreck, or from any similar system, for the seven (7) days prior to the collision, the day of the collision, and one (1) day after the collision and identify the system from which such information was obtained.

**17. REQUEST FOR PRODUCTION:**

Copies of all records generated by the EATON VORAD collision avoidance system, or any other type of collision avoidance system, for the day of the collision, and identify the system from which such information was obtained.

**18. REQUEST FOR PRODUCTION:**

Copies of all documents sent to or received from any Department of the Office of Federal Highway Administration, or other government agencies regarding this collision, **SAUL GARCIA** or any subject that is part of the basis of this lawsuit.

**19. REQUEST FOR PRODUCTION:**

COLOR COPIES of front **and** back of all driver's logs (*i.e.* records of duty status), whether kept officially or unofficially, for six (6) months prior to the collision and thirty (30) days after the collision. 49 CFR § 395. (Counsel for the plaintiffs will reimburse reasonable charges for this upon request)

20. **REQUEST FOR PRODUCTION:**

A copy of all lease and trip lease contracts between you and the tractor owner and operator involved in this collision..

21. **REQUEST FOR PRODUCTION:**

Copies of any contract under which your company was operating the truck in question at the time of the collision.

22. **REQUEST FOR PRODUCTION:**

Copies of all bills of lading for truck involved in the collision for the seven days prior to the collision, the day of the collision, and the day after the collision.

23. **REQUEST FOR PRODUCTION:**

A copy of the wreck register maintained as required by 49 CFR § 390.35, to include the collision involving the plaintiff and all wrecks three (3) years prior.

24. **REQUEST FOR PRODUCTION:**

A copy of all company manuals covering truck safety, maintenance, fleet safety, programs, and driver's standards, driver's handbook, in effect on the date of the collision.

25. **REQUEST FOR PRODUCTION:**

Copies of any manuals covering truck safety, maintenance, fleet safety, programs and driver's standards, driver's handbook, provided to the driver prior to the date of the collision, if different than what was in effect on the date of the collision.

26. **REQUEST FOR PRODUCTION:**

A copy of the index of the policies and procedure manual, internal operating procedures, or other compilation of corporate policies and procedures to specifically include the positions of safety director, safety committee, risk manager, and risk management committee, effective on the date of the subject collision.

27. **REQUEST FOR PRODUCTION:**

A copy of the Defendant's Safety Handbook or documentation and compilation of policies and procedures in the area of loss control and safety, effective of the date of the subject collision if not previously provided.

**28. REQUEST FOR PRODUCTION:**

A copy of all articles, texts, other documents or pages of documents, or writings, defendant prepared, contributed to, used, adopted, read, or relied upon relating to qualification, and testing.

**29. REQUEST FOR PRODUCTION:**

All correspondence writings and/or documents sent or received by **SAUL GARCIA** regarding disciplinary action or suspension or potential disciplinary action or suspension of **SAUL GARCIA** by any federal, state, or local government entity, including but not limited to the Federal Highway Administration, or any state agency, in the time period covering the three (3) years prior to the collision and the day of the collision.

**30. REQUEST FOR PRODUCTION:**

Copies of any and all photographs which were taken of the vehicles involved in this accident, parties, and scene of the accident sued upon.

**31. REQUEST FOR PRODUCTION:**

The name and address of any and all expert witnesses whom you expect to use in connection with this lawsuit, together with copies of all reports which have been prepared by said experts. The preparation material for the report is hereby requested.

**32. REQUEST FOR PRODUCTION:**

As to each expert witness you expect to call at trial, provide:

A.   all documents provided to any expert witness whom you expect to call at trial, including records, reports, literature, memoranda, or any other documents prepared by you or your attorney;

B.   any records, reports, notes, memoranda, bills, correspondence, or other documents prepared by any expert in connection with this case;

C.   a current curriculum vitae for each such expert; and

D.   any exhibits prepared by or with the assistance of the expert which are intended to illustrate aspects of the expert's testimony.

**33. REQUEST FOR PRODUCTION:**

True or certified copies of any and all policies of insurance, excess insurance, umbrella insurance, comprehensive general liability insurance, or any other insurance policies or agreements

or any nature or kind whatsoever under which any person or entity carrying on any insurance business may be liable to satisfy part or all of a judgment which may be rendered in this action, or to indemnify or reimburse for payments made to satisfy any judgment, which extend coverage to the defendant, and in any way affecting the matters complained of in the petition herein, and affording coverage for the accident, which is the basis of this lawsuit.

**34. REQUEST FOR PRODUCTION:**

Copies of any and all statements made by any plaintiff concerning the subject matter of this lawsuit, whether oral, written or recorded.

**35. REQUEST FOR PRODUCTION:**

Copies of any and all drawings, maps, or sketches of the scene of the accident made the basis of this lawsuit.

**36. REQUEST FOR PRODUCTION:**

Copies of any surveillance movies, photographs, video, etc. of the Plaintiffs.

**37. REQUEST FOR PRODUCTION:**

A list of the names and addresses of witnesses with knowledge of the facts of the accident made the basis of this lawsuit, and a brief summary of their testimony.

**38. REQUEST FOR PRODUCTION:**

A copy of any and all incident and accident reports generated in regard to the accident sued upon herein.

**39. REQUEST FOR PRODUCTION:**

A copy of all statements (whether written or recorded) which address the facts of this accident.

**40. REQUEST FOR PRODUCTION:**

A copy of any and all tests, reports, records, and documents related to the alcohol and drug tests taken by **SAUL GARCIA** after this crash.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY:

JUSTIN T. MORALES (#35531)
3102 Enterprise Boulevard
Lake Charles, LA  70601
Tel.: (337) 478-1400
Fax: (337) 478-1577

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT

2023 DEC -4  PM 2: 10

BY:
DY CLERK & RECORDER
RAPIDES PARISH LA.

DETRICK WEBB, individually,      :      9TH JUDICIAL DISTRICT COURT

VS. NO. 278461     C    :      PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____      :      _____

                                                DEPUTY CLERK OF COURT

## REQUEST FOR ADMISSIONS OF FACT

TO:     **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
        **Through the Secretary of State of Louisiana,**
        **8585 Archives Avenue**
        **Baton Rouge, Louisiana 70809;**

        **MAS DISTRIBUTORS, LLC**
        **Via the Long-Arm Statute of the State of Louisiana,**
        **through its registered agent for service of process,**
        **Law Office of Atalia A. Garcia**
        **2704 Valley View**
        **Farmers Branch, TX 75234;**

        **AND**

        **SAUL GARCIA**
        **via the Long-Arm Statute of the State of Louisiana,**
        **11817 Parade Drive, Frisco, TX 75034**

      Plaintiff, **DETRICK WEBB**, requests that defendants answer within thirty (30) days after

service of this Request for Admissions and make the following admissions for the purpose of this

action only and subject to all pertinent objections to admissibility which may be interposed at the

trial:

**1.**

      Admit or Deny **SAUL GARCIA** was operating the 2022 Peterbilt tractor trailer involved

in this incident.

**2.**

      Admit or Deny **SAUL GARCIA** was operating the 2022 Peterbilt tractor trailer involved

in this incident with the permission and consent of the vehicle owner.

**3.**

      Admit or Deny **MAS DISTRIBUTING, LLC** owned the 2022 Peterbilt tractor trailer

involved in this incident.

**4.**

Admit or Deny **MAS DISTRIBUTING, LLC** owned the trailer involved in this incident.

**5.**

Admit or Deny **SAUL GARCIA** was operating the 2022 Peterbilt tractor trailer involved in this crash with the permission and consent of **MAS DISTRIBUTORS, LLC.**

**6.**

Admit or Deny **SAUL GARCIA** was an employee of **MAS DISTRIBUTORS, LLC** at the time of this crash.

**7.**

Admit or Deny **SAUL GARCIA** is a present employee of **MAS DISTRIBUTORS, LLC.**

**8.**

Admit or Deny **SAUL GARCIA** was within the course and scope of employment with of **MAS DISTRIBUTORS, LLC** at the time of this crash.

**9.**

Admit or Deny **SAUL GARCIA** was on a work mission for **MAS DISTRIBUTORS, LLC** at the time of this crash.

**10.**

Admit or Deny **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** is properly named by its legal name in the Petition for Damages.

**11.**

Admit or Deny **MAS DISTRIBUTORS, LLC** is properly named by its legal name in the Petition for Damages.

**12.**

Admit or Deny **STATE FARM MUTUAL AUTOMOBILE INSURACE COMPANY** had effective auto insurance covering the events of this crash.

**13.**

Admit or Deny **STATE FARM MUTUAL AUTOMOBILE INSURACE COMPANY** policy # 525424943 was in effect for **SAUL GARCIA** at the time of this crash.

**14.**

Admit or Deny **STATE FARM AUTOMOBILE INSURANCE COMPANY** policy # 525424943 was the only automobile insurance policy in effect for **SAUL GARCIA** at the time of this crash.

**15.**

Admit or Deny Defendants had an umbrella insurance policy in effect at the time of this crash.

**16.**

Admit or Deny Defendants had an excess insurance policy in effect at the time of this crash.

**17.**

Admit or Deny you have photos capturing the scene of this crash.

**18.**

Admit or Deny you have video capturing the scene of this crash.

**19.**

Admit or Deny you have photos of the vehicles involved in this crash.

**20.**

Admit or Deny you have video of the vehicles involved in this crash.

**21.**

Admit or Deny you have photos of the vehicle **SAUL GARCIA's** tractor-trailer that was involved in this incident.

**22.**

Admit or Deny you have photos of **DETRICK WEBB's** vehicle.

**23.**

Admit or Deny Defendant has surveillance video of Plaintiff.

**24.**

Admit or Deny Defendant has a recorded statement from Plaintiff.

**25.**

Admit or Deny Defendant has a recorded statement regarding the facts of this crash from anyone other than a party to this suit.

**26.**

Admit or Deny Defendant has photos capturing the events of this crash.

**27.**

Admit or Deny Defendant has video capturing the events of this crash.

**28.**

Admit or Deny Defendant had a dash cam recording device on the vehicle involved in this crash.

**29.**

Admit or Deny **SAUL GARCIA** took an alcohol test after this crash.

**30.**

Admit or Deny **SAUL GARCIA** took a drug test after this crash.

Respectfully submitted,

TOWNSLEY LAW FIRM, LLP

By: _____

JUSTIN T. MORALES (#35531)
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
CLERK & RECORDER
RAPIDES PARISH LA.
2023 DEC -4 PH 2' IN
BY



# ROBIN L. HOOTER
## CLERK OF COURT ✤ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION (LONG ARM)                    NO. 278,461      C

DETRICK WEBB                              || NINTH JUDICIAL DISTRICT COURT
VERSUS                                    || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL || STATE OF LOUISIANA

TO: MAS DISTRIBUTORS LLC
    THRU LAW OFFICE OF ATALIA A GARCIA 2704 VALLEY VIEW
    FARMER BRANCH TX 75234-0000

    YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
THIRTY (30) DAYS AFTER FILING IN THE RECORD OF THIS PROCEEDING OF THE AFFIDAVIT OF THE INDIVIDUAL WHO EITHER
MAILED OR ACTUALLY DELIVERED THE PROCESS.  YOUR MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON
OR BY MAIL.  IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY.  YOUR FAILURE TO COMPLY WILL
SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS  5TH DAY OF DECEMBER, 2023.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES,INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUME
REQUEST FOR ADMISSIONS..

                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000             BY
Filing Attorney                            Deputy Clerk of Court

                    SHERIFF STAMP BELOW
                    --------------------

       0267062                          023



# ROBIN L. HOOTER
## CLERK OF COURT ✣ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION (LONG ARM)                    NO. 278,461      C

DETRICK WEBB                              || NINTH JUDICIAL DISTRICT COURT
VERSUS                                   || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL    || STATE OF LOUISIANA

TO: SAUL GARCIA
    VIA LONG ARM STATUTE 11817 PARADE DR
    FRISCO TX  75034-0000

    YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
THIRTY (30) DAYS AFTER FILING IN THE RECORD OF THIS PROCEEDING OF THE AFFIDAVIT OF THE INDIVIDUAL WHO EITHER
MAILED OR ACTUALLY DELIVERED THE PROCESS.  YOUR MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON
OR BY MAIL.  IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY.  YOUR FAILURE TO COMPLY WILL
SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS  5TH DAY OF DECEMBER, 2023.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES,INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUME
REQUEST FOR ADMISSIONS..

                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000             BY _____
Filing Attorney                         Deputy Clerk of Court

                    SHERIFF STAMP BELOW
                    --------------------

0267062                              023

# ROBIN L. HOOTER
## CLERK OF COURT ✦ RAPIDES PARISH
### 701 Murray Street, Suite 102, Alexandria, Louisiana 71301

| Phone (318) 473-8153 | Fax (318) 473-4667 | Civil Fax (318) 487-9361 |
|---|---|---|
| | www.rapidesclerk.org | |

CITATION (PETITION W/DISCOVERY-Effective 1-1-2022)  NO. 278,461    C

DETRICK WEBB                          || NINTH JUDICIAL DISTRICT COURT
VERSUS                               || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL   || STATE OF LOUISIANA

TO: STATE FARM MUTUAL AUTOMOBILE INS CO
    THRU:LA SECRETARY OF STATE 8585 ARCHIVES AVE
    BATON ROUGE LA  70809-0000
    EAST BATON ROUGE PARISH

    YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
THIRTY(30) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL.
IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU
TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS  5TH DAY OF DECEMBER,  2023.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES,INTERROGATORIES,
REQUEST FOR PRODUCTION OF DOCUMENTS AND, REQUEST FOR ADMISSIONS.

                                    ROBIN L. HOOTER
                                    Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000            BY
Filing Attorney                          Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                    ------------------
                    SHERIFF STAMP BELOW
                    ------------------

I made service on the named party though the
Office of the Secretary of State on

                    DEC 13 2023

by tendering a copy of this document to:
                    JULIE NESBITT

                    DY. B. GARAFOLA #0577
            Deputy Sheriff, Parish of East Baton Rouge, LA

0267062                      023                      RECEIVED
                                                       DATE

                                                  DEC 1 2 2023

                                             E.B.R. Sheriff Office



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

# THE TOWNSLEY LAW FIRM
### ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

January 10, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

PLEASE REMIT
TO: ROBIN L. HOOTER
Clerk of Court
701 Murray St.
Ste. 102
Alexandria, LA 71301

RE:   **Detrick Webb, individually,
Vs. No. 278,461 C
State Farm Mutual Automobile Insurance Company, MAS
Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

Enclosed please find the original and one (1) copy of the Affidavit of Service of MAS Distributors, LLC, and attachment, being filed on behalf of plaintiff in the above matter. Please file the original into the record and return a conformed copy to my office.

Thank you for your assistance in this matter.

Sincerely,

JUSTIN T. MORALES

JTM/jmb
Attachments

DETRICK WEBB, individually,                    :        9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                              :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____               :        _____
                                                  DEPUTY CLERK OF COURT

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF RAPIDES

BEFORE ME, the undersigned authority, personally appeared JEANINE BLANCO, 3102

Enterprise Blvd., Lake Charles, Louisiana 70601, who after being duly sworn, said that on the 28th

day of December 2023, she served a certified copy of the citation, Petition for Damages,

Interrogatories, Request for Production of Documents, and Request for Admission of Facts, in this

action under the Louisiana Long Arm Statute, LSA-R.S. 13:3201, pursuant to section 3204 of Title

13, by mailing the documents to defendant, MAS Distributors LLC, by certified mail, return

receipt requested, postage prepaid and properly addressed as follows:

> MAS Distributors LLC
> Thru Law Office of Atalia A. Garcia
> 2704 Valley View
> Farmer Branch, TX 75234

That on or about January 2, 2024, the citation, Petition for Damages, Interrogatories,

Request for Production of Documents, and Request for Admission of Facts were delivered and

received by the defendant as shown on the attached postal receipt; that they received the postal

receipt filed of record in these proceedings, attached hereto, indicating that the same has been

delivered to defendant, MAS Distributors, LLC.

By: _____
Jeanine Blanco
THE TOWNSLEY LAW FIRM
3102 Enterprise Blvd.
Lake Charles, LA 70601
Tel. (337) 478-1400
Fax (337)478-1577

SWORN TO AND SUBSCRIBED before me at Lake Charles, Louisiana this 10 day of

January, 2024.

_____          YVETTE SHAUGHNESSY
NOTARY PUBLIC                            Notary Public #69602
                                         Commission is for life



DETRICK WEBB

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MAS Distributors LLC
Thru Law Office of Atalia A. Garcia
2704 Valley View
Farmer Branch, TX 75234

9590 9402 7008 1225 3951 16

2. Article Number (Transfer from service label)

7022 1670 0001 6889 2913

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
01-02-2024

D. Is delivery address different from item 1?  ☐ Yes
   enter delivery address below:  ☐ No

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery  $
Postage
$
Total Postage and Fees
$
Sent To
MAS Distributors LLC
Thru Law Office of Atalia A. Garcia
2704 Valley View
Farmer Branch, TX 75234

Postmark
Here

7022 1670 0001 6889 2913

Xerox® VersaLink® B605X Multifunction Printer    

# Confirmation Report

Fax Number        3184879361
Local Name
Fax Name          Civil Processing

The job has been sent.
Original Size: 8.5 x 11"



THE TOWNSLEY LAW FIRM
ATTORNEYS AT LAW
3802 ENTERPRISE BLVD
LAKE CHARLES, LOUISIANA 70601

January 10, 2024

VIA FAX 318-487-9361

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE:   Detrick Webb, individually,
      Vs. No. 278,461 C
      State Farm Mutual Automobile Insurance Company, MAS
      Distributors LLC, and Saul Garcia

Dear Ms. Hooter:

Enclosed please find the original and one (1) copy of the Affidavit of Service of MAS Distributors, LLC, and attachment, being filed on behalf of plaintiff in the above matter. Please file the original into the record and return a conformed copy to my office.

Thank you for your assistance in this matter.

Sincerely,

JUSTIN T. MORALES

JTM/jmb
Attachments

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 8673 | 3374781577 | 1-10; 4:19 PM | 37 Secs | 1/1 | G3 | | Completed |

Printed On : 01/10/2024  4:20 PM
Copyright ©2017-2020 Xerox Corporation. All rights reserved. Xerox® and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries.

Page : 1(Last Page)



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

# THE TOWNSLEY LAW FIRM
### A T T O R N E Y S   A T   L A W
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

January 10, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

          **RE:**    **Detrick Webb, individually,**
                    **Vs. No. 278,461 C**
                    **State Farm Mutual Automobile Insurance Company, MAS**
                    **Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

      Enclosed please find the original and one (1) copy of the Affidavit of Service of MAS Distributors, LLC, and attachment, being filed on behalf of plaintiff in the above matter. Please file the original into the record and return a conformed copy to my office.

      Thank you for your assistance in this matter.

