UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DETRICK WEBB** | CASE NO. 1:24-cv-0476 |
| **VERSUS** | JUDGE TERRY A. DOUGHTY |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MAS DISTRIBUTORS, L.L.C., and SAUL GARCIA, JR.** | MAGISTRATE JUDGE JOSEPH H.L. PEREZ MONTES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### VERDICT FORM

1. Do you find by a preponderance of evidence that Defendant, Saul Garcia, Jr., was negligent?

   ____✓____ YES     _____ NO

2. Do you find by a preponderance of evidence that Defendant, Mas Distributors, LLC, was negligent?

   ____✓____ YES     _____ NO

3. Do you find by a preponderance of evidence that Plaintiff, Detrick Webb, was negligent?

   ____✓____ YES     _____ NO

4. What percentage of fault do you place on the parties: (the total must equal 100%) Please note that if you answered "NO" to Question 1, 2, or 3, you must not assign a percentage of fault to the party or parties you entered "NO" to and must enter a "0" as their percentage of fault.

   | | | |
   |---|---|---|
   | MAS DISTRIBUTORS, LLC | 10 | % |
   | SAUL GARCIA, JR | 10 | % |
   | DETRICK WEBB | 80 | % |
   | | 100 | % |

5. Do you find that Plaintiff, Detrick Webb, incurred injuries, or other damages as a result of the subject accident?

    ____✓____ YES     _____ NO

6. Only if you answered "YES" to Question 5, please state the total amount of damages caused to Plaintiff, Detrick Webb.

    *Do NOT make any actual monetary reduction based on percentage of fault. The Court will make the appropriate reduction after you return your verdict.*

    Past Medical Expenses                              $ 175,000

    Future Medical Expenses                            $ 1,640,000

    Past and Future Physical Pain and Suffering        $ 0

    Past and Future Mental Anguish                     $ 0

    Past and Future Loss of Enjoyment of Life          $ 0

    Past and Future Physical Impairment                $ 0

    Total                                              $ 1,815,000

After answering Question 6, date and sign below, and return to the courtroom.

7/25/25
DATE

REDACTED
JURY FOREPERSON (PRINT)

REDACTED
JURY FOREPERSON (SIGNATURE)