UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**DETRICK WEBB**                                                    CASE NO. 1:24-cv-00476

**VERSUS**                                                          JUDGE TERRY A. DOUGHTY

**STATE FARM MUTUAL AUTOMOBILE**                                    MAGISTRATE JUDGE JOSEPH
**INSURANCE COMPANY, MAS**                                          H.L. PEREZ MONTES
**DISTRIBUTORS, L.L.C., and SAUL GARCIA, JR.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SETTLEMENT

The parties herein namely the plaintiff Detrick Webb and defendants Saul Garcia, Jr. , MAS Distributors and State Farm Mutual Automobile Insurance Company respectfully notify that court that they have reached a full and final settlement agreement in this matter, and thus will not be pursuing any further post rial litigation of the above captioned lawsuit.  This notice of settlement is being filed into the record of the lawsuit on Monday August 11, 2025  and the parties are in the process of executing a formal written settlement agreement   and receipt and release and final Judgment of Dismissal, the latter of which will be filed for signing of the Judge to perfect a full and final voluntary dismissal of the subject lawsuit with prejudice. This notice is being filed with the consent and approval of all parties herein.

Respectfully submitted

                                            BY:     /s/ *Justin T. Morales*
                                                     JUSTIN T. MORALES, Bar Roll #35531
                                                     The Townsley Law Firm
                                                     3102 Enterprise Boulevard
                                                     Lake Charles, LA 70601
                                                     Telephone:     (337) 478-1400
                                                     Facsimile:      (337) 1478-1577

          Email: justin.morales@towleylawfirm.com
*Attorney for Plaintiff*

-and-

BY:   s/J. Duncan McKeithen
       DUNCAN MCKEITHEN, Bar Roll #29338
       Johnson, Siebeneicher & Ingram
       2757 Hwy. 28 East
       Pineville, LA 71360
       Telephone: (318) 484-3911
       Fax: (318) 484-3585
       Email: dmckeithen@jslawfirm.com
       *Counsel for Defendants,*
       *State Farm Mutual Automobile Insurance*
       *Company, MAS Distributors, L.L.C. and*
       *Saul Garcia, Jr.*