# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **DETRICK WEBB** | **CASE NO. 1:24-CV-00476** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Considering the foregoing Joint Motion to Dismiss [Doc. No. 74],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Plaintiff's claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

MONROE, LOUISIANA, this 23rd day of September, 2025.

_____
Terry A. Doughty
United States District Judge