                    Sincerely,

                    JUSTIN T. MORALES

JTM/jmb
Attachments



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

## THE TOWNSLEY LAW FIRM
### ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE (337) 478-1400
TOLL FREE (800) 432-3305
FAX (337) 478-1577
www.townsleylawfirm.com

January 10, 2024

VIA FAX 318-487-9361

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

PLEASE REMIT
TO: ROBIN L. HOOTER
Clerk of Court
701 Murray St.
Ste. 102
Alexandria, LA 71301

RE:    Detrick Webb, individually,
       Vs. No. 278,461 C
       State Farm Mutual Automobile Insurance Company, MAS
       Distributors LLC, and Saul Garcia

Dear Ms. Hooter:

Enclosed please find the original and one (1) copy of the Affidavit of Service of MAS Distributors, LLC, and attachment, being filed on behalf of plaintiff in the above matter. Please file the original into the record and return a conformed copy to my office.

Thank you for your assistance in this matter.

Sincerely,

JUSTIN T. MORALES

JTM/jmb
Attachments



SCANNED
JAN 10 2024

RECEIVED
JAN 10 024
By

DETRICK WEBB, individually,                :        9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                          :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____             :        _____
                                                    DEPUTY CLERK OF COURT

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF RAPIDES

BEFORE ME, the undersigned authority, personally appeared JEANINE BLANCO, 3102

Enterprise Blvd., Lake Charles, Louisiana 70601,who after being duly sworn, said that on the 28th

day of December 2023, she served a certified copy of the citation, Petition for Damages,

Interrogatories, Request for Production of Documents, and Request for Admission of Facts, in this

action under the Louisiana Long Arm Statute, LSA-R.S. 13:3201, pursuant to section 3204 of Title

13, by mailing the documents to defendant, MAS Distributors LLC, by certified mail, return

receipt requested, postage prepaid and properly addressed as follows:

> MAS Distributors LLC
> Thru Law Office of Atalia A. Garcia
> 2704 Valley View
> Farmer Branch, TX 75234

That on or about January 2, 2024, the citation, Petition for Damages, Interrogatories,

Request for Production of Documents, and Request for Admission of Facts were delivered and

received by the defendant as shown on the attached postal receipt; that they received the postal

receipt filed of record in these proceedings, attached hereto, indicating that the same has been

delivered to defendant, MAS Distributors, LLC.

By: _____
Jeanine Blanco
THE TOWNSLEY LAW FIRM
3102 Enterprise Blvd.
Lake Charles, LA 70601
Tel. (337) 478-1400
Fax (337)478-1577

SWORN TO AND SUBSCRIBED before me at Lake Charles, Louisiana this____ day of

January, 2024.

_____
NOTARY PUBLIC

YVETTE SHAUGHNESSY
Notary Public #69602
Commission is for life



DETRICK WEBB

**SENDER: COMPLETE THIS SECTION**

- ☐ Complete items 1, 2, and 3.
- ☑ Print your name and address on the reverse so that we can return the card to you.
- ☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MAS Distributors LLC
Thru Law Office of Atalia A. Garcia
2704 Valley View
Farmer Branch, TX 75234

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
01-02-2024

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

9590 9402 7008 1225 3951 16

2. Article Number (Transfer from service label)

7022 1670 0001 6889 2913

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)        $ _____
- ☐ Return Receipt (electronic)      $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required         $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
MAS Distributors LLC
Thru Law Office of Atalia A. Garcia
2704 Valley View
Farmer Branch, TX 75234

7022 1670 0001 6889 2913



Xerox® VersaLink® B605X Multifunction Printer

# Confirmation Report

Fax Number     3184879361
Local Name
Fax Name      Civil Processing

The job has been sent.
Original Size: 8 5 x 14"



DETRICK WEBB, individually,        9ᵀᴴ JUDICIAL DISTRICT COURT

VS. NO. 278,461 C        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED _____        DEPUTY CLERK OF COURT

FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, DETRICK WEBB, a

person of the full age of majority, and resident of Rapides Parish who desires to file this First

Supplemental and Amending Petition for Damages as follows

I.

By amending the caption of this case to read as follows

"DETRICK WEBB, individually,        9ᵀᴴ JUDICIAL DISTRICT COURT

VS. NO. 278,461 C        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA, JR.        DEPUTY CLERK OF COURT

II.

Plaintiff amends Paragraph 1C of the Petition for Damages to read as follows:

C. SAUL GARCIA, JR. it a person of full age of majority and a resident of and domiciled in

the State of Texas who may be served via the Long-Arm Statute at 11817 Parade Drive,

Frisco, TX 75034;

III.

By substituting the name of Saul Garcia, Jr. in place of Saul Garcia in each and every place

the name Saul Garcia appears in the Petition for Damages.

IV.

Plaintiff amends Paragraph 23 of the Petition for Damages to read as follows.

As the result of this crash, DETRICK WEBB has suffered property damage to his vehicle,

loss of use, depreciation, and totaled and/or diminished value, entitling Petitioner to such damages

which are reasonable in the premises

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 8829 | 3374781577 | 1-18; 9 59 AM | 47 Secs | 1/1 | ECM | | Completed |

Printed On  01/18/2024  10 00 AM
Copyright ®2017-2020 Xerox Corporation. All rights reserved  Xerox® and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries

REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JORDAN Z. TAYLOR
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO



# THE TOWNSLEY LAW FIRM
### ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

## FAX TRANSMITTAL COVER PAGE

DATE: 1·17·2024

TRANSMITTED TO: Rapides Clerk of Court

TRANSMITTED TO FAX #: 318-487-9361

TRANSMITTED FROM: The Townsley Law Firm

SUBJECT OF MATERIAL TRANSMITTED: Supp. & Amending Petition

NUMBER OF PAGES: 5 (INCLUDING TRANSMITTAL COVER PAGE)

MESSAGE:

ORIGINAL: ✓ WILL BE MAILED _____ WILL NOT BE MAILED

To send telefax to this machine, call (337) 478-1577.

### CONFIDENTIALITY NOTICE

*This facsimile transmission (and/or the documents accompanying it) contain(s) or may contain confidential information belonging to the sender which may also be privileged and which is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.*

If you do not receive all of the pages as indicated on this sheet, please call _____ at (337) 478-1400.



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

# THE TOWNSLEY LAW FIRM
### ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

January 17, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

        **RE:**    **Detrick Webb, individually,**
                **Vs. No. 278,461 C**
                **State Farm Mutual Automobile Insurance Company, MAS**
                **Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

    Attached for filing please find the original and seven (7) copies of a First Supplemental and Amending Petition for Damages, regarding the above captioned matter. Please file the original into the record, retain three (6) copies for service, and return the remaining copy to my office, after it has been conformed.

    Also, enclosed is my firm's check in the amount of $600.00 to cover filing fees associated with the attached pleading.

    Thank you for your assistance in this matter.

                Sincerely yours,

                JUSTIN T. MORALES

JTM/jmb
Enclosures

9TH JUDICIAL DISTRICT COURT

PARISH OF RAPIDES

STATE OF LOUISIANA

RE:    EMERGENCY COURT CLOSURE

DUE TO INCLEMENT WEATHER CONDITIONS

ORDER

Acting under the authority of Article V, Section 1 of the Louisiana Constitution of 1974; and with inherent powers of this Court, the Chief Judge, acting on behalf of the Judges of the 9th Judicial District Court, and in consideration of the emergency created by inclement freezing weather and hazardous driving conditions making it unsafe for employees of the 9th Judicial District Court and the Rapides Parish Clerk of Court to continue in the performance of their official duties or for the general public to conduct business with the Rapides Parish Courthouse;

IT IS HEREBY ORDERED that the 9th Judicial District Court, Parish of Rapides, State of Louisiana and the Rapides Parish Clerk of Court's Office shall be closed Tuesday, January 16, 2024.

IT IS FURTHER ORDERED that this closure shall be considered a legal holiday in accordance with LSA-R.S. 1:55.

IT IS FURTHER ORDERED that in accordance with LSA-R.S. 1:55(E)(2), the Rapides Parish Clerk of Court shall attach a statement setting forth the date of closure, the reason for closure, and a statement that this day was a legal holiday to every document, petition, or pleading filed in the office of the clerk on the first day after being closed under the provisions of this Paragraph, whenever the petition or document relates to a cause of action, right of appeal, or other matter against which prescription could have run or time periods imposed by law could have expired.

The Court may issue further Orders regarding this matter as necessary to address the circumstances arising and will post such Orders on the Court's website, www.9thjdc.org, the Louisiana Supreme Court website, www.lasc.org, and in the news media.

Alexandria, Louisiana this 15th day of January, 2024.

_____

Chief Judge Greg Beard

PLEASE REMIT $30\underline{5}$

TO. ROBIN L. HOOTER
Clerk of Court
701 Murray St.
Ste. 102
Alexandria, LA 71301



DETRICK WEBB, individually,                 :        9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                           :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____                     :        _____
                                                     DEPUTY CLERK OF COURT

## FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, though undersigned counsel, comes Plaintiff, DETRICK WEBB, a

person of the full age of majority, and resident of Rapides Parish who desires to file this First

Supplemental and Amending Petition for Damages as follows:

I.

By amending the caption of this case to read as follows:

"DETRICK WEBB, individually,               :        9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                          :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA, JR.     _____
                                           DEPUTY CLERK OF COURT
II.

Plaintiff amends Paragraph 1C of the Petition for Damages to read as follows:

C.  SAUL GARCIA, JR. is a person of full age of majority and a resident of and domiciled in

    the State of Texas who may be served via the Long-Arm Statute at 11817 Parade Drive,

    Frisco, TX 75034;

III.

By substituting the name of Saul Garcia, Jr. in place of Saul Garcia in each and every place

the name Saul Garcia appears in the Petition for Damages.

IV.

Plaintiff amends Paragraph 23 of the Petition for Damages to read as follows:

As the result of this crash, DETRICK WEBB has suffered property damage to his vehicle,

loss of use, depreciation, and totaled and/or diminished value, entitling Petitioner to such damages

which are reasonable in the premises.

V.

Petitioner, Detrick Webb, reiterates all allegations in his original petition as if copied hereto in extenso, except as amended herein.

WHEREFORE, PLAINTIFF prays that the Defendants be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there be judgment in favor DETRICK WEBB, individually, and against Defendants, for a reasonable amount of general damages, special damages, past, present and future medical expenses, loss of enjoyment of life, property damage, loss of use, and pain and suffering together with costs of this suit, including the fees of experts and other experts called as witnesses, legal interest from date of judicial demand until paid, and for all other relief, both general and special, in law and in equity, to which he may show himself justly entitled. Further, petitioner prays for all necessary orders, and for judgment as alleged in the original petition, and in the supplemental and amended petition.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY: _____

JUSTIN T. MORALES (35531)
3102 Enterprise Blvd.
Lake Charles, LA 70601
Tel. (337) 478-1400
Fax. (337) 478-1577

**PLEASE SERVE:**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
**Through the Secretary of State of Louisiana,**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809; and**
**Attorney Kyle Beasley**
**Plauche, Smith & Nieset**
**1123 Pithon Street**
**Lake Charles, LA 70601**

**MAS DISTRIBUTORS, LLC**
**Via the Long-Arm Statute of the State of Louisiana,**
**through its registered agent for service of process,**
**Law Office of Atalia A. Garcia, 2704 Valley View, Farmers Branch, TX 75234; and**
**Attorney Duncan McKeithen**
**Johnson, Siebenicher & Ingram**
**2757 Hwy. 28 East**
**Pineville, LA 71360**

SAUL GARCIA, JR.
Via the Long-Arm Statute of the State of Louisiana,
11817 Parade Drive, Frisco, TX 75034; and
Attorney Duncan McKeithen
Johnson, Siebenicher & Ingram
2757 Hwy. 28 East
Pineville, LA 71360

REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

# THE TOWNSLEY LAW FIRM
### ATTORNEYS AT LAW
3102 ENTERPRISE BLVD
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

January 17, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE:    **Detrick Webb, individually,**
        **Vs. No. 278,461 C**
        **State Farm Mutual Automobile Insurance Company, MAS**
        **Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

    Attached for filing please find the original and seven (7) copies of a First Supplemental and Amending Petition for Damages, regarding the above captioned matter. Please file the original into the record, retain three (6) copies for service, and return the remaining copy to my office, after it has been conformed.

    Also, enclosed is my firm's check in the amount of $600.00 to cover filing fees associated with the attached pleading.

    Thank you for your assistance in this matter.

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
RAPIDES PARISH, LA
BY: _____
DY CLERK & RECORDER
2024 JAN 22  PH 2:48

DETRICK WEBB, individually,              :          9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                        :          PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____          :          _____
                                                    DEPUTY CLERK OF COURT

### FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, though undersigned counsel, comes Plaintiff, DETRICK WEBB, a person of the full age of majority, and resident of Rapides Parish who desires to file this First Supplemental and Amending Petition for Damages as follows:

I.

By amending the caption of this case to read as follows:

"DETRICK WEBB, individually,             :          9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                        :          PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA, JR.

                                                    _____
                                                    DEPUTY CLERK OF COURT

II.

Plaintiff amends Paragraph 1C of the Petition for Damages to read as follows:

C. SAUL GARCIA, JR. is a person of full age of majority and a resident of and domiciled in the State of Texas who may be served via the Long-Arm Statute at 11817 Parade Drive, Frisco, TX 75034;

III.

By substituting the name of Saul Garcia, Jr. in place of Saul Garcia in each and every place the name Saul Garcia appears in the Petition for Damages.

IV.

Plaintiff amends Paragraph 23 of the Petition for Damages to read as follows:

As the result of this crash, DETRICK WEBB has suffered property damage to his vehicle, loss of use, depreciation, and totaled and/or diminished value, entitling Petitioner to such damages which are reasonable in the premises.

V.

Petitioner, Detrick Webb, reiterates all allegations in his original petition as if copied hereto in extenso, except as amended herein.

WHEREFORE, PLAINTIFF prays that the Defendants be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there be judgment in favor DETRICK WEBB, individually, and against Defendants, for a reasonable amount of general damages, special damages, past, present and future medical expenses, loss of enjoyment of life, property damage, loss of use, and pain and suffering together with costs of this suit, including the fees of experts and other experts called as witnesses, legal interest from date of judicial demand until paid, and for all other relief, both general and special, in law and in equity, to which he may show himself justly entitled. Further, petitioner prays for all necessary orders, and for judgment as alleged in the original petition, and in the supplemental and amended petition.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY: _____

JUSTIN T. MORALES (35531)
3102 Enterprise Blvd.
Lake Charles, LA 70601
Tel. (337) 478-1400
Fax. (337) 478-1577

**PLEASE SERVE:**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
**Through the Secretary of State of Louisiana,**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809; and**
**Attorney Kyle Beasley**
**Plauche, Smith & Nieset**
**1123 Pithon Street**
**Lake Charles, LA 70601**

**MAS DISTRIBUTORS, LLC**
**Via the Long-Arm Statute of the State of Louisiana,**
**through its registered agent for service of process,**
**Law Office of Atalia A. Garcia, 2704 Valley View, Farmers Branch, TX 75234; and**
**Attorney Duncan McKeithen**
**Johnson, Siebenicher & Ingram**
**2757 Hwy. 28 East**
**Pineville, LA 71360**

SAUL GARCIA, JR.
Via the Long-Arm Statute of the State of Louisiana,
11817 Parade Drive, Frisco, TX 75034; and
Attorney Duncan McKeithen
Johnson, Siebenicher & Ingram
2757 Hwy. 28 East
Pineville, LA 71360

# ROBIN L. HOOTER
## CLERK OF COURT ✚ RAPIDES PARISH
### 701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9361
www.rapidesclerk.org

SUPPLEMENTAL CITATION (Effective 1-1-2022)

NO. 278,461        C

DETRICK WEBB                                     || NINTH JUDICIAL DISTRICT COURT
VERSUS                                           || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL        || STATE OF LOUISIANA

TO: SAUL GARCIA JR
    VIA LONG ARM STATUTE, 11817 PARADE DR
    FRISCO TX  75034-0000


   YOU ARE HEREBY CITED TO COMPLY WITH THE DEMAND CONTAINED IN THE 1ST  SUPPLEMENTAL AND AMENDED PETITION,
A CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE
OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THE TIME
REMAINING FOR PLEADING TO THE ORIGINAL PETITION SERVED UPON YOU OR WITHIN FIFTEEN(15) DAYS AFTER SERVICE
HEREOF, WHICHEVER PERIOD IS LONGER.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY
OF DEFAULT JUDGMENT AGAINST YOU.

   WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 25TH DAY OF JANUARY,  2024.


                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000             BY _____
Filing Attorney                            Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                         _____
                         SHERIFF STAMP BELOW
                         ---------------------


     0267062                            003



# ROBIN L. HOOTER
## CLERK OF COURT ✿ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

| Phone (318) 473-8153 | Fax (318) 473-4667 | Civil Fax (318) 487-9361 |

www.rapidesclerk.org

SUPPLEMENTAL CITATION (Effective 1-1-2022)

NO. 278,461        C

| | |
|---|---|
| DETRICK WEBB | ‖ NINTH JUDICIAL DISTRICT COURT |
| VERSUS | ‖ PARISH OF RAPIDES |
| STATE FARM MUTUAL AUTOMOBILE INS CO ET AL | ‖ STATE OF LOUISIANA |

TO: MAS DISTRIBUTORS LLC
    LONG ARM STATUE
       00000


    YOU ARE HEREBY CITED TO COMPLY WITH THE DEMAND CONTAINED IN THE 1ST  SUPPLEMENTAL AND AMENDED PETITION,
A CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE
OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THE TIME
REMAINING FOR PLEADING TO THE ORIGINAL PETITION SERVED UPON YOU OR WITHIN FIFTEEN(15) DAYS AFTER SERVICE
HEREOF, WHICHEVER PERIOD IS LONGER.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY
OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 25TH DAY OF JANUARY,  2024.



                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000          BY _____
Filing Attorney                          Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY, COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                        _____
                        SHERIFF STAMP BELOW
                        -------------------




        0267062                        003

# ROBIN L. HOOTER
## CLERK OF COURT ✚ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 473-4561
www.rapidesclerk.org

# RETURNS

SUPPLEMENTAL CITATION (Effective 1-1-2022)          NO. 278,461        C

RECEIVED
JAN 30 2024
RAPIDES PARISH
SHERIFF'S OFFICE
CIVIL DEPT.

DETRICK WEBB                          || NINTH JUDICIAL DISTRICT COURT
VERSUS                               || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL  || STATE OF LOUISIANA

TO: SAUL GARCIA JR
    C/O ATTORNEY DUNCAN MCKEITHEN, 2757 HWY. 28 EAST
    PINEVILLE LA  71360-0000
    RAPIDES PARISH

    YOU ARE HEREBY CITED TO COMPLY WITH THE DEMAND CONTAINED IN THE 1ST  SUPPLEMENTAL AND AMENDED PETITION,
A CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE
OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THE TIME
REMAINING FOR PLEADING TO THE ORIGINAL PETITION SERVED UPON YOU OR WITHIN FIFTEEN(15) DAYS AFTER SERVICE
HEREOF, WHICHEVER PERIOD IS LONGER.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY
OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 25TH DAY OF JANUARY,  2024.

                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000          BY   _____
Filing Attorney                           Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                         SHERIFF STAMP BELOW
                         --------------------

                    SHERIFFS RETURN
DATE SERVED: 1-30-24
PERSONAL SERVICE: ✓
DOMICILIARY SERVICE:
DEPARTMENTAL SERVICE:
PERSON SERVED:
RELATIONSHIP:
BY:
         Deputy Sheriff, Rapides Parish
MILEAGE: ___ 7 ___

0267062                                    003

701 MURRAY ST.
SUITE 301
ALEXANDRIA, LOUISIANA  71301

1/30/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:    278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: SAUL GARCIA JR              THRU:    DUNCAN MCKEITHEN
                                         2757 HWY 28 E

                                         PINEVILLE            LA 71360-0000

TYPE OF PAPERS TO BE SERVED:  S CIT & SA

✓   SERVICE PERSONAL

___   SERVICE DOMICILIARY THRU: _____

___   SERVICE DEPARTMENTAL THRU: _____

___   SERVICE NOT MADE   (SEE COMMENTS)

|  | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|---|---|---|---|---|
| 1) | 1-30-24 | 1035 | 7 | Haylee Deville |
|  |  |  |  | Haylee Deville |
|  |  |  |  |  |
| 2) |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| 3) |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL MILEAGE ___7___          ODOMETER READING _____

___1-30-24___                   _____
DATE                            DEPUTY SHERIFF

# ROBIN L. HOOTER

### CLERK OF COURT ✦ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9361

## RETURNS

SUPPLEMENTAL CITATION (Effective 1-1-2022)                NO. 278,461     C

**RECEIVED**
JAN 30 2024
RAPIDES PARISH
SHERIFF OFFICE
CIVIL DEPT.

DETRICK WEBB                              || NINTH JUDICIAL DISTRICT COURT
VERSUS                                   || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL || STATE OF LOUISIANA

TO: SAUL GARCIA JR
    THRU ATTORNEY DUNCAN MCKEITHEN, 2757 HWY. 28 EAST
    PINEVILLE LA  71360-0000
    RAPIDES PARISH

    YOU ARE HEREBY CITED TO COMPLY WITH THE DEMAND CONTAINED IN THE 1ST  SUPPLEMENTAL AND AMENDED PETITION,
A CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE
OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THE TIME
REMAINING FOR PLEADING TO THE ORIGINAL PETITION SERVED UPON YOU OR WITHIN FIFTEEN(15) DAYS AFTER SERVICE
HEREOF, WHICHEVER PERIOD IS LONGER.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY
OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 25TH DAY OF JANUARY,  2024.

                                              ROBIN_L._HOOTER
                                              Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD                      BY  _N Chambers_
LAKE CHARLES LA  70601-0000
Filing Attorney                           Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

SHERIFF STAMP BELOW

## SHERIFFS RETURN
DATE SERVED: _1-30-24_
PERSONAL SERVICE: _____
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: _____
**Deputy Sheriff, Rapides Parish**
MILEAGE: _7_

0267062                          003

RAPIDES PARISH SHERIFF'S OFFICE
701 MURRAY ST.
SUITE 101
ALEXANDRIA, LOUISIANA  71301

1/30/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:   278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: SAUL GARCIA JR                THRU:   DUNCAN MCKEITHEN
                                          2757 HWY 28 E

                                          PINEVILLE          LA 71360-0000

TYPE OF PAPERS TO BE SERVED:  S CIT & SA

√    SERVICE PERSONAL

___  SERVICE DOMICILIARY THRU: _____

___  SERVICE DEPARTMENTAL THRU: _____

___  SERVICE NOT MADE    (SEE COMMENTS)

| | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|---|---|---|---|---|
| 1) | 1-30-24 | 1035 | 7 | Haylee Deville |
| | | | | Haylee Deville |
| 2) | | | | |
| 3) | | | | |

TOTAL MILEAGE __7__        ODOMETER READING _____

_1-30-24_                        _F. White_
   DATE                            DEPUTY SHERIFF

# ROBIN L. HOOTER

### CLERK OF COURT ✚ RAPIDES PARISH

701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9361

www.rapidesclerk.org

# RETURNS

RECEIVED
JAN 30 2024
RAPIDES PARISH
SHERIFF OFFICE
CIVIL DEPT.

SUPPLEMENTAL CITATION (Effective 1-1-2022)

NO. 278,461      C

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

|| NINTH JUDICIAL DISTRICT COURT
|| PARISH OF RAPIDES
|| STATE OF LOUISIANA

TO: MAS DISTRIBUTORS LLC
    THRU ATTORNEY DUNCAN MCKEITHEN, 2757 HWY 28 EAST
    PINEVILLE LA  71360-0000
    RAPIDES PARISH

    YOU ARE HEREBY CITED TO COMPLY WITH THE DEMAND CONTAINED IN THE 1ST  SUPPLEMENTAL AND AMENDED PETITION,
A CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE
OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THE TIME
REMAINING FOR PLEADING TO THE ORIGINAL PETITION SERVED UPON YOU OR WITHIN FIFTEEN(15) DAYS AFTER SERVICE
HEREOF, WHICHEVER PERIOD IS LONGER.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY
OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 25TH DAY OF JANUARY,  2024.

                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000        BY _____
Filing Attorney                        Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY: COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                    _____
                        SHERIFF STAMP BELOW
                        ---------------------

                        SHERIFFS RETURN
            DATE SERVED: 1-30-24
            PERSONAL SERVICE: ✓
            DOMICILIARY SERVICE: _____
            DEPARTMENTAL SERVICE: _____
            PERSON SERVED: _____
            RELATIONSHIP: _____
            BY: _____
                Deputy Sheriff, Rapides Parish
            MILEAGE: 7

0267062                              003

RAPIDES PARISH SHERIFF'S OFFICE
701 MURRAY ST.
SUITE 301 A
ALEXANDRIA, LOUISIANA 71301

3

1/30/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:    278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: MAS DISTRIBUTORS LLC         THRU:   DUNCAN MCKEITHEN
                                         2757 HWY 28 E

                                         PINEVILLE          LA 71360-0000

TYPE OF PAPERS TO BE SERVED:  S CIT & SA

✓  SERVICE PERSONAL

___  SERVICE DOMICILIARY THRU: _____

___  SERVICE DEPARTMENTAL THRU: _____

___  SERVICE NOT MADE   (SEE COMMENTS)

|   | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|---|------|------|---------|------------------------|
| 1) | 1-30-24 | 1035 | 7 | Haylee Deville |
|   |   |   |   | Haylee Deville |
|   |   |   |   |   |
|   |   |   |   |   |
| 2) |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
| 3) |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

TOTAL MILEAGE  7          ODOMETER READING _____

1-30-24                              _____
DATE                                 DEPUTY SHERIFF

# ROBIN L. HOOTER

### CLERK OF COURT ✚ RAPIDES PARISH

701 Murray Street, Suite 102, Alexandria, Louisiana 71301

| Phone (318) 473-8153 | Fax (318) 473-4667 | Civil Fax (318) 487-9361 |
|---|---|---|

www.rapidesclerk.org

SUPPLEMENTAL CITATION (Effective 1-1-2022)

NO. 278,461      C

DETRICK WEBB                            || NINTH JUDICIAL DISTRICT COURT
VERSUS                                 || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL || STATE OF LOUISIANA

TO: STATE FARM MUTUAL AUTOMOBILE INS CO
    THRU ATTORNEY KYLE BEASLEY, 1123 PITHON STREET
    LAKE CHARLES LA 70601-0000
    CALCASIEU PARISH

    YOU ARE HEREBY CITED TO COMPLY WITH THE DEMAND CONTAINED IN THE 1ST  SUPPLEMENTAL AND AMENDED PETITION,
A CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE
OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THE TIME
REMAINING FOR PLEADING TO THE ORIGINAL PETITION SERVED UPON YOU OR WITHIN FIFTEEN(15) DAYS AFTER SERVICE
HEREOF, WHICHEVER PERIOD IS LONGER.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY
OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 25TH DAY OF JANUARY,  2024.

                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD                    BY
LAKE CHARLES LA  70601-0000
Filing Attorney                         Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                    SHERIFF STAMP BELOW
                    -------------------

        0267062                              003
Suit: 241-278,461              Cost:     31.30
KYLE BEASLEY
1123 PITHON ST
LAKE CHARLES LA 70601
Person Served:  MORGAN PHARR  SEC
Received:  02/01/2024    Served:    02/01/2024  2:32 pm
Deputy:  TOUPS        Miles:  2.00  Type:    PERSONAL

**CALCASIEU PARISH SHERIFF**
**INVOICE**

| | |
|---|---|
| | INVOICE #    134640 |
| | PAGE     1  OF    1 |

Pay To:

**Tony Mancuso**
Calcasieu Parish Sheriffs Office
P.O. Box 1803
Lake Charles, LA  70602

**RAPIDES PARISH CLERK**
 701 MURRAY STREET, STE 102
ALEXANDRIA, LA 71301

PARISH  241

| | Charge | Paid | UnPaid |
|---|---|---|---|

**SUIT NO. 278,461 DETRICK WEBB vs STATE FARM MUTUAL AUTOMOBILE INS CO, ET AL**

| | Charge | Paid | UnPaid |
|---|---|---|---|
| 02/01/2024 0039 Citation<br>    PERSONAL TO MORGAN PHARR  SEC<br>1123 PITHON ST<br>LAKE CHARLES LA 70601 ON 02/01/2024 BY 128 TOUPS | 31.30 | 0.00 | 31.30 |

| | | |
|---|---|---|
| **\*\*\* TOTAL DUE THIS INVOICE \*\*\*** | | 31.30 |

\*\*\*\*\*\*\*\*\*PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT\*\*\*\*\*\*\*\*



# Johnson, Siebeneicher &Ingram

ATTORNEYS AT LAW

PLEASE REMIT $600
TO ROBIN L. HOOTER
Clerk of Court
701 Murray St.
Ste. 102
Alexandria, LA 71301

RECEIVED

14 Pgs

February 6, 2024

*VIA FAX-FILE – 318/487-9361 & U.S.P.S.*

Hon. Robin L. Hooter, Clerk
9th Judicial District Court
701 Murray Street, Suite 102
Alexandria, LA 71301

**Re:    Civil Suit Number: 278,461; 9th Judicial District Court**
**Detrick Webb vs. State Farm Mutual Automobile Ins. Co., et al**
**Our File: D-50699**

Dear Ms. Hooter:

Enclosed please find Answer to Petition for Damages, along with a Jury Order for filing on behalf of defendant, State Farm Mutual Automobile Insurance Company, in connection with the above-referenced matter. Please fax to me a confirmation receipt so that I may forward the original pleading and the associated court costs of same. By copy of this letter, all counsel of record will receive a copy of same.

In accordance with the provisions of the Louisiana Code of Civil Procedure, and particularly Articles 1572, 1913 and 1914, this letter will serve as my written demand on you as clerk, that you give me immediate notice of (1) any setting in the case and at least in the delays allowed by law and (2) any ruling or decision rendered in the case at any time. Please file this request in the suit record.

With kindest regards,

**JOHNSON, SIEBENEICHER & INGRAM**
*A Professional Law Corporation*

By: Duncan McKeithen
Duncan McKeithen

JDM
Enclosures
cc:    Mr. Justin T. Morales

**Ph. 318.484.3911 • Fax 318.484.3585**
**2757 Hwy. 28 East • Pineville, LA 71360**

CIVIL SUIT NUMBER 278,461-C

DERRICK WEBB, individually                9TH JUDICIAL DISTRICT COURT

VERSUS                                    PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS, L.L.C., and SAUL GARCIA      STATE OF LOUISIANA

---

## ANSWER TO ORIGINAL AND FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter sometimes referred to as "State Farm")**, who, in response to plaintiff's Petition for Damages, appears and answers as follows:

### ANSWER TO ORIGINAL PETITION FOR DAMAGES

**1.**

It is admitted that the parties listed have been named as defendants in this matter. It is admitted that State Farm is an insurer licensed to do business in the State of Louisiana and has been served with the Petition for Damages. All other allegations of Paragraph 1 are denied for lack of sufficient information to justify a belief therein, and any liability on the part of respondent, State Farm, to the plaintiff is denied.

**2.**

The allegations contained in paragraph 2 of plaintiff's Petition are admitted.

**3.**

The allegations contained in paragraph 3 of plaintiff's Petition are admitted upon information and belief.

**4.**

The allegations contained in paragraph 4 of plaintiff's Petition are admitted upon information and belief.

**5.**

The allegations contained in Paragraph 5 of plaintiff's Petition for Damages are denied as written. Further answering, defendant herein shows that the accident sued upon

herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

   a.   Operating a motor vehicle in a reckless and/or careless manner;

   b.   Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him an failing to take appropriate steps to avoid the striking the box truck; and

   c.   Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

### 6.

The allegations contained in paragraph 6 of plaintiff's Petition are denied as written. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

   a.   Operating a motor vehicle in a reckless and/or careless manner;

   b.   Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and failing to take appropriate steps to avoid the striking the box truck; and

   c.   Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

### 7.

The allegations contained in paragraph 7 of plaintiff's Petition are denied as written. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

   a.   Operating a motor vehicle in a reckless and/or careless manner;

b.  Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and failing to take appropriate steps to avoid the striking the box truck; and

c.  Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

**8.**

The allegations contained in paragraph 8 of plaintiff's Petition are admitted.

**9.**

Paragraph 9 of plaintiff's Petition for Damages does not appear to state any allegations and thus does not appear to require a response. To the extent a response is deemed to be required, Paragraph 9 is denied.

**10.**

It is admitted that Detrick Webb negligently crashed into the 2022 Peterbilt Box Truck which had been operated Saul Gracia, Jr., thus causing the subject accident.

**11.**

The allegations contained in Paragraph 11 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

a.  Operating a motor vehicle in a reckless and/or careless manner in violation of municipal, Parish and State laws and/or ordinances;

b.  Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and failing to take appropriate steps to avoid the striking the box truck; and

c.  Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

**12.**

The allegations contained in Paragraph 12 of plaintiff's Petition for Damages are denied. Further answering, in the alternative, and in the event any injuries or damages are proven, which are denied, appearer shows that any injuries complained of by plaintiff, Detrick Webb, arose prior to and/or subsequent to the accident sued upon herein, and in no event have any causal relationship to the accident sued upon herein, and further shows that plaintiff failed to mitigate his own injuries and/or damages.

**13.**

The allegations contained in Paragraph 13 of plaintiff's Petition for Damages are denied as written.

**14.**

The allegations contained in Paragraph 14 of plaintiff's Petition for Damages are denied as written. However, it is admitted that MAS Distributors was the owner of the 2022 Peterbilt Box Truck involved in the subject accident.

**15.**

Defendant herein admits that a policy of insurance was issued by State Farm Mutual Automobile Insurance Company, but that said policy is subject to certain conditions, provisions, credits and limitations (including monetary limits of insurance coverage), and that said policy itself is the best evidence as to what coverage the policy provided at the time of the subject accident. All other allegations contained in paragraph 15 of plaintiff's Petition are denied and any liability on the part of defendant herein to the plaintiff is denied.

**16.**

The allegations contained in Paragraph 16 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

    a.    Operating a motor vehicle in a reckless and/or careless manner in violation of municipal, Parish and State traffic laws and/or ordinances;

    b.    Being inattentive, failing to maintain a proper lookout and failing to observe

the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and failing take appropriate steps to avoid the striking the box truck; and

c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

### 17.

The allegations contained in Paragraph 17 of plaintiff's Petition for Damages are admitted. Any liability to the plaintiff on part of defendant herein is denied.

### 18.

The allegations contained in Paragraph 18 of plaintiff's Petition for Damages are denied as written. Any liability to the plaintiff on part of defendant herein is denied.

### 19.

The allegations contained in Paragraph 19 of plaintiff's Petition for Damages are admitted. Any liability to the plaintiff on part of defendant herein is denied.

### 20.

The allegations contained in Paragraph 20 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

a.    Operating a motor vehicle in a reckless and/or careless manner;

b.    Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and take appropriate steps to avoid the striking the box truck; and

c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

**21.**

The allegations contained in Paragraph 21 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

    a.    Operating a motor vehicle in a reckless and/or careless manner;

    b.    Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and take appropriate steps to avoid the striking the box truck; and

    c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied. Further answering, in the alternative, and in the event any injuries or damages are proven, which are denied, appearer herein, State Farm, shows that any injuries complained of by plaintiff, Detrick Webb, arose prior to and/or subsequent to the accident sued upon herein, and in no event have any causal relationship to the accident sued upon herein, and further shows that plaintiff failed to mitigate his own injuries and/or damages.

**22.**

The allegations contained in Paragraph 22 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

    a.    Operating a motor vehicle in a reckless and/or careless manner;

    b.    Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and take appropriate steps to avoid the striking the box truck;

    c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative,

partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied. Further answering, in the alternative, and in the event any injuries or damages are proven, which are denied, appearer herein, State Farm, shows that any injuries complained of by plaintiff, Detrick Webb, arose prior to and/or subsequent to the accident sued upon herein, and in no event have any causal relationship to the accident sued upon herein, and further shows that plaintiff failed to mitigate his own injuries and/or damages.

### 23.

The allegations contained in Paragraph 23 of plaintiff's Petition for Damages are denied. Any liability to the plaintiff on part of defendant herein is denied.

### 24.

The allegations contained in Paragraph 24 of plaintiff's Petition for Damages are denied. Further answering, in the alternative, and in the event any injuries or damages are proven, which are denied, appearer herein, State Farm, shows that any injuries complained of by plaintiff, Detrick Webb, arose prior to and/or subsequent to the accident sued upon herein, and in no event have any causal relationship to the accident sued upon herein, and further shows that plaintiff failed to mitigate his own injuries and/or damages.

### ANSWER TO FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

### I.

Defendant admits that plaintiff has amended his Petition for Damages to name Saul Garcia, Jr. as a defendant.

### II.

It is admitted that Saul Garcia, Jr. is a person of full age and majority and is a resident and domiciliary of the State of Texas. The remaining allegations of Paragraph II of plaintiff's Supplemental and Amending Petition are denied for lack of sufficient information to justify a belief therein.

### III.

It is admitted that plaintiff amended his Petition to change the name of the defendant from Saul Garcia to Saul Garcia, Jr.

## IV.

The allegations in Paragraph IV of plaintiff's Supplemental and Amending Petition for Damages are denied. Any liability to the plaintiff on part of defendant herein is denied.

## V.

To the extent if any not previously answered, the allegations in Paragraph V of plaintiff's Supplemental and Amending Petition are denied.

## VI.

Plaintiff, Detrick Webb, fails to state the amount of damages being claimed in the subject lawsuit. Therefore, out of an abundance of caution, defendant herein requests a trial by jury in this matter. Any liability on the part of defendant, State Farm, to the plaintiff is denied.

## VII.

All allegations of plaintiff's Original and First Supplemental and Amending Petition for Damages are denied, except where expressly admitted herein.

AND NOW, defendant herein, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

This defendant alleges and avers that should this Court find that the plaintiff incurred injuries and/or damages as alleged (which is denied), then said injuries or damages were caused by and/or contributed to and/or aggravated by the fault and/or negligence of plaintiff or other third-parties for whom this defendant is not responsible. As such, recovery from these defendant is precluded or, alternatively, must be reduced to reflect the percentage of fault attributed to plaintiff and/or others.

### SECOND AFFIRMATIVE DEFENSE

This defendant alleges and avers that should this Court find that plaintiff incurred injuries and/or damages as alleged (which is denied), then said injuries and/or damages are related to and/or were caused by a previous and/or subsequent incident(s) and/or condition(s) with no causal relationship to the subject motor vehicle accident from which

this lawsuit arises. As such, plaintiff is precluded from recovering damages from this defendant for such injuries, damages and/or conditions, if any.

### THIRD AFFIRMATIVE DEFENSE

Defendant herein alleges and avers that should this Court find that plaintiff suffered injuries and/or damages as alleged (which is denied), then plaintiff has a duty to take reasonable steps to mitigate those injuries and/or damages. As such, plaintiff may not recover for any item of damage which could have been avoided through reasonable diligence and/or effort to mitigate, avoid and/or minimize that damage.

### FOURTH AFFIRMATIVE DEFENSE

Defendant herein alleges and avers that should this Court find that plaintiff incurred injuries and/or damages as alleged (which is denied), then said injuries and/or damages were caused by intervening and/or superceding forces, causes and/or events for which this defendant is not liable.

### FIFTH AFFIRMATIVE DEFENSE

Defendant herein pleads, and incorporates by reference, all of the terms, conditions and limitations (including monetary limits of coverage) of the policy of insurance issued by State Farm Mutual Automobile Insurance Company, which provided coverage on the 2022 Peterbilt Box Truck the plaintiff negligently ran into with his truck. Any liability to plaintiff under the policy is expressly denied.

### SIXTH AFFIRMATIVE DEFENSE

It is affirmatively averred that plaintiff has or may have received payments of medical expenses/bills under a policy or policies of health, accident, workers' compensation or medical and/or hospitalization insurance, Medicare or Medicaid benefits, Veterans Administration Hospital/facility and/or at a Charity (State Supported) or University Hospital, or other healthcare provider and/or insurer or other entity providing healthcare benefits and that he subrogated the rights and/or claims for payment of said expenses to the person, firm, corporation or entity issuing said policy, payment, medical services and/or benefits, and therefore has no further right or action against this defendant for recovery of the amounts so paid.

## SEVENTH AFFIRMATIVE DEFENSE

This defendant denies all of the allegations, claims, contentions and conclusions set forth by plaintiff in the numbered paragraphs of his Original and Supplemental and Amending Petition, except as expressly admitted.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant herein further shows in the alternative, and only in the alternative, that it is entitled to a credit to the extent of payments previously made or to be made in the future to and/or on behalf of the plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Defendant herein pleads all credits and offsets available under Louisiana law, including, but not limited to those set forth in *Bozeman v. Louisiana State Department of Transportation and Development*, 879 So.2d 692 (La. 6/2/04) for medical expenses written off pursuant to Medicaid and/or Medicare, and *Hoffman v. 21st Century North America Insurance Company, et al*, 209 So.3d 702 (La. 10/02/15) for medical expenses written off pursuant to any agreement/negotiation between any healthcare provider and any attorney for the plaintiff. Defendant herein is further entitled to a credit for any medical expenses/bills written off or contractually adjusted by any private and/or government health, accident and/or disability insurer as allowed by law.

## TENTH AFFIRMATIVE DEFENSE

Further answering, in the alternative, and only in the event it is determined that defendant herein is in any way liable unto petitioner, which is specifically and expressly denied, then defendant pleads as an affirmative defense, to the extent applicable, petitioner's non-compliance with the Louisiana Compulsory Motor Vehicle Security Law/Financial Responsibility law (No pay/No play) contained in LSA-Revised Statute 32:861, et seq., requiring all motorists to have automobile liability insurance coverage and provide strict proof of such coverage by competent evidence. In the event the evidence shows that the plaintiff did not have automobile liability insurance coverage at the time of the subject accident and is unable to provide proof of such coverage, defendant shows that it would be entitled to the statutory credit of $15,000.00 against any and all damages

awarded to plaintiff for bodily injury, if any, and a credit of $25,000.00 against any and all

damages awarded to plaintiff for property damage, if any.

WHEREFORE, defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE**

**COMPANY,** prays that after due proceedings are had, that there be judgment in its favor,

dismissing the claims of plaintiff, **DETRICK WEBB,** at plaintiff's costs, and pleads the

fault/negligence of plaintiff, **DETRICK WEBB,** as a complete bar or, alternatively, as a

reduction to any award rendered herein.  Defendant herein further asserts all credits and

defenses allowed under the law, and prays further for a trial by jury as to all matters and

issues involved in this litigation, and for full, general and equitable relief herein.

*Respectfully Submitted,*

**JOHNSON, SIEBENEICHER & INGRAM**
*A Professional Law Corporation*

By: _____

Duncan McKeithen – 29338
2757 Hwy. 28 East
Pineville, LA 71360
318/484-3911
Fax: 318/484-3585
E-Mail: dmckeithen@jslawfirm.com
**ATTORNEYS FOR DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing has
been forwarded to all counsel of record via United States Mail,
postage prepaid and properly addressed, and/or facsimile,
this _6th_ day of February, 2024.

_____
Duncan McKeithen

CIVIL SUIT NUMBER 278,461-C

DERRICK WEBB, individually

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS, L.L.C., and SAUL GARCIA

9TH JUDICIAL DISTRICT COURT

PARISH OF RAPIDES

STATE OF LOUISIANA

REQUEST FOR NOTICE OF ASSIGNMENT
AND WRITTEN NOTICE OF ANY ORDER OR
JUDGMENT MADE OR RENDERED

DIRECTED TO THE CLERK OF COURT
9TH JUDICIAL DISTRICT COURT
ALEXANDRIA, RAPIDES PARISH, LOUISIANA

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code

of Civil Procedure, you are hereby requested to give us, as counsel for defendant, **STATE**

**FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, written notice, by mail, at

least ten (10) days in advance of any date fixed for trial or hearing on this case, whether

on exceptions, motions, rules or the merits thereof.

In accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code

of Civil Procedure, you are also requested to send us notice of any order or judgment in

this cause upon the entry of any such order or judgment.

*Respectfully Submitted,*

**JOHNSON, SIEBENEICHER & INGRAM**
*A Professional Law Corporation*

By: _____
Duncan McKeithen – 29338
2757 Hwy. 28 East
Pineville, LA 71360
318/484-3911
Fax: 318/484-3585
E-Mail: dmckeithen@jslawfirm.com
**ATTORNEYS FOR DEFENDANT, STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has
been forwarded to all counsel of record via United States Mail,
postage prepaid and properly addressed, and/or facsimile,
this _____ day of February, 2024.

_____
Duncan McKeithen

CIVIL SUIT NUMBER 278,461-C

DERRICK WEBB, individually               9ᵀᴴ JUDICIAL DISTRICT COURT

VERSUS                                    PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS, L.L.C., and SAUL GARCIA     STATE OF LOUISIANA

_____

## *O R D E R*

Considering the foregoing request for Trial by Jury by defendant, **STATE FARM**

**MUTUAL AUTOMOBILE INSURANCE COMPANY**, it is

ORDERED, ADJUDGED AND DECREED that defendant, **STATE FARM**

**MUTUAL AUTOMOBILE INSURANCE COMPANY**, be permitted a trial by jury in

accordance with the law and the rules of this court in the above-captioned matter.

Defendant is to post a jury bond in the amount of $_____ _____ days prior

to trial.

Alexandria, Rapides Parish, Louisiana, this _____ day of _____, 2024.

_____
**HON. MARY L. DOGGETT**
**JUDGE, 9ᵀᴴ JUDICIAL DISTRICT COURT**

*Filed by:*

**JOHNSON, SIEBENEICHER & INGRAM**
*A Professional Law Corporation*

By: _____
     Duncan McKeithen – 29338
     2757 Hwy. 28 East
     Pineville, LA 71360
     318/484-3911
     Fax: 318/484-3585
     E-Mail: dmckeithen@jslawfirm.com
**ATTORNEYS FOR DEFENDANT, STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY**

Pʟᴇᴀsᴇ ғᴏʀᴡᴀʀᴅ ᴀ ᴄᴏɴғᴏʀᴍᴇᴅ
ᴄᴏᴘʏ ᴏғ ᴛʜɪs ᴏʀᴅᴇʀ ᴛᴏ ᴀʟʟ
ᴄᴏᴜɴsᴇʟ ᴏғ ʀᴇᴄᴏʀᴅ,
ɪɴᴄʟᴜᴅɪɴɢ ғɪʟɪɴɢ ᴄᴏᴜɴsᴇʟ

Xerox® VersaLink® B605X Multifunction Printer

## Confirmation Report

Fax Number       3184879361
Local Name
Fax Name        Civil Processing

The job has been sent
Original Size. 8.5 x 11"



PLEASE WRITE
TO ROBIN L. HOOTER
Clerk of Court
701 Murray St.
Ste. 102
Alex Vesua, LA 71309

**Johnson,**
**Siebeneicher**
**& Ingram**

ATTORNEYS AT LAW

February 6, 2024

*Via Fax-Fax – 318/487-9361 & U.S.P.S.*

Hon. Robin L. Hooter, Clerk
9th Judicial District Court
701 Murray Street, Suite 102
Alexandria, LA 71301

Re:   Civil Suit Number: 278,461; 9th Judicial District Court
      *Detrick Webb vs. State Farm Mutual Automobile Ins. Co., et al*
      Our File: D-50699

Dear Ms. Hooter:

Enclosed please find Answer to Petition for Damages, along with a Jury Order for filing on behalf of defendant, State Farm Mutual Automobile Insurance Company, in connection with the above-referenced matter. Please fax to me a confirmation receipt so that I may forward the original pleading and the associated court costs of same. By copy of this letter, all counsel of record will receive a copy of same.

In accordance with the provisions of the Louisiana Code of Civil Procedure, and particularly Articles 1572, 1913 and 1914, this letter will serve as my written demand on you as clerk, that you give me immediate notice of (1) any setting in the case and at least in the delays allowed by law and (2) any ruling or decision rendered in the case at any time. Please file this request in the suit record.

With kindest regards,

JOHNSON, SIEBENEICHER & INGRAM
A Professional Law Corporation

By: _____
    Duncan McKeithen

JDM
Enclosures
cc:   Mr. Justin T. Morales

Ph. 318.484.3911 • Fax 318.484.3585
2757 Hwy, 28 East • Pineville, LA 71360

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 9445 | 3184843585 | 2- 6; 12 06 PM | 21 Secs | 1/1 | Super G3 | | Completed |

Printed On · 02/06/2024  12·07 PM
Copyright ²2017-2020 Xerox Corporation  All rights reserved  Xerox® and XEROX and Design³and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries

Page  1(Last Page)

Xerox® VersaLink® B605X Multifunction Printer

# Confirmation Report

Fax Number    3184879361
Local Name
Fax Name     Civil Processing

*278,461 C*

The job has been sent.
Original Size 8.5 x 14"



The cover page and
after was faxed
over twice

7 pgs

FILED AMT $305.00

DETRICK WEBB, individually,                    9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                              PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED _____             _____
                                      DEPUTY CLERK OF COURT

## MOTION TO APPOINT ATTORNEY TO REPRESENT ABSENT DEFENDANT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, DETRICK WEBB,

who desires to file this Motion to Appoint Attorney to represent absent Defendant as follows:

I.

Plaintiff alleges that after a diligent effort, he has been unable to effect service on

Defendant, MAS DISTRIBUTORS LLC, and therefore, said Defendant is an absentee as defined

by Article 5091 of the Louisiana Code of Civil Procedure.

II.

Plaintiff further alleges that since the Defendant, MAS DISTRIBUTORS, LLC, is an

absentee as defined by the Code of Civil Procedure, that in accordance with Article 5091 of the

Code of Civil Procedure, it is necessary that the Court appoint an attorney at law to represent the

absentee Defendant in these proceedings.

WHEREFORE, Plaintiff, Detrick Webb, prays that this motion be favorably considered

and that it be granted.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY: _____

JUSTIN T. MORALES (#35531)
3102 Enterprise Boulevard
Lake Charles, LA 70601
(337) 478-1400
(337) 478-1577

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|------|----------------|-------------------|----------|-------|----------|----------|-----------|
| 1 | 9597 | 3374781577 | 2-12, 2:57 PM | 1'44 | 1/1 | G3 | | Completed |

Copyright ®2017-2020 Xerox Corporation All rights reserved Xerox®and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries.

Xerox® VersaLink® B605X Multifunction Printer



## Confirmation Report - Job Undelivered

Fax Number         3184879361
Local Name
Fax Name           Civil Processing

The job has not been sent. Pass this report to the sender
Original Size 8 5 x 14"

& The cover page and
letter was faxed
over twice ☆

$305.00

7pgs

DETRICK WEBB, individually,                          9TH JUDICIAL DISTRICT COURT

VS NO. 278,461 C                                     PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED _____                                        DEPUTY CLERK OF COURT

### MOTION TO APPOINT ATTORNEY TO REPRESENT
### ABSENT DEFENDANT

   NOW INTO COURT, through undersigned counsel, comes Plaintiff, DETRICK WEBB,
who desires to file this Motion to Appoint Attorney to represent absent Defendant as follows:

I

   Plaintiff alleges that after a diligent effort, he has been unable to effect service on
Defendant, MAS DISTRIBUTORS LLC, and therefore, and Defendant is an absentee as defined
by Article 5091 of the Louisiana Code of Civil Procedure.

II

   Plaintiff further alleges that upon the Defendant, MAS DISTRIBUTORS, LLC, is an
absentee as defined by the Code of Civil Procedure, that in accordance with Article 5091 of the
Code of Civil Procedure, it is necessary that the Court appoint an attorney at law to represent the
absentee Defendant in these proceedings.

   WHEREFORE, Plaintiff, Detrick Webb, prays that this motion be favorably considered
and that it be granted.

                                        Respectfully submitted,

                                        THE TOWNSLEY LAW FIRM

                                        BY:
                                        JUSTIN T. MORALES (#35531)
                                        3102 Enterprise Boulevard
                                        Lake Charles, LA 70601
                                        (337) 478-1400
                                        (337) 478-1577

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 9576 | 13374781577 | 2-12; 9:16 AM | 0 Secs | -/1 | G3 | | Busy |

Printed On  02/12/2024  9 16 AM
Copyright ®2017-2020 Xerox Corporation  All rights reserved  Xerox® and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries

REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JORDAN Z. TAYLOR
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO



# THE TOWNSLEY LAW FIRM
A T T O R N E Y S  A T  L A W
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

## FAX TRANSMITTAL COVER PAGE

DATE: 2/9/24

TRANSMITTED TO: Clerk of court, 9th JDC

TRANSMITTED TO FAX #: (318) 487-9361

TRANSMITTED FROM: Townsley Law Firm / Justin Morales

SUBJECT OF MATERIAL TRANSMITTED: _____

NUMBER OF PAGES: 5 (INCLUDING TRANSMITTAL COVER PAGE)

MESSAGE: _____

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
2024 FEB 12 AM 8:42
RAPIDES PARISH LA.

ORIGINAL: ✓ WILL BE MAILED _____ WILL NOT BE MAILED

To send telefax to this machine, call (337) 478-1577.

### CONFIDENTIALITY NOTICE
*This facsimile transmission (and/or the documents accompanying it) contain(s) or may contain confidential information belonging to the sender which may also be privileged and which is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.*

If you do not receive all of the pages as indicated on this sheet, please call _____
at (337) 478-1400.



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JORDAN Z. TAYLOR
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO

**THE TOWNSLEY LAW FIRM**
ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

## FAX TRANSMITTAL COVER PAGE

DATE: 2|9|24

TRANSMITTED TO: Clerk of court, 9th JDC

TRANSMITTED TO FAX #: (318) 487-9361

TRANSMITTED FROM: Townsley Law Firm (Justin Morales)

SUBJECT OF MATERIAL
TRANSMITTED: _____

NUMBER OF PAGES: 5  (INCLUDING TRANSMITTAL COVER PAGE)

MESSAGE: _____

ORIGINAL: ✔ WILL BE MAILED _____ WILL NOT BE MAILED

To send telefax to this machine, call (337) 478-1577.

### CONFIDENTIALITY NOTICE

*This facsimile transmission (and/or the documents accompanying it) contain(s) or may contain confidential information belonging to the sender which may also be privileged and which is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.*

If you do not receive all of the pages as indicated on this sheet, please call _____
at (337) 478-1400.



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

**THE TOWNSLEY LAW FIRM**
ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

February 9, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

          **RE:**   **Detrick Webb, individually,**
                   **Vs. No. 278,461 C**
                   **State Farm Mutual Automobile Insurance Company, MAS**
                   **Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

      Attached please find the original and two (2) copies of the Motion to Appoint Attorney to represent absent Defendant, and Order, being filed on behalf of Plaintiff in the above matter. Please present the Order to Judge Doggett for his signature and thereafter, file the originals into the record, retain one (1) copy for service and return the remaining copy to my office after it has been conformed.

      Thank you for your assistance in this matter.

                              Sincerely yours,

                              JUSTIN T. MORALES

JTM/jmb
Enclosures

*cc: Duncan McKeithan – Via Email: dmckeithen@jslawfirm.com*



**THE TOWNSLEY LAW FIRM**
ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

February 9, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE:   Detrick Webb, individually,
Vs. No. 278,461 C
State Farm Mutual Automobile Insurance Company, MAS
Distributors LLC, and Saul Garcia

Dear Ms. Hooter:

Attached please find the original and two (2) copies of the Motion to Appoint Attorney to represent absent Defendant, and Order, being filed on behalf of Plaintiff in the above matter. Please present the Order to Judge Doggett for his signature and thereafter, file the originals into the record, retain one (1) copy for service and return the remaining copy to my office after it has been conformed.

Thank you for your assistance in this matter.

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures

cc:  Duncan McKeithan – Via Email: dmckeithan@jslawfirm.com

*The cover page and letter was faxed over twice*



7 pgs

PLEASE REMIT $305.00
TO. ROBIN L. HOOTER
Clerk of Court
701 Murray St
Ste. 102
Alexandria, LA 71301

DETRICK WEBB, individually,                :        9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                          :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____            :        _____
                                                    DEPUTY CLERK OF COURT

## MOTION TO APPOINT ATTORNEY TO REPRESENT ABSENT DEFENDANT

NOW INTO COURT, though undersigned counsel, comes Plaintiff, **DETRICK WEBB**,

who desires to file this Motion to Appoint Attorney to represent absent Defendant as follows:

I.

Plaintiff alleges that after a diligent effort, he has been unable to effect service on

Defendant, **MAS DISTRIBUTORS LLC**, and therefore, said Defendant is an absentee as defined

by Article 5091 of the Louisiana Code of Civil Procedure.

II.

Plaintiff further alleges that since the Defendant, **MAS DISTRIBUTORS, LLC**, is an

absentee as defined by the Code of Civil Procedure, that in accordance with Article 5091 of the

Code of Civil Procedure, it is necessary that the Court appoint an attorney at law to represent the

absentee Defendant in these proceedings.

WHEREFORE, Plaintiff, Detrick Webb, prays that this motion be favorably considered

and that it be granted.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY: _____
**JUSTIN T. MORALES (#35531)**
3102 Enterprise Boulevard
Lake Charles, LA 70601
(337) 478-1400
(337) 478-1577

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above pleadings have this date been served upon all counsel of record via email, facsimile or by placing same in the United States Mail, postage pre-paid and properly addressed.

This ___ day of February 2024.

JUSTIN T. MORALES

*PLEASE SERVE AS FOLLOWS:*

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**Through the attorney of record,**
**Attorney Duncan McKeithen**
**Johnson, Siebenicher & Ingram**
**2757 Hwy. 28 East**
**Pineville, LA 71360**

**and**

**SAUL GARCIA, JR.**
**Via the Long-Arm Statute of the State of Louisiana**
**11817 Parade Drive**
**Frisco, TX 75034**

DETRICK WEBB, individually,                    :        9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                              :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____               :        _____
                                                       DEPUTY CLERK OF COURT

    \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing,

**IT IS ORDERED** that this Motion to Appoint Attorney to represent absent Defendant is

granted.

**IT IS FURTHER ORDERED** that _____, attorney at

law, be appointed to represent Defendant, **MAS DISTRIBUTORS, LLC,** contradictorily with

whom further proceedings may be had.

Lake Charles, Louisiana this _____ day of _____, 2024.


                        _____
                        **HONORABLE MARY L. DOGGETT**
                        **9TH JUDICIAL DISTRICT COURT**



# Johnson, Siebeneicher & Ingram

### ATTORNEYS AT LAW

February 6, 2024

*VIA FAX-FILE – 318/487-9361 & U.S.P.S.*

Hon. Robin L. Hooter, Clerk
9th Judicial District Court
701 Murray Street, Suite 102
Alexandria, LA 71301

> Re:   Civil Suit Number: 278,461; 9th Judicial District Court
> *Detrick Webb vs. State Farm Mutual Automobile Ins. Co., et al*
> Our File: D-50699

Dear Ms. Hooter:

Enclosed please find Answer to Petition for Damages, along with a Jury Order for filing on behalf of defendant, State Farm Mutual Automobile Insurance Company, in connection with the above-referenced matter. Please fax to me a confirmation receipt so that I may forward the original pleading and the associated court costs of same. By copy of this letter, all counsel of record will receive a copy of same.

In accordance with the provisions of the Louisiana Code of Civil Procedure, and particularly Articles 1572, 1913 and 1914, this letter will serve as my written demand on you as clerk, that you give me immediate notice of (1) any setting in the case and at least in the delays allowed by law and (2) any ruling or decision rendered in the case at any time. Please file this request in the suit record.

With kindest regards,

JOHNSON, SIEBENEICHER & INGRAM
*A Professional Law Corporation*

By:_____
Duncan McKeithen

JDM
Enclosures
cc:   Mr. Justin T. Morales

Ph. 318.484.3911 • Fax 318.484.3585
2757 Hwy. 28 East • Pineville, LA 71360

CIVIL SUIT NUMBER 278,461-C

DERRICK WEBB, individually                9TH JUDICIAL DISTRICT COURT

VERSUS                                    PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS, L.L.C., and SAUL GARCIA     STATE OF LOUISIANA

---

### ANSWER TO ORIGINAL AND FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter sometimes referred to as "State Farm")**, who, in response to plaintiff's Petition for Damages, appears and answers as follows:

### ANSWER TO ORIGINAL PETITION FOR DAMAGES

**1.**

It is admitted that the parties listed have been named as defendants in this matter. It is admitted that State Farm is an insurer licensed to do business in the State of Louisiana and has been served with the Petition for Damages. All other allegations of Paragraph 1 are denied for lack of sufficient information to justify a belief therein and any liability on the part of respondent, State Farm, to the plaintiff is denied.

**2.**

The allegations contained in paragraph 2 of plaintiff's Petition are admitted.

**3.**

The allegations contained in paragraph 3 of plaintiff's Petition are admitted upon information and belief.

**4.**

The allegations contained in paragraph 4 of plaintiff's Petition are admitted upon information and belief.

**5.**

The allegations contained in Paragraph 5 of plaintiff's Petition for Damages are denied as written. Further answering, defendant herein shows that the accident sued upon

herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

    a.    Operating a motor vehicle in a reckless and/or careless manner;

    b.    Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him an failing to take appropriate steps to avoid the striking the box truck; and

    c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

## 6.

The allegations contained in paragraph 6 of plaintiff's Petition are denied as written. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

    a.    Operating a motor vehicle in a reckless and/or careless manner;

    b.    Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and failing to take appropriate steps to avoid the striking the box truck; and

    c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

## 7.

The allegations contained in paragraph 7 of plaintiff's Petition are denied as written. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

    a.    Operating a motor vehicle in a reckless and/or careless manner;

    b.    Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and failing to take appropriate steps to avoid the striking the box truck; and

    c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

**8.**

The allegations contained in paragraph 8 of plaintiff's Petition are admitted.

**9.**

Paragraph 9 of plaintiff's Petition for Damages does not appear to state any allegations and thus does not appear to require a response. To the extent a response is deemed to be required, Paragraph 9 is denied.

**10.**

It is admitted that Detrick Webb negligently crashed into the 2022 Peterbilt Box Truck which had been operated Saul Gracia, Jr., thus causing the subject accident.

**11.**

The allegations contained in Paragraph 11 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

    a.    Operating a motor vehicle in a reckless and/or careless manner in violation of municipal, Parish and State laws and/or ordinances;

    b.    Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and failing to take appropriate steps to avoid the striking the box truck; and

    c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

**12.**

The allegations contained in Paragraph 12 of plaintiff's Petition for Damages are denied. Further answering, in the alternative, and in the event any injuries or damages are proven, which are denied, appearer shows that any injuries complained of by plaintiff, Detrick Webb, arose prior to and/or subsequent to the accident sued upon herein, and in no event have any causal relationship to the accident sued upon herein, and further shows that plaintiff failed to mitigate his own injuries and/or damages.

**13.**

The allegations contained in Paragraph 13 of plaintiff's Petition for Damages are denied as written.

**14.**

The allegations contained in Paragraph 14 of plaintiff's Petition for Damages are denied as written. However, it is admitted that MAS Distributors was the owner of the 2022 Peterbilt Box Truck involved in the subject accident.

**15.**

Defendant herein admits that a policy of insurance was issued by State Farm Mutual Automobile Insurance Company, but that said policy is subject to certain conditions, provisions, credits and limitations (including monetary limits of insurance coverage), and that said policy itself is the best evidence as to what coverage the policy provided at the time of the subject accident. All other allegations contained in paragraph 15 of plaintiff's Petition are denied and any liability on the part of defendant herein to the plaintiff is denied.

**16.**

The allegations contained in Paragraph 16 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

a.    Operating a motor vehicle in a reckless and/or careless manner in violation of municipal, Parish and State traffic laws and/or ordinances;

b.    Being inattentive, failing to maintain a proper lookout and failing to observe

the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and failing take appropriate steps to avoid the striking the box truck; and

c.  Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

### 17.

The allegations contained in Paragraph 17 of plaintiff's Petition for Damages are admitted. Any liability to the plaintiff on part of defendant herein is denied.

### 18.

The allegations contained in Paragraph 18 of plaintiff's Petition for Damages are denied as written. Any liability to the plaintiff on part of defendant herein is denied.

### 19.

The allegations contained in Paragraph 19 of plaintiff's Petition for Damages are admitted. Any liability to the plaintiff on part of defendant herein is denied.

### 20.

The allegations contained in Paragraph 20 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

a.  Operating a motor vehicle in a reckless and/or careless manner;

b.  Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and take appropriate steps to avoid the striking the box truck; and

c.  Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied.

21.

The allegations contained in Paragraph 21 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

a.    Operating a motor vehicle in a reckless and/or careless manner;

b.    Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and take appropriate steps to avoid the striking the box truck; and

c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative, partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied. Further answering, in the alternative, and in the event any injuries or damages are proven, which are denied, appearer herein, State Farm, shows that any injuries complained of by plaintiff, Detrick Webb, arose prior to and/or subsequent to the accident sued upon herein, and in no event have any causal relationship to the accident sued upon herein, and further shows that plaintiff failed to mitigate his own injuries and/or damages.

22.

The allegations contained in Paragraph 22 of plaintiff's Petition for Damages are denied. Further answering, defendant herein shows that the accident sued upon herein was caused in whole or, in the alternative, in substantial part by the fault/negligence of the plaintiff, Detrick Webb, for the following non-exclusive reasons:

a.    Operating a motor vehicle in a reckless and/or careless manner;

b.    Being inattentive and failing to observe the 2022 Peterbilt Box Truck owned by MAS Distributors and operated by Saul Garcia, Jr. in plain view in the roadway ahead of him and take appropriate steps to avoid the striking the box truck;

c.    Operating his vehicle at an unsafely high rate of speed under the circumstances.

The fault of the plaintiff, Detrick Webb, is pled herein as a complete or, in the alternative,

partial bar to recovery by the plaintiff, Detrick Webb, for the injuries and damages alleged, which are denied. Further answering, in the alternative, and in the event any injuries or damages are proven, which are denied, appearer herein, State Farm, shows that any injuries complained of by plaintiff, Detrick Webb, arose prior to and/or subsequent to the accident sued upon herein, and in no event have any causal relationship to the accident sued upon herein, and further shows that plaintiff failed to mitigate his own injuries and/or damages.

### 23.

The allegations contained in Paragraph 23 of plaintiff's Petition for Damages are denied. Any liability to the plaintiff on part of defendant herein is denied.

### 24.

The allegations contained in Paragraph 24 of plaintiff's Petition for Damages are denied. Further answering, in the alternative, and in the event any injuries or damages are proven, which are denied, appearer herein, State Farm, shows that any injuries complained of by plaintiff, Detrick Webb, arose prior to and/or subsequent to the accident sued upon herein, and in no event have any causal relationship to the accident sued upon herein, and further shows that plaintiff failed to mitigate his own injuries and/or damages.

### ANSWER TO FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

### I.

Defendant admits that plaintiff has amended his Petition for Damages to name Saul Garcia, Jr. as a defendant.

### II.

It is admitted that Saul Garcia, Jr. is a person of full age and majority and is a resident and domiciliary of the State of Texas. The remaining allegations of Paragraph II of plaintiff's Supplemental and Amending Petition are denied for lack of sufficient information to justify a belief therein.

### III.

It is admitted that plaintiff amended his Petition to change the name of the defendant from Saul Garcia to Saul Garcia, Jr.

**IV.**

The allegations in Paragraph IV of plaintiff's Supplemental and Amending Petition for Damages are denied. Any liability to the plaintiff on part of defendant herein is denied.

**V.**

To the extent if any not previously answered, the allegations in Paragraph V of plaintiff's Supplemental and Amending Petition are denied.

**VI.**

Plaintiff, Detrick Webb, fails to state the amount of damages being claimed in the subject lawsuit. Therefore, out of an abundance of caution, defendant herein requests a trial by jury in this matter. Any liability on the part of defendant, State Farm, to the plaintiff is denied.

**VII.**

All allegations of plaintiff's Original and First Supplemental and Amending Petition for Damages are denied, except where expressly admitted herein.

AND NOW, defendant herein, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, asserts the following affirmative defenses:

<u>FIRST AFFIRMATIVE DEFENSE</u>

This defendant alleges and avers that should this Court find that the plaintiff incurred injuries and/or damages as alleged (which is denied), then said injuries or damages were caused by and/or contributed to and/or aggravated by the fault and/or negligence of plaintiff or other third-parties for whom this defendant is not responsible. As such, recovery from these defendant is precluded or, alternatively, must be reduced to reflect the percentage of fault attributed to plaintiff and/or others.

<u>SECOND AFFIRMATIVE DEFENSE</u>

This defendant alleges and avers that should this Court find that plaintiff incurred injuries and/or damages as alleged (which is denied), then said injuries and/or damages are related to and/or were caused by a previous and/or subsequent incident(s) and/or condition(s) with no causal relationship to the subject motor vehicle accident from which

this lawsuit arises.  As such, plaintiff is precluded from recovering damages from this defendant for such injuries, damages and/or conditions, if any.

### THIRD AFFIRMATIVE DEFENSE

Defendant herein alleges and avers that should this Court find that plaintiff suffered injuries and/or damages as alleged (which is denied), then plaintiff has a duty to take reasonable steps to mitigate those injuries and/or damages.  As such, plaintiff may not recover for any item of damage which could have been avoided through reasonable diligence and/or effort to mitigate, avoid and/or minimize that damage.

### FOURTH AFFIRMATIVE DEFENSE

Defendant herein alleges and avers that should this Court find that plaintiff incurred injuries and/or damages as alleged (which is denied), then said injuries and/or damages were caused by intervening and/or superceding forces, causes and/or events for which this defendant is not liable.

### FIFTH AFFIRMATIVE DEFENSE

Defendant herein pleads, and incorporates by reference, all of the terms, conditions and limitations (including monetary limits of coverage) of the policy of insurance issued by State Farm Mutual Automobile Insurance Company, which provided coverage on the 2022 Peterbilt Box Truck the plaintiff negligently ran into with his truck.  Any liability to plaintiff under the policy is expressly denied.

### SIXTH AFFIRMATIVE DEFENSE

It is affirmatively averred that plaintiff has or may have received payments of medical expenses/bills under a policy or policies of health, accident, workers' compensation or medical and/or hospitalization insurance, Medicare or Medicaid benefits, Veterans Administration Hospital/facility and/or at a Charity (State Supported) or University Hospital, or other healthcare provider and/or insurer or other entity providing healthcare benefits and that he subrogated the rights and/or claims for payment of said expenses to the person, firm, corporation or entity issuing said policy, payment, medical services and/or benefits, and therefore has no further right or action against this defendant for recovery of the amounts so paid.

## SEVENTH AFFIRMATIVE DEFENSE

This defendant denies all of the allegations, claims, contentions and conclusions set forth by plaintiff in the numbered paragraphs of his Original and Supplemental and Amending Petition, except as expressly admitted.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant herein further shows in the alternative, and only in the alternative, that it is entitled to a credit to the extent of payments previously made or to be made in the future to and/or on behalf of the plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Defendant herein pleads all credits and offsets available under Louisiana law, including, but not limited to those set forth in *Bozeman v. Louisiana State Department of Transportation and Development*, 879 So.2d 692 (La. 6/2/04) for medical expenses written off pursuant to Medicaid and/or Medicare, and *Hoffman v. 21st Century North America Insurance Company, et al*, 209 So.3d 702 (La. 10/02/15) for medical expenses written off pursuant to any agreement/negotiation between any healthcare provider and any attorney for the plaintiff. Defendant herein is further entitled to a credit for any medical expenses/bills written off or contractually adjusted by any private and/or government health, accident and/or disability insurer as allowed by law.

## TENTH AFFIRMATIVE DEFENSE

Further answering, in the alternative, and only in the event it is determined that defendant herein is in any way liable unto petitioner, which is specifically and expressly denied, then defendant pleads as an affirmative defense, to the extent applicable, petitioner's non-compliance with the Louisiana Compulsory Motor Vehicle Security Law/Financial Responsibility law (No pay/No play) contained in LSA-Revised Statute 32:861, et seq., requiring all motorists to have automobile liability insurance coverage and provide strict proof of such coverage by competent evidence. In the event the evidence shows that the plaintiff did not have automobile liability insurance coverage at the time of the subject accident and is unable to provide proof of such coverage, defendant shows that it would be entitled to the statutory credit of $15,000.00 against any and all damages

awarded to plaintiff for bodily injury, if any, and a credit of $25,000.00 against any and all

damages awarded to plaintiff for property damage, if any.

WHEREFORE, defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE**

**COMPANY,** prays that after due proceedings are had, that there be judgment in its favor,

dismissing the claims of plaintiff, **DETRICK WEBB,** at plaintiff's costs, and pleads the

fault/negligence of plaintiff, **DETRICK WEBB,** as a complete bar or, alternatively, as a

reduction to any award rendered herein. Defendant herein further asserts all credits and

defenses allowed under the law, and prays further for a trial by jury as to all matters and

issues involved in this litigation, and for full, general and equitable relief herein.

*Respectfully Submitted,*

**JOHNSON, SIEBENEICHER & INGRAM**
*A Professional Law Corporation*

By: _____

Duncan McKeithen – 29338
2757 Hwy. 28 East
Pineville, LA 71360
318/484-3911
Fax: 318/484-3585
E-Mail: dmckeithen@jslawfirm.com
**ATTORNEYS FOR DEFENDANT, STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has
been forwarded to all counsel of record via United States Mail,
postage prepaid and properly addressed, and/or facsimile
this 6th day of February, 2024.

_____
Duncan McKeithen

CIVIL SUIT NUMBER 278,461-C

| | |
|---|---|
| **DERRICK WEBB, individually** | **9TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **PARISH OF RAPIDES** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAS DISTRIBUTORS, L.L.C., and SAUL GARCIA** | **STATE OF LOUISIANA** |

### REQUEST FOR NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

### DIRECTED TO THE CLERK OF COURT 9TH JUDICIAL DISTRICT COURT ALEXANDRIA, RAPIDES PARISH, LOUISIANA

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give us, as counsel for defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, written notice, by mail, at least ten (10) days in advance of any date fixed for trial or hearing on this case, whether on exceptions, motions, rules or the merits thereof.

In accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are also requested to send us notice of any order or judgment in this cause upon the entry of any such order or judgment.

*Respectfully Submitted,*

**JOHNSON, SIEBENEICHER & INGRAM**
*A Professional Law Corporation*

By: _____
Duncan McKeithen – 29538
2757 Hwy. 28 East
Pineville, LA 71360
318/484-3911
Fax: 318/484-3585
E-Mail: dmckeithen@jslawfirm.com
**ATTORNEYS FOR DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

### C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via United States Mail, postage prepaid and properly addressed, and/or facsimile, this _6th_ day of February, 2024.

_____
Duncan McKeithen

CIVIL SUIT NUMBER 278,461-C

| | |
|---|---|
| **DERRICK WEBB, individually** | **9TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **PARISH OF RAPIDES** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAS DISTRIBUTORS, L.L.C., and SAUL GARCIA** | **STATE OF LOUISIANA** |

## $ORDER$

Considering the foregoing request for Trial by Jury by defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, it is

ORDERED, ADJUDGED AND DECREED that defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, be permitted a trial by jury in accordance with the law and the rules of this court in the above-captioned matter.

Defendant is to post a jury bond in the amount of $_____ days prior to trial.

Alexandria, Rapides Parish, Louisiana, this _15_ day of _Feb_, 202_4_.

_____
**HON. MARY L. DOGGETT**
**JUDGE, 9TH JUDICIAL DISTRICT COURT**

*Filed by:*

**JOHNSON, SIEBENEICHER & INGRAM**
*A Professional Law Corporation*

By: _____
    Duncan McKeithen – 29338
    2757 Hwy. 28 East
    Pineville, LA 71360
    318/484-3911
    Fax: 318/484-3585
    E-Mail: dmckeithen@jslawfirm.com
**ATTORNEYS FOR DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

*3500 for 3 days*
*400/day thereafter*
*60 days - surety*
*30 days - cash*

2024 FEB 15 PM 4: 12

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
BY [illegible] DEPUTY CLERK & RECORDER
RAPIDES PARISH LA

**PLEASE FORWARD A CONFORMED COPY OF THIS ORDER TO ALL COUNSEL OF RECORD, INCLUDING FILING COUNSEL**



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

**THE TOWNSLEY LAW FIRM**
ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

February 7, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE: **Detrick Webb, individually,**
**Vs. No. 278,461 C**
**State Farm Mutual Automobile Insurance Company, MAS**
**Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

Please re-issue the citation for the original Petition for Damages via the Long-Arm Statute of the State of Louisiana to the following defendant, to be served by an appointed process server:

**Saul Garcia, Jr.**
**11817 Parade Drive**
**Frisco, TX 75034**

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures



# ROBIN L. HOOTER
### CLERK OF COURT ✣ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION (LONG ARM)                      NO. 278,461      C

DETRICK WEBB                              || NINTH JUDICIAL DISTRICT COURT
VERSUS                                    || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL || STATE OF LOUISIANA

TO: SAUL GARCIA JR
    VIA LONG ARM STATUTE 11817 PARADE DR
    FRISCO TX  75034-0000

    YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
THIRTY (30) DAYS AFTER FILING IN THE RECORD OF THIS PROCEEDING OF THE AFFIDAVIT OF THE INDIVIDUAL WHO EITHER
MAILED OR ACTUALLY DELIVERED THE PROCESS.   YOUR MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON
OR BY MAIL.  IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY.   YOUR FAILURE TO COMPLY WILL
SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLE, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 20TH DAY OF FEBRUARY, 2024.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES,REQUEST FOR WRITTEN, NOTICE,INTERROGATORIES,REQUE
PRODUCTION,REQUEST FOR ADMISSION OF FACT.

                                         ROBIN L. HOOTER
                                         Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000              BY
Filing Attorney                             Deputy Clerk of Court

                    SHERIFF STAMP BELOW
                    --------------------

        0267062                          805



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

**THE TOWNSLEY LAW FIRM**
A T T O R N E Y S   A T   L A W
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

February 9, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

       **RE:**   **Detrick Webb, individually,**
               **Vs. No. 278,461 C**
               **State Farm Mutual Automobile Insurance Company, MAS**
               **Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

      Attached please find the original and two (2) copies of the Motion to Appoint Attorney to represent absent Defendant, and Order, being filed on behalf of Plaintiff in the above matter. Please present the Order to Judge Doggett for his signature and thereafter, file the originals into the record, retain one (1) copy for service and return the remaining copy to my office after it has been conformed.

      Thank you for your assistance in this matter.

                        Sincerely yours,

                        JUSTIN T. MORALES

JTM/jmb
Enclosures

*cc.  Duncan McKeithan – Via Email:  dmckeithen@jslawfirm.com*

| DETRICK WEBB, individually, | : | 9TH JUDICIAL DISTRICT COURT |

DETRICK WEBB, individually,  :  9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C  :  PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____  :  _____

DEPUTY CLERK OF COURT

## MOTION TO APPOINT ATTORNEY TO REPRESENT ABSENT DEFENDANT

NOW INTO COURT, though undersigned counsel, comes Plaintiff, **DETRICK WEBB**, who desires to file this Motion to Appoint Attorney to represent absent Defendant as follows:

I.

Plaintiff alleges that after a diligent effort, he has been unable to effect service on Defendant, **MAS DISTRIBUTORS LLC,** and therefore, said Defendant is an absentee as defined by Article 5091 of the Louisiana Code of Civil Procedure.

II.

Plaintiff further alleges that since the Defendant, **MAS DISTRIBUTORS, LLC**, is an absentee as defined by the Code of Civil Procedure, that in accordance with Article 5091 of the Code of Civil Procedure, it is necessary that the Court appoint an attorney at law to represent the absentee Defendant in these proceedings.

WHEREFORE, Plaintiff, Detrick Webb, prays that this motion be favorably considered and that it be granted.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY: _____

**JUSTIN T. MORALES (#35531)**
3102 Enterprise Boulevard
Lake Charles, LA 70601
(337) 478-1400
(337) 478-1577

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above pleadings have this date been served upon all counsel of record via email, facsimile or by placing same in the United States Mail, postage pre-paid and properly addressed.

This ____ day of February 2024.

JUSTIN T. MORALES

*PLEASE SERVE AS FOLLOWS:*

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**Through the attorney of record,**
**Attorney Duncan McKeithen**
**Johnson, Siebenicher & Ingram**
**2757 Hwy. 28 East**
**Pineville, LA 71360**

**and**

**SAUL GARCIA, JR.**
**Via the Long-Arm Statute of the State of Louisiana**
**11817 Parade Drive**
**Frisco, TX 75034**

DETRICK WEBB, individually,                :         9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                          :         PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____                 :         _____
                                                     DEPUTY CLERK OF COURT

       *    *    *    *    *    *    *    *    *    *    *    *

## ORDER

Considering the foregoing,

       **IT IS ORDERED** that this Motion to Appoint Attorney to represent absent Defendant is

granted.

       **IT IS FURTHER ORDERED** that Earl Vassar _____, attorney at

law, be appointed to represent Defendant, **MAS DISTRIBUTORS, LLC,** contradictorily with

whom further proceedings may be had.

       Lake Charles, Louisiana this 20th day of February, 2024.

                            _____
                            **HONORABLE MARY L. DOGGETT**
                            **9TH JUDICIAL DISTRICT COURT**



# ROBIN L. HOOTER
## CLERK OF COURT ❖ RAPIDES PARISH
### 701 Murray Street, Suite 102, Alexandria, Louisiana 71301

| Phone (318) 473-8153 | Fax (318) 473-4667 | Civil Fax (318) 487-9361 |
|---|---|---|
| | www.rapidesclerk.org | |

NOTICE OF FILING

NO. 278,461     C

DETRICK WEBB                                    || NINTH JUDICIAL DISTRICT COURT
VERSUS                                          || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL       || STATE OF LOUISIANA

TO: SAUL GARCIA JR
    VIA LONG ARM STATUTE 11817 PARADE DR
    FRISCO TX  75034-0000


YOU ARE HEREBY NOTIFIED OF THE FILING OF MOTION TO APPOINT ATTORNEY

IN THE ABOVE NUMBERED AND ENTITLED CAUSE, A CERTIFIED COPY OF WHICH IS ATTACHED.

THIS DONE AT ALEXANDRIA, LOUISIANA, THIS 20TH DAY OF FEBRUARY,  2024.


                                              ROBIN L. HOOTER
                                              Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD                          BY
LAKE CHARLES LA  70601-0000                        Deputy Clerk of Court
Filing Attorney

                          SHERIFF STAMP BELOW
                          ---------------------


        0267062                                   805

Xerox® VersaLink® B605X Multifunction Printer



# Confirmation Report

Fax Number        3184879361
Local Name
Fax Name          Civil Processing

*278,461  C*

The job has been sent
Original Size  8.5 x 11"

02-20-2024|10:08AM.                                      NEXTIVA.e  1



RBX D. TOWNSLEY          **THE TOWNSLEY LAW FIRM**      TELEPHONE (337) 436-1102
TODD A. TOWNSLEY              ATTORNEYS AT LAW          TOLL FREE (800) 433-1062
DAMON L. BEARD            3102 ENTERPRISE BLVD.             FAX (337) 478-1577
ZACK THREADGILL      LAKE CHARLES, LOUISIANA 70601      www.townsleylawfirm.com
JUSTIN T. MORALES
J. CODY BROWN
NATHAN R. MATTHEWS
JERRITT A. GROEET
D. GRANT CASTELLO
CHRISTOPHER E. LACOMBE

AHN: LINDA

February 20, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE:  Detrick Webb, individually,
Vs. No. 278,461 C
State Farm Mutual Automobile Insurance Company, MAS
Distributors LLC, and Saul Garcia

Dear Ms. Hooter:

Please re-issue the citation for the original Petition for Damages via the Long-Arm Statute
of the State of Louisiana to the following defendant, to be served by an appointed process server:

Saul Garcia, Jr.
11817 Parade Drive
Frisco, TX 75034

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|------|---------------|-------------------|----------|-------|----------|----------|-----------|
| 1 | 9773 | 3374781577 | 2-20; 10 34 AM | 2.10 | 1/1 | G3 | | Completed |

Copyright ®2017-2020 Xerox Corporation. All rights reserved  Xerox® and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

# THE TOWNSLEY LAW FIRM
## ATTORNEYS AT LAW
3102 ENTERPRISE BLVD
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

ATTN: LINDA

February 20, 2024

RECEIVED 2/20/24

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

PLEASE REMIT
TO: ROBIN L. HOOTER
Clerk of Court
701 Murray St.
Ste. 102
Alexandria, LA 71301

> **RE:**   **Detrick Webb, individually,**
> **Vs. No. 278,461 C**
> **State Farm Mutual Automobile Insurance Company, MAS**
> **Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

Please re-issue the citation for the original Petition for Damages via the Long-Arm Statute of the State of Louisiana to the following defendant, to be served by an appointed process server:

> **Saul Garcia, Jr.**
> **11817 Parade Drive**
> **Frisco, TX 75034**

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
2024 FEB 20  AM 10: 23
CLERK & RECORDER
RAPIDES PARISH, LA

# ROBIN L. HOOTER

**CLERK OF COURT ✦ RAPIDES PARISH**

701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153        Fax (318) 473-4667        Civil Fax (318) 487-9307

www.rapidesclerk.org

## RETURNS

RECEIVED
FEB 20 2024
RAPIDES PARISH
SHERIFF OFFICE
CIVIL DEPT.

APPOINTMENT OF CURATOR

NO. 278,461        C

DETRICK WEBB                                    || NINTH JUDICIAL DISTRICT COURT
VERSUS                                          || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL       || STATE OF LOUISIANA

TO: EARL E VASSAR
    350 MUDGE RD
    BOYCE LA  71409-0000
    RAPIDES PARISH

PLEASE TAKE NOTICE THAT YOU HAVE BEEN APPOINTED TO REPRESENT THE ABSENT DEFENDANT IN THE

ABOVE NUMBERED AND ENTITLED CAUSE BY ORDER OF THE COURT.

IN TESTIMONY WHEREOF, WITNESS MY OFFICIAL SIGNATURE AND SEAL OF OFFICE, AT ALEXANDRIA, LOUISIANA,

THIS 20TH DAY OF FEBRUARY,  2024.

ROBIN L. HOOTER
Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000          BY
Filing Attorney                         Deputy Clerk of Court.

SHERIFF STAMP BELOW
----------------------

## SHERIFFS RETURN

DATE SERVED: _2-21-24_____
PERSONAL SERVICE: __✓_____
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: _David Netherland_____
    Deputy Sheriff, Rapides Parish
MILEAGE: _____0_____

0267062                              805

701 MURRAY ST.
SUITE 301
ALEXANDRIA, LOUISIANA  71301

2/21/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:    278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: VASSAR          EARL E

350 MUDGE RD
BOYCE             LA  71409-0000

TYPE OF PAPERS TO BE SERVED:  APPT CUR

✓  SERVICE PERSONAL

___  SERVICE DOMICILIARY THRU: _____

___  SERVICE DEPARTMENTAL THRU: _____

___  SERVICE NOT MADE   (SEE COMMENTS)

|    | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|----|------|------|---------|------------------------|
| 1) | 2-21-24 | 0946 | 0 | Earl E Vassar. |
|    | Served in Civil Dept. | | | |
| 2) | | | | |
| 3) | | | | |

TOTAL MILEAGE ___0___          ODOMETER READING _____

_2-21-24_                          _David Nederland_
DATE                              DEPUTY SHERIFF

# ROBIN L. HOOTER

## CLERK OF COURT ✤ RAPIDES PARISH

701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153      Fax (318) 473-4667      Civil Fax (318) 487-9357

www.rapidesclerk.org

# RETURNS

CITATION (PETITION W/DISCOVERY-Effective 1-1-2022)   NO. 278,461    C

DETRICK WEBB                              || NINTH JUDICIAL DISTRICT COURT
VERSUS                                    || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL  || STATE OF LOUISIANA

TO: MAS DISTRIBUTORS LLC
    COURT APPOINTED ATTORNEY EARL VASSAR 350 MUDGE RD
    BOYCE LA  71409-0000
    RAPIDES PARISH

    YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
THIRTY(30) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL.
IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU
TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 20TH DAY OF FEBRUARY,  2024.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES,REQUEST FOR WRITTEN
NOTICE,INTERROGATORIES,REQUEST FOR, PRODUCTION OF DOC/REQUEST FOR ADMISSIONS,
OF FACT AND MOTION TO APPOINT ATTORNEY.

                                          ROBIN L. HOOTER
                                          Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000            BY
Filing Attorney                           Deputy Clerk of Court

1) LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2) PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                      ---------------------
                      SHERIFF STAMP BELOW
                      ---------------------

                      SHERIFFS RETURN
        DATE SERVED: 2-21-24
        PERSONAL SERVICE: ✓
        DOMICILIARY SERVICE:
        DEPARTMENTAL SERVICE:
        PERSON SERVED:
        RELATIONSHIP:
        BY: David Netherland
              Deputy Sheriff, Rapides Parish

        MILEAGE: 0

0267062                               805

RAPIDES PARISH SHERIFF'S OFFICE
701 MURRAY ST.
SUITE 301
ALEXANDRIA, LOUISIANA 71301

2/21/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:    278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: MAS DISTRIBUTORS LLC          THRU:   EARL E VASSAR

350 MUDGE RD
BOYCE                                LA 71409-0000

TYPE OF PAPERS TO BE SERVED:  CIT & PET; App Curr

✓  SERVICE PERSONAL

___  SERVICE DOMICILIARY THRU: _____

___  SERVICE DEPARTMENTAL THRU: _____

___  SERVICE NOT MADE    (SEE COMMENTS)

| | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|---|---|---|---|---|
| 1) | 2-21-24 | 0946 | 0 | Earl E Vassar |
| | Served in Civil Dept. | | | |
| 2) | | | | |
| 3) | | | | |

TOTAL MILEAGE ___0___          ODOMETER READING _____

_2-21-24_                    _David Netherland_
DATE                        DEPUTY SHERIFF

Xerox® VersaLink® B605X Multifunction Printer



# Confirmation Report

Fax Number      3184879361
Local Name
Fax Name        Civil Processing

The job has been sent.
Original Size  8.5 x 11"



THE TOWNSLEY LAW FIRM
ATTORNEYS AT LAW
3102 ENTERPRISE BLVD
LAKE CHARLES, LOUISIANA 70601



278,461
C

February 7, 2024

VIA FAX 318-487-9361

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE:   Detrick Webb, individually,
      Vs. No. 278,461 C
      State Farm Mutual Automobile Insurance Company, MAS
      Distributors LLC, and Saul Garcia

Dear Ms. Hooter:

Please re-issue the citation for the original Petition for Damages via the Long-Arm Statute
of the State of Louisiana to the following defendant, to be served by an appointed process server:

Saul Garcia, Jr.
11817 Parade Drive
Frisco, TX 75034

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 9505 | 3374781577 | 2- 8; 9.05 AM | 51 Secs | 1/1 | G3 | | Completed |

Printed On  02/08/2024  9.06 AM
Copyright ©2017-2020 Xerox Corporation. All rights reserved. Xerox® and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries.



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

## THE TOWNSLEY LAW FIRM
ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

February 7, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE:    **Detrick Webb, individually,**
       **Vs. No. 278,461 C**
       **State Farm Mutual Automobile Insurance Company, MAS**
       **Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

Please re-issue the citation for the original Petition for Damages via the Long-Arm Statute of the State of Louisiana to the following defendant, to be served by an appointed process server:

**Saul Garcia, Jr.**
**11817 Parade Drive**
**Frisco, TX 75034**

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures



# ROBIN L. HOOTER
## CLERK OF COURT ⚜ RAPIDES PARISH
### 701 Murray Street, Suite 102, Alexandria, Louisiana 71301



Phone (318) 473-8153      Fax (318) 473-4667      Civil Fax (318) 487-9311
www.rapidesclerk.org

RECEIVED
FEB 20 2024
RAPIDES PARISH
SHERIFF OFFICE
CIVIL DEPT.

NOTICE OF FILING  **RETURNS**

NO. 278,461    C

DETRICK WEBB                     ||   NINTH JUDICIAL DISTRICT COURT
VERSUS                               ||   PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL   ||   STATE OF LOUISIANA

TO: STATE FARM MUTUAL AUTOMOBILE INS CO      THRU:   DUNCAN MCKEITHEN
                                               2757 HWY 28 E
                                               PINEVILLE LA   71360-0000

YOU ARE HEREBY NOTIFIED OF THE FILING OF MOTION TO APPOINT ATTORNEY

IN THE ABOVE NUMBERED AND ENTITLED CAUSE, A CERTIFIED COPY OF WHICH IS ATTACHED

THIS DONE AT ALEXANDRIA, LOUISIANA, THIS 20TH DAY OF FEBRUARY, 2024.

                                     ROBIN L. HOOTER
                                     Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA   70601-0000              BY
Filing Attorney                                 Deputy Clerk of Court

                   SHERIFF STAMP BELOW
                   --------------------

                SHERIFFS RETURN
             DATE SERVED: 2-21-24
             PERSONAL SERVICE: ✓
             DOMICILIARY SERVICE:
             DEPARTMENTAL SERVICE:
             PERSON SERVED:
             RELATIONSHIP:
             BY:
             Deputy Sheriff, Rapides Parish
             MILEAGE:

0267062                               805

RAPIDES PARISH SHERIFF'S OFFICE
701 MURRAY ST.
SUITE 301
ALEXANDRIA, LOUISIANA 71301

2/21/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:    278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: STATE FARM MUTUAL AUTOMOBILE I    THRU:    DUNCAN MCKEITHEN
2757 HWY 28 E

PINEVILLE              LA 71360-0000

TYPE OF PAPERS TO BE SERVED:  NTC FILING

✓  SERVICE PERSONAL

___  SERVICE DOMICILIARY THRU: _____

___  SERVICE DEPARTMENTAL THRU: _____

___  SERVICE NOT MADE    (SEE COMMENTS)

|  | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|---|---|---|---|---|
| 1) | 2-21-24 | 1155 | 7 | x Ina Drotter |
|  | _____ | _____ | _____ | _____ |
|  | _____ | _____ | _____ | _____ |
| 2) | _____ | _____ | _____ | _____ |
|  | _____ | _____ | _____ | _____ |
|  | _____ | _____ | _____ | _____ |
| 3) | _____ | _____ | _____ | _____ |
|  | _____ | _____ | _____ | _____ |
|  | _____ | _____ | _____ | _____ |

TOTAL MILEAGE   7          ODOMETER READING _____

2-21-24
DATE                              DEPUTY SHERIFF

# ROBIN L. HOOTER
## CLERK OF COURT ✶ RAPIDES PARISH
### 701 Murray Street, Suite 102, Alexandria, Louisiana 71301

| Phone (318) 473-8153 | Fax (318) 473-4667 | Civil Fax (318) 487-9300 |
|---|---|---|
| | www.rapidesclerk.org | |

# RETURNS

N O T I C E

NO. 278,461        C

| DETRICK WEBB | || | NINTH JUDICIAL DISTRICT COURT |
|---|---|---|
| VERSUS | || | PARISH OF RAPIDES |
| STATE FARM MUTUAL AUTOMOBILE INS CO ET AL | || | STATE OF LOUISIANA |

TO: STATE FARM MUTUAL AUTOMOBILE INS CO        THRU:   DUNCAN MCKEITHEN
                                                        2757 HWY 28 E
                                                        PINEVILLE LA   71360-0000

YOU ARE HEREBY NOTIFIED OF THE SIGNING OF AN ORDER ALLOWING A TRIAL BY JURY.

THE COST BOND HAS BEEN FIXED ACCORDING TO L.S.A. CCP ARTICLES 1733, 1734, 1734.1, AND RULE XII OF THIS COURT.

THIS DONE AT ALEXANDRIA, LOUISIANA, THIS 20TH DAY OF FEBRUARY,  2024.

                                            ROBIN L. HOOTER
                                            Clerk of Court

DUNCAN MCKEITHEN
2757 HWY 28 E
PINEVILLE LA   71360-0000              BY
Filing Attorney                            Deputy Clerk of Court

                    ---------------------
                    SHERIFF STAMP BELOW
                    ---------------------

                    SHERIFFS RETURN
        DATE SERVED: 2-27-24
        PERSONAL SERVICE: ✓
        DOMICILIARY SERVICE:
        DEPARTMENTAL SERVICE:
        PERSON SERVED:
        RELATIONSHIP:
        BY:
            Deputy Sheriff, Rapides Parish
        MILEAGE:

0268134                        805

RAPIDES PARISH
701 M. ST.
SUITE 301
ALEXANDRIA, LOUISIANA 71301

2/21/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #: 278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: STATE FARM MUTUAL AUTOMOBILE I     THRU:  DUNCAN MCKEITHEN
                                              2757 HWY 28 E

                                       PINEVILLE          LA 71360-0000

TYPE OF PAPERS TO BE SERVED:  NTC TRIAL

✓   SERVICE PERSONAL

___  SERVICE DOMICILIARY THRU: _____

___  SERVICE DEPARTMENTAL THRU: _____

___  SERVICE NOT MADE   (SEE COMMENTS)

|     | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|-----|------|------|---------|------------------------|
| 1)  | 2-21-24 | 1155 | 7 | X Dina Drotten |
| 2)  |      |      |         |                        |
| 3)  |      |      |         |                        |

TOTAL MILEAGE __7__          ODOMETER READING _____

2-21-24
DATE                                   DEPUTY SHERIFF

# ROBIN L. HOOTER

## CLERK OF COURT ✿ RAPIDES PARISH

701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9361

www.rapidesclerk.org

SUPPLEMENTAL CITATION (Effective 1-1-2022)

NO. 278,461          C

| | |
|---|---|
| DETRICK WEBB | \|\| NINTH JUDICIAL DISTRICT COURT |
| VERSUS | \|\| PARISH OF RAPIDES |
| STATE FARM MUTUAL AUTOMOBILE INS CO ET AL | \|\| STATE OF LOUISIANA |

TO: STATE FARM MUTUAL AUTOMOBILE INS CO
    THRU:LA SECRETARY OF STATE, 8585 ARCHIVES AVE
    BATON ROUGE LA  70809-0000
    EAST BATON ROUGE PARISH

    YOU ARE HEREBY CITED TO COMPLY WITH THE DEMAND CONTAINED IN THE 1ST  SUPPLEMENTAL AND AMENDED PETITION.
A CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE
OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THE TIME
REMAINING FOR PLEADING TO THE ORIGINAL PETITION SERVED UPON YOU OR WITHIN FIFTEEN(15) DAYS AFTER SERVICE
HEREOF, WHICHEVER PERIOD IS LONGER.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY
OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 25TH DAY OF JANUARY,  2024.



                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000          BY _____
Filing Attorney                         Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                    SHERIFF STAMP BELOW
                    ---------------------

                                    I made service on the named party through the

                                    Office of the Secretary of State on

                                            FEB 08 2024

                                    by tendering a copy of this document to:
                                        JULIE NESBITT

                                        DY. B. GARAFOLA #0577
                                    Deputy Sheriff, Parish of East Baton Rouge, LA

        0267062                    003

                                        RECEIVED

                                        FEB 07 2024

                                    E.B.R SHERIFF'S OFFICE

DOCKET NUMBER 278,461 C

DETRICK WEBB                          9TH JUDICIAL DISTRICT COURT

vs.                                   PARISH OF RAPIDES

STATE FARM                            STATE OF LOUISIANA

### CURATOR'S RETURN

NOW INTO COURT, comes Earl E. Vassar, Jr., appointed by this Honorable

Court as Curator Ad Hoc to represent MAS DISTRIBUTORS LLC in this matter, who

for return of the appointment, with respect shows:

1.

Curators has incurred medical issues which will not allow him perform his duties

at this time. Request that another Curator be appointed.

WHEREFORE For all orders and decrees necessary and proper in the premises;

and for full, General, and equitable relief.

LAW OFFICE

Earl E. Vassar Jr.
BRN 18702
350 Mudge Road
Boyce, La 71409
318-451-4845

### ORDER

ON MOTION OF CURATOR AD HOC, and on suggesting to this Honorable

Court that the undersgned Curator is allowed withwraw as attorney of record in this

matter. *Further ordered that the Clerk appt. Joseph Kutch to replace Mr. Vassar as curator herein.*

Considering the above premises,

THIS ORDER SIGNED at Alexandria, Rapides Parish, Louisiana, this 26 day of

February 2024.

_____
JUDGE

### CERTIFICATE

I hereby certify that a copy of the above and foregoing Return has been furnished to Justin
Morales.

Alexandria, Louisiana, this 22 day of February 2024.

_____
Earl E. Vassar Jr.

*JUSTIN MORALES*
*3102 ENTERPRISE RD*
*LAKE CHARLES LA*
*70601*

Xerox® VersaLink® B605X Multifunction Printer



# Confirmation Report

Fax Number      3184879361
Local Name
Fax Name        Civil Processing

The job has been sent.
Original Size. 8.5 x 11"

*278,461  C*

| No | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|----|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 0021 | 3374781577 | 2-27; 2:41 PM | 2:02 | 1/1 | G3 | | Completed |

Printed On  02/27/2024  2 43 PM
Copyright ©2017-2020 Xerox Corporation  All rights reserved  Xerox® and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries

Page · 1(Last Page)



ALAN D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SALA THIBODEAUX
JUSTIN T. MORALES
JACKSON P. BROWN
DAVID N. HARDIE
JOSEPH A. COMBY
HANNAH R. MATHIEU
D. GRANT CASTELLO
CHRISTOPHER E. LACOMBE

**THE TOWNSLEY LAW FIRM**
ATTORNEYS AT LAW
3102 ENTERPRISE BLVD
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 713-1500
FAX: (337) 478-1577
www.townsleylawfirm.com

PLEASE REMIT ~~$600~~

TO: ROBIN L. HOOTER
Clerk of Court
701 Murray St.
Ste. 102
Alexandria, LA 71301

February 27, 2024

VIA FAX 318-487-9361

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RECEIVED

4 pgs

RE:    Detrick Webb, individually,
       Vs. No. 278,461 C
       State Farm Mutual Automobile Insurance Company, MAS
       Distributors LLC, and Saul Garcia

Dear Ms. Hooter:

     Attached please find the original and two (2) copies of the Motion to Re-Appoint Attorney to represent absent Defendant, and Order, being filed on behalf of Plaintiff in the above matter. Please serve the appointed attorney with the original Petition for Damages and Supplemental Petition for Damages. Please present the Order to Judge Doggett for her signature and thereafter, file the originals into the record, retain one (1) copy for service and return the remaining copy to my office after it has been conformed.

     Thank you for your assistance in this matter.

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures

cc  Duncan McKeithan – Via Email: dmckeithan@islawfirm.com

2024 FEB 27 PM 2: 33

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
RAPIDES PARISH LA

DETRICK WEBB, individually,               :      9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                          :      PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____                    :      _____
                                                   DEPUTY CLERK OF COURT

### MOTION TO RE-APPOINT ATTORNEY TO REPRESENT ABSENT DEFENDANT

NOW INTO COURT, though undersigned counsel, comes Plaintiff, DETRICK WEBB,
who desires to file this Motion to Re-Appoint Attorney to represent absent Defendant as follows:

I.

Plaintiff alleges that after a diligent effort, he has been unable to effect service on
Defendant, MAS DISTRIBUTORS LLC, and therefore, said Defendant is an absentee as defined
by Article 5091 of the Louisiana Code of Civil Procedure.

II.

Plaintiff further alleges that since the Defendant, MAS DISTRIBUTORS, LLC, is an
absentee as defined by the Code of Civil Procedure, that in accordance with Article 5091 of the
Code of Civil Procedure, it is necessary that the Court appoint an attorney at law to represent the
absentee Defendant in these proceedings.

WHEREFORE, Plaintiff, Detrick Webb, prays that this motion be favorably considered
and that it be granted.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY: _____
        ̲ ̲ ̲RISTIN T. MORALES (#35531)
        3102 Enterprise Boulevard
        Lake Charles, LA 70601
        (337) 478-1400
        (337) 478-1577



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above pleadings have this date been served upon all counsel of record via email, facsimile or by placing same in the United States Mail, postage pre-paid and properly addressed.

This 27th day of February 2024.

_____
JUSTIN T. MORALES

*PLEASE SERVE AS FOLLOWS:*

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**Through the attorney of record,**
**Attorney Duncan McKeithen**
**Johnson, Siebenicher & Ingram**
**2757 Hwy. 28 East**
**Pineville, LA 71360**

and

**SAUL GARCIA, JR.**
**Via the Long-Arm Statute of the State of Louisiana**
**11817 Parade Drive**
**Frisco, TX 75034**

02-27-2024, 12:07PM.

NEXTIVA. # 4

DETRICK WEBB, individually.

VS. NO. 278,461 C

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAS DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____

9TH JUDICIAL DISTRICT COURT

PARISH OF RAPIDES

:

_____
DEPUTY CLERK OF COURT

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing,

**IT IS ORDERED** that this Motion to Re-Appoint Attorney to represent absent Defendant is granted

**IT IS FURTHER ORDERED** that _____, attorney at law, be appointed to represent Defendant, **MAS DISTRIBUTORS, LLC,** contradictorily with whom further proceedings may be had.

Lake Charles, Louisiana this _____ day of _____, 2024.


_____
**HONORABLE MARY L. DOGGETT**
**9TH JUDICIAL DISTRICT COURT**



REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

**THE TOWNSLEY LAW FIRM**
ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

February 27, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

> RE:  **Detrick Webb, individually,**
> **Vs. No. 278,461 C**
> **State Farm Mutual Automobile Insurance Company, MAS**
> **Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

Attached please find the original and two (2) copies of the Motion to Re-Appoint Attorney to represent absent Defendant, and Order, being filed on behalf of Plaintiff in the above matter. Please serve the appointed attorney with the original Petition for Damages and Supplemental Petition for Damages. Please present the Order to Judge Doggett for her signature and thereafter, file the originals into the record, retain one (1) copy for service and return the remaining copy to my office after it has been conformed.

Thank you for your assistance in this matter.

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures

cc:  *Duncan McKeithan – Via Email:* *dmckeithen@jslawfirm.com*

DETRICK WEBB, individually,                 :     9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                           :     PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____           :     _____
                                                  DEPUTY CLERK OF COURT

### MOTION TO RE-APPOINT ATTORNEY TO REPRESENT ABSENT DEFENDANT

NOW INTO COURT, though undersigned counsel, comes Plaintiff, **DETRICK WEBB**, who desires to file this Motion to Re-Appoint Attorney to represent absent Defendant as follows:

I.

Plaintiff alleges that after a diligent effort, he has been unable to effect service on Defendant, **MAS DISTRIBUTORS LLC,** and therefore, said Defendant is an absentee as defined by Article 5091 of the Louisiana Code of Civil Procedure.

II.

Plaintiff further alleges that since the Defendant, **MAS DISTRIBUTORS, LLC**, is an absentee as defined by the Code of Civil Procedure, that in accordance with Article 5091 of the Code of Civil Procedure, it is necessary that the Court appoint an attorney at law to represent the absentee Defendant in these proceedings.

WHEREFORE, Plaintiff, Detrick Webb, prays that this motion be favorably considered and that it be granted.

Respectfully submitted,

THE TOWNSLEY LAW

BY: _____
      JUSTIN T. MORALES (#35531)
      3102 Enterprise Boulevard
      Lake Charles, LA 70601
      (337) 478-1400
      (337) 478-1577

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above pleadings have this date been served upon all counsel of record via email, facsimile or by placing same in the United States Mail, postage pre-paid and properly addressed.

This ___ day of February 2024.

JUSTIN T. MORALES

*PLEASE SERVE AS FOLLOWS:*

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**Through the attorney of record,**
**Attorney Duncan McKeithen**
**Johnson, Siebenicher & Ingram**
**2757 Hwy. 28 East**
**Pineville, LA 71360**

and

**SAUL GARCIA, JR.**
**Via the Long-Arm Statute of the State of Louisiana**
**11817 Parade Drive**
**Frisco, TX 75034**

DETRICK WEBB, individually,                 :        9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                           :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____           :        _____
                                                     DEPUTY CLERK OF COURT

    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER

Considering the foregoing,

    **IT IS ORDERED** that this Motion to Re-Appoint Attorney to represent absent

Defendant is granted.

    **IT IS FURTHER ORDERED** that _Joseph Kutch_____, attorney at

law, be appointed to represent Defendant, **MAS DISTRIBUTORS, LLC,** contradictorily with

whom further proceedings may be had.

    Lake Charles, Louisiana this _29th_ day of _February_, 2024.

                            _____
                       **HONORABLE MARY L. DOGGETT**
                       **9TH JUDICIAL DISTRICT COURT**

# ROBIN L. HOOTER
## CLERK OF COURT ✦ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

| Phone (318) 473-8153 | Fax (318) 473-4667 | Civil Fax (318) 487-9361 |
| --- | --- | --- |
| | www.rapidesclerk.org | |

NOTICE OF FILING

NO. 278,461    C

DETRICK WEBB                                    ||  NINTH JUDICIAL DISTRICT COURT
VERSUS                                          ||  PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL       ||  STATE OF LOUISIANA

TO: SAUL GARCIA JR
    VIA LONG ARM STATUTE 11817 PARADE DR
    FRISCO TX  75034-0000

YOU ARE HEREBY NOTIFIED OF THE FILING OF MOTION TO RE-APPOINT ATTORNEY TO REPRESENT ABSENT DEFENDANT

IN THE ABOVE NUMBERED AND ENTITLED CAUSE, A CERTIFIED COPY OF WHICH IS ATTACHED.

THIS DONE AT ALEXANDRIA, LOUISIANA, THIS  6TH DAY OF MARCH,  2024.

                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000            BY
Filing Attorney                          Deputy Clerk of Court

                    SHERIFF STAMP BELOW
                    --------------------

        0267062                              805

# ROBIN L. HOOTER
### CLERK OF COURT ✦ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153     Fax (318) 473-4667     Civil Fax (318) 487-9361
www.rapidesclerk.org

N O T I C E

NO. 278,461     C

DETRICK WEBB                             ||   NINTH JUDICIAL DISTRICT COURT
VERSUS                                  ||   PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL   ||   STATE OF LOUISIANA

TO: DETRICK WEBB           THRU:   JUSTIN T MORALES
                                     3102 ENTERPRISE BLVD
                                     LAKE CHARLES LA 70601-0000

YOU ARE HEREBY NOTIFIED OF THE SIGNING OF AN ORDER ALLOWING A TRIAL BY JURY.

THE COST BOND HAS BEEN FIXED ACCORDING TO L.S.A. CCP ARTICLES 1733, 1734, 1734.1, AND RULE XII OF THIS COURT.

THIS DONE AT ALEXANDRIA, LOUISIANA, THIS 20TH DAY OF FEBRUARY, 2024.

                                    ROBIN L. HOOTER
                                     Clerk of Court

DUNCAN MCKEITHEN
2757 HWY 28 E
PINEVILLE LA 71360-0000           BY
Filing Attorney                        Deputy Clerk of Court

                 SHERIFF STAMP BELOW
                 --------------------

0268134

Suit: 241-278,461               Cost:     36.50
JUSTIN T. MORALES
3102 ENTERPRISE BLVD
LC LA 70601
Person Served: JEANINE BLANCO
Received: 02/28/2024     Served:    02/29/2024 11:31am
Deputy: FUSILIER        Miles: 10.00 Type:     PERSONAL

CALCASIEU PARISH SHERIFF
INVOICE

INVOICE #   135153
PAGE   1 OF   1

**Pay To:**

**Tony Mancuso**
Calcasieu Parish Sheriffs Office
P.O. Box 1803
Lake Charles, LA 70602

**RAPIDES PARISH CLERK**
701 MURRAY STREET, STE 102
ALEXANDRIA, LA 71301

| PARISH 241 | Charge | Paid | UnPaid |
|---|---|---|---|
| SUIT NO. 278,461 DETRICK WEBB vs STATE FARM MUTUAL AUTOMOBILE INS CO, ET AL | | | |
| 02/28/2024 0052 Notice | 36.50 | 0.00 | 36.50 |
| PERSONAL TO JEANINE BLANCO | | | |
| 3102 ENTERPRISE BLVD | | | |
| LC LA 70601 ON 02/29/2024 BY 87 FUSILIER | | | |

*** TOTAL DUE THIS INVOICE ***     36.50

*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

# ROBIN L. HOOTER

### CLERK OF COURT ✤ RAPIDES PARISH

701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-

www.rapidesclerk.org

# RETURNS

APPOINTMENT OF CURATOR

NO. 278,461          C

RECEIVED
MAR -7 2024
RAPIDES PARISH
SHERIFF OFFICE
CIVIL DEPT.

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

|| NINTH JUDICIAL DISTRICT COURT
|| PARISH OF RAPIDES
|| STATE OF LOUISIANA

TO: JOSEPH KUTCH
    319 STILLEY ROAD
    PINEVILLE LA  71360-0000
    RAPIDES PARISH

PLEASE TAKE NOTICE THAT YOU HAVE BEEN APPOINTED TO REPRESENT THE ABSENT DEFENDANT IN THE

ABOVE NUMBERED AND ENTITLED CAUSE BY ORDER OF THE COURT.

IN TESTIMONY WHEREOF, WITNESS MY OFFICIAL SIGNATURE AND SEAL OF OFFICE, AT ALEXANDRIA, LOUISIANA,

THIS  6TH DAY OF MARCH,  2024.

                              ROBIN L. HOOTER
                              Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000
Filing Attorney

                              BY _____
                              Deputy Clerk of Court

            SHERIFF STAMP BELOW
            ---------------------

            SHERIFFS RETURN
DATE SERVED: 3/1/24
PERSONAL SERVICE: ✓
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: _____
      Deputy Sheriff, Rapides Parish
MILEAGE: 13

0267062          805

RAPIDES PARISH SHERIFF'S OFFICE
701 MURRAY ST.
SUITE 301
ALEXANDRIA, LOUISIANA 71301

3/07/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:    278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: JOSEPH KUTCH
319 STILLEY ROAD

PINEVILLE        LA  71360-0000

TYPE OF PAPERS TO BE SERVED:  APPT CUR

_✓_   SERVICE PERSONAL

___   SERVICE DOMICILIARY THRU: _____

___   SERVICE DEPARTMENTAL THRU: _____

___   SERVICE NOT MADE   (SEE COMMENTS)

|   | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|---|------|------|---------|------------------------|
| 1) | 4-11-24 | 0925 | 13 | X |
| 2) |  |  |  |  |
| 3) |  |  |  |  |

TOTAL MILEAGE  13          ODOMETER READING _____

3-11-24
DATE                    DEPUTY SHERIFF



# ROBIN L. HOOTER

**CLERK OF COURT ✤ RAPIDES PARISH**

701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-

# RETURNS

RECEIVED
MAR -7 2024
RAPIDES PARISH
SHERIFF OFFICE
CIVIL DEP'T.

CITATION (PETITION W/DISCOVERY-Effective 1-1-2022)    NO. 278,461    C

DETRICK WEBB                          || NINTH JUDICIAL DISTRICT COURT
VERSUS                                || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL || STATE OF LOUISIANA

TO: MAS DISTRIBUTORS LLC
    COURT APPOINTED ATTORNEY JOSEPH KUTCH 319 STILLEY RD
    PINEVILLE LA  71360-0000
    RAPIDES PARISH

    YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
THIRTY(30) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL.
IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU
TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS  6TH DAY OF MARCH,  2024.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETN FOR DAMAGES,REQUEST FOR NOTICE,,
INTERROGATORIES, REQ FOR PRODUCTION,, REQUEST FOR ADMISSION,1ST SUPPLEMENTAL/,
AMENDED PETITION,MTN TO RE-APPT ATTORNEY.

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
MAR 11 2024
PM 3: 45
DEPUTY CLERK & RECORDER
RAPIDES PARISH LA.

                                      ROBIN L. HOOTER
                                      Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA  70601-0000          BY _____
Filing Attorney                          Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

SHERIFF STAMP BELOW

SHERIFFS RETURN
DATE SERVED: 3-11-24
PERSONAL SERVICE: ✓
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: T. White
    Deputy Sheriff, Rapides Parish
MILEAGE: 13

0267062                                              805

RAPIDES SHERIFF'S OFFICE
70_ _ _ _ _Y ST.
SUITE 301
ALEXANDRIA, LOUISIANA 71301

3/07/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:   278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: MAS DISTRIBUTORS LLC           THRU:   JOSEPH KUTCH
                                           319 STILLEY ROAD

                                           PINEVILLE           LA 71360-0000

TYPE OF PAPERS TO BE SERVED:  CIT & PET

√   SERVICE PERSONAL

___   SERVICE DOMICILIARY THRU: _____

___   SERVICE DEPARTMENTAL THRU: _____

___   SERVICE NOT MADE   (SEE COMMENTS)

          DATE          TIME      MILEAGE    WHO SERVED OR COMMENTS

1)    _3-11-24_     _6 9 25_      _13_      _____

      _____

      _____

2)    _____   _____   _____   _____

      _____

      _____

3)    _____   _____   _____   _____

      _____

      _____

      TOTAL MILEAGE ___13___        ODOMETER READING _____

      _3-11-24_                     _____
         DATE                          DEPUTY SHERIFF



# ROBIN L. HOOTER
## CLERK OF COURT ✠ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9

www.rapidesclerk.org

RECEIVED
MAR - 7 2024
RAPIDES PARISH
SHERIFF OFFICE
CIVIL DEPT.

NOTICE OF FILING        **RETURNS**

NO. 278,461        C

DETRICK WEBB                                    || NINTH JUDICIAL DISTRICT COURT
VERSUS                                          || PARISH OF RAPIDES
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL       || STATE OF LOUISIANA

TO: STATE FARM MUTUAL AUTOMOBILE INS CO         THRU:   DUNCAN MCKEITHEN
                                                        2757 HWY 28 E
                                                        PINEVILLE LA  71360-0000


YOU ARE HEREBY NOTIFIED OF THE FILING OF MOTION TO RE-APPOINT ATTORNEY TO REPRESENT ABSENT DEFENDANT

IN THE ABOVE NUMBERED AND ENTITLED CAUSE, A CERTIFIED COPY OF WHICH IS ATTACHED.

THIS DONE AT ALEXANDRIA, LOUISIANA, THIS  6TH DAY OF MARCH,  2024.

                                        ROBIN L. HOOTER
                                        Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD                    BY
LAKE CHARLES LA  70601-0000
Filing Attorney                         Deputy Clerk of Court

            SHERIFF STAMP BELOW
            --------------------


            **SHERIFFS RETURN**
        DATE SERVED: 3-11-24
        PERSONAL SERVICE:
        DOMICILIARY SERVICE:
        DEPARTMENTAL SERVICE:
        PERSON SERVED:
        RELATIONSHIP:
        BY:
            Deputy Sheriff, Rapides Parish
        MILEAGE:  7


0267062                         805

RAPIDES PARISH SHERIFF'S OFFICE
701 MURRAY ST.
SUITE 302
ALEXANDRIA, LOUISIANA  71301

3/07/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION.

SUIT #:   278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: STATE FARM MUTUAL AUTOMOBILE I     THRU:   DUNCAN MCKEITHEN
2757 HWY 28 E

PINEVILLE            LA 71360-0000

TYPE OF PAPERS TO BE SERVED:  NTC FILING

__✓__  SERVICE PERSONAL

_____  SERVICE DOMICILIARY THRU: _____

_____  SERVICE DEPARTMENTAL THRU: _____

_____  SERVICE NOT MADE   (SEE COMMENTS)

| | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|---|---|---|---|---|
| 1) | 3-11-24 | 0910 | 7 | Haylee Deville |
| | | | | Haylee Deville |
| 2) | | | | |
| 3) | | | | |

TOTAL MILEAGE  7          ODOMETER READING _____

3-11-24                    F. White
DATE                       DEPUTY SHERIFF

RAPIDES PARISH SHERIFF'S OFFICE
701 MURRAY ST.
SUITE 301
ALEXANDRIA, LOUISIANA 71301

2/26/24

I M P O R T A N T

INFORMATION TO BE RETURNED TO SHERIFF'S OFFICE, CIVIL SECTION

SUIT #: 278461

DETRICK WEBB
VERSUS
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL

TO: MAS DISTRIBUTORS LLC          THRU:   EARL E VASSAR

                                          350 MUDGE RD
                                          BOYCE                    LA 71409-0000

TYPE OF PAPERS TO BE SERVED:   S CIT & SA

SERVICE PERSONAL

SERVICE DOMICILIARY THRU: _____

SERVICE DEPARTMENTAL THRU: _____

SERVICE NOT MADE   (SEE COMMENTS)

|    | DATE | TIME | MILEAGE | WHO SERVED OR COMMENTS |
|----|------|------|---------|------------------------|
| 1) | 2-27-24 | 1210 | 0 | Called Mr. Vassar & informed him of Paperwork. |
| 2) | 3-14-24 | 0800 | 0 | Mr. Vassar retired |
| 3) |      |      |         |                        |

TOTAL MILEAGE   0          ODOMETER READING _____

3-14-24
DATE                           DEPUTY SHERIFF

# ROBIN L. HOOTER

## CLERK OF COURT ✦ RAPIDES PARISH

701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9376

www.rapidesclerk.org

## RETURNS

SUPPLEMENTAL CITATION (Effective 1-1-2022)

NO. 278,461     C

RECEIVED
FEB 26 2024
RAPIDES PARISH
SHERIFF OFFICE
CIVIL DEPT.

DETRICK WEBB
VERSUS                                    || NINTH JUDICIAL DISTRICT COURT
STATE FARM MUTUAL AUTOMOBILE INS CO ET AL || PARISH OF RAPIDES
                                          || STATE OF LOUISIANA

TO: MAS DISTRIBUTORS LLC
    COURT APPOINTED ATTORNEY, EARL VASSAR 350 MUDGE RD
    BOYCE LA 71409-0000
    RAPIDES PARISH

    YOU ARE HEREBY CITED TO COMPLY WITH THE DEMAND CONTAINED IN THE 1ST SUPPLEMENTAL AND AMENDED PETITION,
A CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR TO FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE
OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THE TIME
REMAINING FOR PLEADING TO THE ORIGINAL PETITION SERVED UPON YOU OR WITHIN FIFTEEN(15) DAYS AFTER SERVICE
HEREOF, WHICHEVER PERIOD IS LONGER.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY
OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 22ND DAY OF FEBRUARY, 2024.


                                          ROBIN L. HOOTER
                                          Clerk of Court

JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES LA 70601-0000          BY
Filing Attorney                          Deputy Clerk of Court

1) LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                    SHERIFF STAMP BELOW
                    --------------------


        0267062                        043

Xerox® VersaLink® B605X Multifunction Printer

# Confirmation Report

Fax Number        3184879361
Local Name
Fax Name          Civil Processing

The job has been sent
Original Size: 8 5 x 11"



**Johnson, Siebeneicher & Ingram**
ATTORNEYS AT LAW

March 19, 2024

VIA FAX-FILE – 318/487-9361 & U.S.P.S.

Hon. Robin L. Hooter, Clerk
9th Judicial District Court
701 Murray Street, Suite 102
Alexandria, LA 71301

Re:    Civil Suit Number: 278,461; 9th Judicial District Court
       Detrick Webb vs. State Farm Mutual Automobile Ins. Co., et al
       Our File: D-50699

Dear Ms. Hooter:

Please be advised that defendant, State Farm Mutual Automobile Insurance Company, will be filing a Notice of Removal of the above-captioned lawsuit to the United States, Louisiana, Western District Court – Alexandria Division.

As such and in accordance with United States Federal laws and rules, we respectfully request that you provide us with a certified copy of the entire civil suit record (including all services of process, pleadings and orders served on the parties herein) of Civil Suit No. 278,461-C, 9th Judicial District Court, Rapides Parish.

Please advise at your earliest convenience the costs associated with providing this service and we will forward you a check to your office.

We thank you for your attention to this matter. A copy this correspondence has been forwarded to all counsel of record in the subject lawsuit.

With kindest regards,

JOHNSON, SIEBENEICHER & INGRAM
A Professional Law Corporation

By: _____
    Duncan McKeithen

JDM
cc    Mr. Justin T. Morales

Ph. 318.484.3911 • Fax 318.484.3585
2757 Hwy. 28 East • Pineville, LA 71360

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 0571 | 3184843585 | 3-19;  3 17 PM | 20 Secs | 1/1 | Super G3 | | Completed |

Printed On : 03/19/2024  3 18 PM
Copyright ©2017-2020 Xerox Corporation  All rights reserved  Xerox® and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries.



# Johnson, Siebeneicher & Ingram

### ATTORNEYS AT LAW

March 19, 2024

*VIA FAX-FILE – 318/487-9361 & U.S.P.S.*

Hon. Robin L. Hooter, Clerk
9th Judicial District Court
701 Murray Street, Suite 102
Alexandria, LA 71301

Re:    Civil Suit Number: 278,461; 9th Judicial District Court
       *Detrick Webb vs. State Farm Mutual Automobile Ins. Co., et al*
       Our File: D-50699

Dear Ms. Hooter:

Please be advised that defendant, State Farm Mutual Automobile Insurance Company, will be filing a Notice of Removal of the above-captioned lawsuit to the United States, Louisiana, Western District Court – Alexandria Division.

As such and in accordance with United States Federal laws and rules, we respectfully request that you provide us with a certified copy of the entire civil suit record (including all services of process, pleadings and orders served on the parties herein) of Civil Suit. No. 278,461-C, 9th Judicial District Court, Rapides Parish.

Please advise at your earliest convenience the costs associated with providing this service and we will forward you a check to your office.

We thank you for your attention to this matter. A copy this correspondence has been forwarded to all counsel of record in the subject lawsuit.

With kindest regards,

JOHNSON, SIEBENEICHER & INGRAM
*A Professional Law Corporation*

By: _____
       Duncan McKeithen

JDM
cc:    Mr. Justin T. Morales

Ph. 318.484.3911 • Fax 318.484.3585
2757 Hwy. 28 East • Pineville, LA 71360

Xerox® VersaLink® B605X Multifunction Printer



# Confirmation Report

Fax Number        3184879361
·Local Name
Fax Name          Civil Processing

The job has been sent
Original Size· 8.5 x 11"

03-18-3024 03 24PM,                                                3374781577.# 1

## THE TOWNSLEY LAW FIRM
ATTORNEYS AT LAW
1802 ENTERPRISE BLVD
LAKE CHARLES, LOUISIANA 70501

March 18, 2024

VIA FAX 318-487-9361

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE:   Detrick Webb, Individually,
      Vs. No. 278,461 C
      State Farm Mutual Automobile Insurance Company, MAS
      Distributors LLC, and Saul Garcia

Dear Ms. Hooter:

Attached please find the original and one (1) copy of the Motion and Order for Appointment of Process Server being filed on behalf of Plaintiff in the above matter. Please file the original into the record and return a conformed copy to my office.

Thank you for your assistance in this matter.

Sincerely yours,

JUSTIN T. MORALES

JTM/(jmb)
Enclosures

cc   Duncan McKetthian – Via Email, dmckeithen@jslawfirm.com

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|-----|------|----------------|-------------------|----------|-------|----------|----------|-----------|
| 1 | 0555 | 13374781577 | 3-18; 4 31 PM | 47 Secs | -/1 | G3 | | Auto Send |
| 2 | 0555 | 3374781577 | 4 33 PM | 2 29 | 1/1 | G3 | Resend | Completed |

Printed On  03/18/2024  4 36 PM
Copyright ® 2017-2020 Xerox Corporation All rights reserved Xerox® and XEROX and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and / or other countries

Page : 1(Last Page)



**THE TOWNSLEY LAW FIRM**
ATTORNEYS AT LAW
3102 ENTERPRISE BLVD.
LAKE CHARLES, LOUISIANA 70601

REX D. TOWNSLEY
TODD A. TOWNSLEY
DAMON L. BEARD
SAGE THIBODEAUX
JUSTIN T. MORALES
JACKSON T. BROWN
DAVID H. HANCHEY
JORDYN A. GOODY
HANNAH E. MAYEAUX
D. GRANT CASTILLO
CHRISTOPHER S. LACOMBE

TELEPHONE: (337) 478-1400
TOLL FREE: (800) 433-3305
FAX: (337) 478-1577
www.townsleylawfirm.com

PLEASE REMIT _____ # 300
TO: ROBIN L. HOOTER
Clerk of Court
701 Murray St.
Ste. 102
Alexandria, LA 71301

RECEIVED
3-18-24
3 pgs

March 18, 2024

**VIA FAX 318-487-9361**

Honorable Robin L. Hooter
Clerk of Court, 9th JDC
701 Murray Street, Suite 102
Alexandria, LA 71301

RE:    **Detrick Webb, individually,**
**Vs. No. 278,461 C**
**State Farm Mutual Automobile Insurance Company, MAS**
**Distributors LLC, and Saul Garcia**

Dear Ms. Hooter:

Attached please find the original and one (1) copy of the Motion and Order for Appointment of Process Server being filed on behalf of Plaintiff in the above matter. Please file the original into the record and return a conformed copy to my office.

Thank you for your assistance in this matter.

Sincerely yours,

JUSTIN T. MORALES

JTM/jmb
Enclosures

cc. Duncan McKeithan – Via Email: dmckeithen@jslawfirm.com

DETRICK WEBB, individually,                :        9TH JUDICIAL DISTRICT COURT

VS. NO. 278,461 C                          :        PARISH OF RAPIDES

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, MAS
DISTRIBUTORS LLC, and SAUL GARCIA

FILED: _____           :        _____
                                                    DEPUTY CLERK OF COURT

## MOTION TO APPOINT SPECIAL PROCESS SERVER

NOW INTO COURT, through undersigned counsel comes Plaintiff, **DETRICK WERBB**,

individually, who moves this court to appoint a process server for the purpose of serving the

Petition for Damages, Interrogatories, Request for Production of Documents, and Request for

Admissions on Defendant, **SAUL GARCIA**.

Tactical Private Investigations, LLC is a disinterested party and service will be issued by a

person over the age of 18 years and under the Louisiana Code of Civil Procedure Article 1293.

They are qualified to perfect service of process of subpoenas, notices or citations in this matter;

therefore, claimant prays for an appropriate order.

WHEREFORE, Petitioner prays for an Order appointing Tactical Private Investigations,

LLC to execute and perfect service of the above referenced pleadings on this Defendant.

Considering the foregoing,

IT IS ORDERED that Tactical Private Investigations, LLC execute and perfect service of

the Petition for Damages, Interrogatories, Request for Production of Documents, and Request for

Admissions on Defendant, **SAUL GARCIA**.

THUS DONE AND SIGNED at, Alexandria, Louisiana on this _____ day of March

2024.

                                    **HONORABLE MARY L. DOGGETT**
                                    **9TH JUDICIAL DISTRICT COURT**

Respectfully Submitted,

THE TOWNSLEY LAW FIRM

By: _____

JUSTIN T. MORALES (35531)
3102 Enterprise Blvd.
Lake Charles, LA 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has this date been served upon all counsel of record via email, facsimile or by placing same in the United States Mail, postage pre-paid and properly addressed.

Lake Charles, Louisiana, this __18__ day of March 2024.

_____
JUSTIN T. MORALES